Arnold B. Calmann (abc@saiber.com)
Jane Jhun (jj@saiber.com)
**SAIBER LLC**
One Gateway Center, 13th Floor
Newark, NJ 07102-5311
Tel: (973) 622.3333
Fax: (973)622.3349

William A. Rakoczy (wrakoczy@rmmslegal.com)
Paul J. Molino (paul@rmmslegal.com)
Deanne M. Mazzochi (dmazzochi@rmmslegal.com)
Heinz J. Salmen (abrody@rmmslegal.com)
Tara M. Raghavan (tragahvan@rmmslegal.com)
**RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, IL 60610
(312) 222-6301 (telephone)
(312) 222-6321 (facsimile)

Attorneys for Defendant Breath Limited

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ASTRAZENECA LP and ASTRAZENECA AB,**<br><br>    Plaintiffs,<br><br>        v.<br><br>**BREATH LIMITED,**<br><br>    Defendant. | Civil Action No.: 08-cv-01512<br>(RMB)(AMD)<br><br>**ORDER GRANTING<br><u>PRO HAC VICE ADMISSION</u>**<br><br>*DOCUMENT ELECTRONICALLY FILED* |

{00532155.DOC}

**THIS MATTER** having been brought before the Court by Arnold B. Calmann, Esq., attorney for defendant Breath Limited ("Breath"), for an Order allowing Heinz J. Salmen, Esq. to appear and participate pro hac vice; and the Court having considered the papers; and there being no opposition this application; and for good cause shown pursuant to Local Rule 101.1(c), United States District Court for the District of New Jersey;

IT IS on this __15th__ day of __September__, 2008, hereby

**ORDERED** that Heinz J. Salmen, Esq. member of the bar of the State of Illinois, be permitted to appear pro hac vice in the above-captioned matter pursuant to L.Civ.R. 101.1(c); provided, however, that all pleadings, briefs, and other papers filed with the Court shall be signed by Arnold B. Calmann, Esq. or another attorney associated with Saiber LLC, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case, and who shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted pro hac vice pursuant tot his Order; and it further

**ORDERED** that Heinz J. Salmen, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; enclosing with payment a completed Form PHV-5; and it is further

**ORDERED** that pursuant to L.Civ. R. 101.1(c), Heinz J. Salmen, Esq. shall make payment of $150.00, payable to the Clerk of the United States District Court; and it is further

**ORDERED** that Heinz J. Salmen, Esq. shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but

not limited to the provisions of L.CIV.R. 103.1, Judicial Ethics and Professional Responsibility, and L.CIV.R. 104.1, Discipline of Attorneys; and it is further

**ORDERED** that Heinz J. Salmen, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE