IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA LP and ASTRAZENECA AB, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>BREATH LIMITED, )<br>)<br>Defendant. )<br>_____)<br>ASTRAZENECA LP and ASTRAZENECA AB, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>APOTEX, INC. and APOTEX CORP., )<br>)<br>Defendant. )<br>_____) | Consolidated Civil Action No. 08 CV 1512<br>(RMB)(AMD) |

## STIPULATED AMENDMENT TO SCHEDULING ORDER
## AND FEBRUARY 17, 2010 ORDER

This matter having come before the Court upon the application of Plaintiffs AstraZeneca LP and AstraZeneca AB, Defendants Apotex, Inc. and Apotex Corp., and Defendant Breath Limited for entry of an amendment to the February 3, 2010 Scheduling Order and the February 17, 2010 Stipulated Amendment To January 20, 2010 Order, and for good cause shown;

IT IS HEREBY AGREED AND ORDERED on this ___15th___ day of ___MARCH___, 2010 that the dates set forth in the February 3, 2010 Scheduling Order and the February 17, 2010 Stipulated Amendment To January 20, 2010 Order shall be modified as follows:

| Event | Current Schedule | Proposed Date |
|---|---|---|
| Close of fact discovery | March 15, 2010 | April 7, 2010 |
| Responsive *Markman* Briefs | March 26, 2010 | April 16, 2010 |
| Expert reports on issues on which parties bear burden of proof | April 12, 2010 | April 30, 2010 |
| Rebuttal expert reports | May 10, 2010 | May 28, 2010 |
| Reply expert reports | June 1, 2010 | June 18, 2010 |
| Depositions of proposed expert witnesses concluded | July 6, 2010 | July 30, 2010 |
| Summary judgment or other dispositive motions filed | August 2, 2010 | August 24, 2010 |

DATED: March 10, 2010                By:  s/John E. Flaherty
                                          William J. Heller
                                          John E. Flaherty
                                          Jonathan M.H. Short
                                          MCARTER & ENGLISH LLP
                                          Four Gateway Center
                                          100 Mulberry Street
                                          Newark, NJ 07102
                                          (973) 622-4444

                                          Denise L. Loring
                                          Christopher J. Harnett
                                          Pablo D. Hendler
                                          Derek M. Kato
                                          Michael S. Burling
                                          ROPES & GRAY LLP
                                          1211 Avenue of the Americas
                                          New York, NY 10036
                                          (212) 596-9000

                                          *Attorneys for Plaintiffs AstraZeneca LP
                                          and AstraZeneca AB*


DATED: March 10, 2010                By:  s/Eric I. Abraham
                                          Eric I. Abraham
                                          HILL WALLACK LLP
                                          202 Carnegie Center
                                          CN 5226
                                          Princeton, NJ 08543
                                          (609) 924-0808

                                          Richard J. Basile
                                          David W. Aldrich
                                          ST. ONGE STEWARD JOHNSTON &
                                          REENS LLC
                                          986 Bedford Street
                                          Stamford, Connecticut 06905-5619
                                          (203) 324-6155

                                          *Attorneys for Defendants Apotex, Inc. and
                                          Apotex Corp.*

DATED: March 10, 2010         By:   s/Arnold B. Calmann
                                    Arnold B. Calmann
                                    Katherine A. Escanlar
                                    SAIBER LLC
                                    One Gateway Center, 10th Floor
                                    Newark, New Jersey 07102-5311
                                    (973) 622-3333

                                    William A. Rakoczy
                                    Paul J. Molino
                                    Deanne M. Mazzochi
                                    Amy D. Brody
                                    RAKOCZY MOLINO MAZZOCHI
                                    SIWIK LLP
                                    6 West Hubbard Street, Suite 500
                                    Chicago, Illinois 60654
                                    (312) 222-6301

                                    *Attorneys for Defendant Breath Limited*

SO ORDERED this 15th day of MARCH 2010

                                    _____
                                    Hon. Ann Marie Donio, U.S.M.J.