IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ASTRAZENECA LP and ASTRAZENECA AB,<br><br>       Plaintiffs,<br><br>    v.<br><br>BREATH LIMITED,<br><br>       Defendant.<br><br>ASTRAZENECA LP and ASTRAZENECA AB,<br><br>       Plaintiffs,<br><br>    v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>       Defendants. | Civil No. 08-1512 (RMB/AMD) |

## SCHEDULING ORDER

This Scheduling Order sets forth the following directives:

IT IS this **23rd** day of **March 2010,** hereby **ORDERED**:

1. The Court will conduct a telephone status conference on **April 8, 2010 at 2:00 P.M.**.  Counsel for plaintiffs shall initiate the telephone call.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

                                      s/ Ann Marie Donio
                                      ANN MARIE DONIO
                                      United States Magistrate Judge

cc:  Hon. Renée Marie Bumb