Eric I. Abraham, Esq.
HILL WALLACK, LLP
202 Carnegie Center
CN 5226
Princeton, NJ 08543-5226
Phone (609) 924-0808
Fax (609) 452-1888
*E-mail:* eia@hillwallack.com

Richard J. Basile, Esq.
David W. Aldrich, Esq.
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Phone: (203) 324-6155
Fax: (203) 327-1096

Attorneys for Defendants Apotex, Inc. and Apotex Corp.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA LP and, ASTRAZENECA AB,<br><br>  Plaintiffs,<br><br>v.<br><br>APOTEX, INC. and, APOTEX CORP.<br>  Defendants. | Civil Action No.<br>08-1512 (RMB)(AMD)<br><br>**DOCUMENT ELECTRONICALLY FILED**<br><br>**NOTICE OF MOTION**<br><br>**RETURN DATE:**<br>**AUGUST 16, 2010** |

TO:   COUNSEL OF RECORD

1

**PLEASE TAKE NOTICE** that on August 16, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Defendants, Apotex, Inc. and Aptoex Corp. shall move before the Honorable Ann Marie Donio, U.S.M.J., at the United States District Court District of New Jersey, Mitchell H. Cohen Building and U.S. Courthouse, 4th and Cooper Street, New Jersey, for an Order granting Defendants' Motion to Compel Production of Communications with In-House Counsel In Sweden.

**PLEASE TAKE FURTHER NOTICE** the movant shall reply upon the annexed Brief and Certification of Roy Gross, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

By: /s/ Eric I. Abraham
Eric I. Abraham
Hill Wallack, LLP
202 Carnegie Center
Princeton, New Jersey 08543
(609) 924-0808
Fax (609) 452-1888
eia@hillwallack.com

Dated: July 20, 2010

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing **Notice of Motion to Compel Production of Communications with In-House Counsel In Sweden; Brief in Support of Motion; and Certification of Roy Gross, Esq. in Support of Motion** is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of same is also being served via electronic mail and regular mail upon counsel for Plaintiffs at the following addresses:

William J. Heller
Jonathan M.H. Short
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4096


Denise L. Loring
Christopher J. Harnett
Pablo D. Hendler
Derek M. Kato
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036

Date   July 20, 2010

/s/Eric I. Abraham
Eric I. Abraham