Eric I. Abraham, Esq.
HILL WALLACK, LLP
202 Carnegie Center
CN 5226
Princeton, NJ 08543-5226
Phone (609) 924-0808
Fax (609) 452-1888
*E-mail:* eia@hillwallack.com

Richard J. Basile, Esq.
David W. Aldrich, Esq.
ST. ONGE STEWARD JOHNSTON & REENS LLC
986 Bedford Street
Stamford, Connecticut 06905-5619
Phone: (203) 324-6155
Fax: (203) 327-1096

Attorneys for Defendants Apotex, Inc. and Apotex Corp.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTRAZENECA LP and, ASTRAZENECA AB, <br><br> Plaintiffs, <br><br> v. <br><br> APOTEX, INC. and, APOTEX CORP. <br> Defendants. | Civil Action No. 09-1518 (RMB)(AMD) <br><br> **DOCUMENT ELECTRONICALLY FILED** <br><br> **ORDER** |

THIS MATTER having been brought before the Court by Hill Wallack LLP and St. Onge Steward Johnston & Reens LLC for an Order granting Defendants' Motion to Compel Production of Communications with In-House Counsel In Sweden, and the Court

1

2

having reviewed and considered the supporting papers, opposition papers and reply papers, if any, and argument, if any; and the Court having determined that, based upon the same, and for good cause shown;

IT IS on this _____ day of _____, 2010

ORDERED that Defendants' Motion is hereby GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs shall produce all communications with In-House Counsel in Sweden within _____ days of the date hereof.

_____
Hon. Ann Marie Donio, U.S.M.J.