# EXHIBIT A



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Hassen A. Sayeed
212-596-9122
646-728-1691 fax
Hassen.Sayeed@ropesgray.com

January 15, 2010

**BY E-MAIL**

Amy D. Brody, Esq.
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60654

David W. Aldrich, Esq.
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stanford, CT 06905-5619

*AstraZeneca v. Breath* and *AstraZeneca v. Apotex*
Consolidated Civil Action No. 08 CV 01512 (RMB)(AMD)

Counsel:

      I write regarding AstraZeneca's inadvertent production of documents containing information protected by the attorney-client privilege and/or work product immunity. Pursuant to Section 7 of the Discovery Confidentiality Order entered in this case, AstraZeneca requests the return of the following inadvertently produced documents, and all copies or reproductions thereof:

| | | | |
|---|---|---|---|
| AZ0274856-888 | AZ0035847-890 | AZ0036067-110 | AZ0035891-934 |
| AZ0258674-681 | AZ0057316-348 | AZ0084711-743 | AZ0279591-623 |
| AZ0035935-978 | AZ0073622-654 | AZ0275117-149 | AZ0035979-6022 |
| AZ0099292-324 | AZ0279770-802 | AZ0200123-155 | AZ0036715-757 |
| AZ0052361-400 | AZ0251320-359 | AZ0036023-066 | AZ0268678-718 |
| AZ0036504-548 | AZ1242115-155 | AZ0060474-499 | AZ0060500-528 |
| AZ0171385-389 | AZ0062188-215 | AZ0148916-954 | AZ1339885-888 |
| AZ1339897-904 | AZ1339890-893 | AZ1340805-808 | AZ0319567-605 |
| AZ0100242-282 | AZ0269807-833 | AZ0030389-393 | AZ1337889-891 |
| AZ1343541-546 | AZ0280393-433 | AZ0190625-657 | AZ0058710-742 |
| AZ0066973-7005 | | | |

- 2 -

Amy D. Brody, Esq. / David W. Aldrich, Esq.                                    January 15, 2010

      Where appropriate, AstraZeneca will produce redacted copies of these documents. Such redactions, as well as the documents listed herein, will be identified in AstraZeneca's privilege log.

Very truly yours,<br><br>*[signature]*<br>Hassen A. Sayeed

HAS:

cc:    Counsel of record (by e-mail)