**EXHIBIT B**

## St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford Connecticut 06905-5619
(203) 324 6155
(203) 327 1096
ssjr.com

January 19, 2010

VIA EMAIL **ONLY**
Hassen.Sayeed@ropesgray.com

Hassen Sayeed
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Re:   AstraZeneca v. Apotex (budesonide)
      Consolidated Civil Action N. 08-cv-1512 (RMB)(AMD)

Dear Hassen:

We write in response to your letter of January 15, 2010, identifying AstraZeneca's inadvertent production of documents. We refer to the document identified by bates numbers AZ 1343541-1343546 and do not understand the basis for claiming that this document is protected by the attorney-client privilege and/or work product immunity.

Please state your basis for claiming attorney-client privilege and/or work product immunity for this document. As the deposition of Cheryl Larrivee-Elkins is scheduled for January 21, 2010 (this Thursday), Apotex requests a response concerning your position prior to Ms. Larrivee-Elkin's deposition.

Sincerely,

Roy D. Gross
rgross@ssjr.com

c:   Counsel of record (via email)

New York (212) 730 4554
New Haven (203) 562 0400