# EXHIBIT C



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Michael S. Burling
212-596-9595
646-728-2967 fax
michael.burling@ropesgray.com

January 20, 2010

**BY E-MAIL**

Roy D. Gross, Esq.
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905

*AstraZeneca v. Apotex*
Consolidated Civil Action No. 08 CV 01512 (RMB)(AMD)

Dear Roy:

I write in response to your January 19, 2010 letter to Hassen A. Sayeed regarding AstraZeneca's bases for recalling documents with production numbers AZ1343541-546. The referenced bates range contains two separate documents, and, upon further review, AZ1343542-546 was inadvertently included in our request and need not be returned. But AZ1343541 is protected by the attorney-client privilege, because it reflects confidential client communication provided to counsel (James Peel) for the purpose of obtaining legal advice and services of counsel. Accordingly, consistent with Section 7 of the Discovery Confidentiality Order entered in this case, AZ1343541 should be promptly returned to AstraZeneca.

Sincerely,

Michael S. Burling

MSB:jbs

cc:     Counsel of record (by e-mail)