**EXHIBIT D**



St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford Connecticut 06905-5619
(203) 324 6155
(203) 327 1096
ssjr.com

February 2, 2010

VIA EMAIL
michael.burling@ropesgray.com

Michael S. Burling
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Re:   AstraZeneca v. Apotex (budesonide)
      Consolidated Civil Action N. 08-cv-1512 (RMB)(AMD)

Dear Michael:

I write to follow up on your letter of January 20th regarding AstraZeneca's privileged documents. Thank you for clarifying that AstraZeneca is only claiming privilege for AZ1343541, and not AZ1343542-546 as originally indicated. We will return the privileged documents AstraZeneca has inadvertently produced.

Concerning AZ1343541, we require some clarification about Mr. Peel and the general nature of the subject matter to which the communication relates so that we can properly assess the privilege claim. It is our understanding that, at the time of the communication, Mr. Peel was an in-house employee in Sweden. Additionally, we assume that, based on the date of the communication, it relates to the prosecution of Swedish application SE19970004186. Please advise if these understandings are correct.

Sincerely,

*David W. Aldrich*

David W. Aldrich
daldrich@ssjr.com

c:   Counsel of record (via email)