**EXHIBIT E**



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Michael S. Burling
212-596-9595
646-728-2967 fax
michael.burling@ropesgray.com

February 22, 2010

**BY E-MAIL**

David W. Aldrich, Esq.
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905

*AstraZeneca v. Apotex*
Consolidated Civil Action No. 08 CV 01512 (RMB)(AMD)

Dear David:

This is in response to your February 2 letter requesting clarification of AstraZeneca's clawback of AZ1343541. At the time of the communication, Mr. Peel was in-house counsel involved in the preparation of Swedish application SE19970004186, to which the communication relates.

Sincerely,

Michael S. Burling

MSB:jbs

cc:     Counsel of record (by e-mail)