# EXHIBIT F



## St. Onge Steward Johnston & Reens LLC

986 Bedford Street
Stamford Connecticut 06905-5619
(203) 324 6155
(203) 327 1096
ssjr.com

February 22, 2010

VIA EMAIL
michael.burling@ropesgray.com

Michael S. Burling
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Re: AstraZeneca v. Apotex (budesonide)
Consolidated Civil Action N. 08-cv-1512 (RMB)(AMD)

Dear Michael:

Thank you for your letter of today regarding document no. AZ1343541, confirming that this communication relates to Swedish application SE19970004186 and that Mr. Peel was in-house counsel at that time.

Communications with in-house counsel in Sweden relating to a Swedish application are not protected by an attorney-client privilege. Please immediately produce all documents that have been withheld on this basis.

Sincerely,

David W. Aldrich
daldrich@ssjr.com

c: Counsel of record (via email)