# EXHIBIT G



ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

Michael S. Burling
212-596-9595
646-728-2967 fax
michael.burling@ropesgray.com

February 25, 2010

**BY E-MAIL**

David W. Aldrich, Esq.
St. Onge Steward Johnston & Reens LLC
986 Bedford Street
Stamford, Connecticut 06905

*AstraZeneca v. Apotex*
Consolidated Civil Action No. 08 CV 01512 (RMB)(AMD)

Dear David:

This is in response to your February 22 letter regarding AstraZeneca's clawback of AZ1343541.

As an initial matter, Section 7 of the Discovery Confidentiality Order entered in this case requires the parties to promptly return inadvertently produced materials and copies or reproductions thereof after receiving written notice of inadvertent production. We expect that Apotex will comply with the Discovery Confidentiality Order and promptly return the document.

Further, AstraZeneca disagrees with the allegation in your letter that "[c]ommunications with in-house counsel in Sweden relating to a Swedish application are not protected by an attorney-client privilege." You have identified no legal authority to support this allegation and, in fact, the authorities do not support it. *See, e.g., Saxholm AS v. Dynal, Inc.*, 164 F.R.D. 331, 338 (E.D.N.Y 1996), *Santrade, Ltd. v. Gen. Elec. Co.*, 150 F.R.D. 539, 543 (E.D.N.C. 1993).

We look forward to your prompt compliance with the Discovery Confidentiality Order entered in this case.

Sincerely,

Michael S. Burling

ROPES & GRAY LLP

David W. Aldrich, Esq.                          - 2 -                          February 25, 2010

MSB:jbs

cc:      Counsel of record (by e-mail)