**Exhibit I**

**CONFIDENTIAL FILED UNDER SEAL**