**EXHIBIT N**



# Lex Mundi
# In-House Counsel
# and the
# Attorney Client Privilege

**A Lex Mundi Multi-Jurisdictional Survey prepared by the
Lex Mundi Dispute Resolution Practice Group**

Updated: August 2009

© Copyright Lex Mundi, Ltd. 2009



# IN-HOUSE COUNSEL AND THE ATTORNEY-CLIENT PRIVILEGE

## SWEDEN
## Advokatfirman Vinge KB

**CONTACT INFORMATION:**
**Homan Hamzeh**
Vinge KB, Advokatfirman
Smålandsgatan 20
Box 1703
S-111 87 Stockholm, Sweden
Tel: 46.8.614.31.61 / Fax: 46.8.614.31.90
Email: homan.hamzeh@vinge.se

Communications between in-house counsel and officers, directors, and employees of the companies they serve are not protected from disclosure by attorney-client privilege according to Swedish law. An alternative method of protecting the information might be to use outside counsel, provided they are members of the Swedish Bar Association, "advokat".