**EXHIBIT Q**



Représentant les avocats d'Europe
Representing Europe's lawyers

# Regulated legal professionals and professional privilege within the European Union, the European Economic Area and Switzerland, and certain other European jurisdictions

A report by John Fish, Former President of the CCBE
and Solicitor, Dublin

*

This report has been prepared in conjunction with, and based upon information supplied by, the Bars and Law Societies of the CCBE

February 2004

Conseil des Barreaux de l'Union européenne – Council of the Bars and Law Societies of the European Union
*association internationale sans but lucratif*
Rue de Trèves 45 – B-1040 Brussels – Belgium – Tel +32 (0)2 234 65 10 – Fax +32 (0)2 234 65 11/12 – E-mail ccbe@ccbe.org – www.ccbe.org

1.  **Jurisdictions where the obligation to preserve the professional privilege is solely confined to legal professionals who are members of the Bar**

<u>Within the European Union</u>

Austria, Belgium, Finland, France, Greece, Italy, Luxembourg and Sweden

<u>Within the European Economic Area and Switzerland</u>

Liechtenstein and Switzerland

<u>Within some jurisdictions from the current and future Accession States</u>

Croatia, Czech Republic, Hungary, Lithuania, Poland (advocates), Slovak Republic and Slovenia

2.  **Jurisdictions where professional privilege relates to salaried legal professionals provided that they are members of the Bar**

Denmark, Germany, the Netherlands, Portugal, Spain and United Kingdom (Scotland)

<u>Within the European Economic Area</u>

Iceland and Norway

<u>Jurisdiction from the current and future Accession States</u>

Poland (Legal Advisers)

3.  **Jurisdictions where clients' professional privilege is not confined solely to legal professionals who are members of the Bar**

11