[Dkt. Ent. 718, 727]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| ASTRAZENECA LP and ASTRAZENECA AB,<br><br>        Plaintiffs,<br><br>    v.<br><br>BREATH LIMITED,<br><br>        Defendant. | Consolidated Civil Action<br>No. 08-1512 (RMB/AMD)<br><br>Member cases:<br>    09-1518<br>    09-4115<br>    10-5785<br>    11-3626 |
| ASTRAZENECA LP and ASTRAZENECA AB,<br><br>        Plaintiffs,<br><br>    v.<br><br>APOTEX, INC. and APOTEX CORP.,<br><br>        Defendants. | **ORDER** |
|         Plaintiffs,<br><br>    v.<br><br>SANDOZ, INC.,<br><br>        Defendant. | |
| ASTRAZENECA LP and ASTRAZENECA AB,<br><br>        Plaintiffs, | |

1

v.

WATSON LABORATORIES, INC.

        Defendant.
_____

**BUMB,** UNITED STATES DISTRICT JUDGE:

THIS MATTER having come before the Court upon a motion filed by the plaintiffs, AstraZeneca LP and AstraZeneca AB ("AstraZeneca"), for (1) an injunction pending appeal pursuant to Federal Rule of Civil Procedure 62(c); and (2) a temporary restraining order pursuant to Rule 65(b) to preserve the status quo pending the Court's consideration of the Rule 62(c) motion [Dkt. Ent. 718]; and

THE COURT noting that it previously granted in part and denied in part AstraZeneca's motion under Rule 62(c) [Dkt. Ent. 727]; and

FOR THE REASONS set forth in the Court's prior Order and Memorandum Opinion [Dkt. Ents. 727, 737];

IT IS on this **3rd** day of **April 2013**, hereby:

**ORDERED** that AstraZeneca's motion for a temporary restraining order pursuant to Rule 65(b) is DENIED AS MOOT; and it is further

**ORDERED** that (1) AstraZeneca shall post a bond to compensate Defendants for any damages resulting from the issuance of the injunction; (2) the parties shall promptly advise the Court as to an appropriate amount of such bond and whether they have stipulated to a specific amount; and (3) in the event the parties cannot agree

2

on the bond amount, the Court will hold a conference call at 1:00 pm on April 8, 2013, to set the appropriate amount, and AstraZeneca shall initiate the call.

                                          s/Renée Marie Bumb
                                          RENÉE MARIE BUMB
                                          United States District Judge