# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1312

**ASTRAZENECA LP and ASTRAZENECA AB,**
*Plaintiffs-Appellants,*

v.

**BREATH LIMITED,**
*Defendant-Appellee,*

and

**APOTEX, INC. and APOTEX CORP.,**
*Defendants-Cross Appellants,*

and

**SANDOZ INC.,**
*Defendant-Appellee,*

and

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-1512, 09-CV-1518, 09-CV-4115, 10-CV-5785, 11-CV-3626 United States District Judge Renee Marie Bumb.

## MANDATE

In accordance with the judgment of this Court, entered October 30, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Meredith Martin Addy
David W. Aldrich
Richard Joseph Basile
Amy D. Brody
Clerk of Court, District of New Jersey (Camden)
Jeffrey Michael Davidson
Alyson J. DiLena
Henry C. Dinger
Danielle Luce Goldstein
Taras A. Gracey
Annemarie Hassett
Pablo D. Hendler
Brian Kao
Benjamin J. Lehberger
Ira J. Levy
Richard T. McCaulley Jr.
Roderick R. McKelvie
Ali Mojibi
Abby Lynn Parsons
William A. Rakoczy
Mark Herbert Remus
Christopher Neil Sipes
Jon M. Spanbauer
Keith A. Zullow