# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1352

**ASTRAZENECA LP and ASTRAZENECA AB,**
*Plaintiffs-Appellants,*

v.

**BREATH LIMITED,**
*Defendant-Appellee,*

and

**APOTEX, INC. and APOTEX CORP.,**
*Defendants-Cross Appellants,*

and

**SANDOZ INC.,**
*Defendant-Appellee,*

and

**WATSON LABORATORIES, INC.,**
*Defendant-Appellee.*

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-1512, 09-CV-1518, 09-CV-4115, 10-CV-5785, 11-CV-3626 United States District Judge Renee Marie Bumb.

## MANDATE

In accordance with the judgment of this Court, entered October 30, 2013, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Meredith Martin Addy
Richard Joseph Basile
Clerk of Court, District of New Jersey (Camden)
Denise L. Loring
William A. Rakoczy