

202 Carnegie Center
P.O. Box 5226
Princeton, New Jersey 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

WRITER'S DIRECT DIAL: (609) 734-6395

March 7, 2014

**VIA ECF**
Honorable Renee Marie Bumb, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Federal Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

   *Re:* *AstraZeneca LP and AstraZeneca AB v. Apotex, Inc. and Apotex, Corp.*
     *Consolidated Civil Action No. 08-cv-1512 (RMB)(AMD)*

Dear Judge Bumb:

  We write on behalf of Defendants Apotex Inc. and Apotex Corp. (collective "Apotex") in the above-captioned matter.

  On March 5, 2014, Defendants Breath Limited and Watson Laboratories, Inc. (collectively "Watson") submitted a request that the Court reinstate Watson's counterclaims of invalidity as to U.S. Patent No. 7,524,834 (the "'834 Patent") [ECF No. 926], which this Court granted on March 6, 2014 [ECF No. 927]. For the reasons set forth in Watson's letter of March 5, 2014, Apotex similarly requests that the Court reinstate Apotex's counterclaims of invalidity with respect to the '834 patent.

  If Apotex's request herein meets with the Court's approval, we respectfully request that Your Honor execute the "So Ordered" provision below and have this letter filed with the Clerk of the Court.

               Respectfully submitted,

               /s/Eric I. Abraham
               Eric I. Abraham

cc: Counsel of record (via email)



HILL WALLACK LLP
ATTORNEYS AT LAW

Page 2

**IT IS SO ORDERED** this \_\_10th\_\_ day of March, 2014, that the above request for the reinstatement of Apotex's counterclaims of invalidity as to the '834 Patent in this matter is hereby granted; and it is further **ORDERED** that Apotex's counterclaims of invalidity as to the '834 Patent are hereby reinstated.

_____
**THE HONORABLE RENEE MARIE BUMB**
**UNITED STATES DISTRICT JUDGE**