**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

_____

ASTRAZENECA LP and
ASTRAZENECA AB,

        Plaintiffs,

         -vs-

BREATH LIMITED,

        Defendant.
_____

ASTRAZENECA LP and
ASTRAZENECA AB,

         Plaintiffs,

    -vs-

APOTEX, INC. and APOTEX CORP.,

        Defendants.
_____

ASTRAZENECA LP and
ASTRAZENECA, AB,

         Plaintiffs,

    -vs-

SANDOZ, INC.,

        Defendant.
_____

ASTRAZENECA LP and ASTRAZENECA
AB,

        Plaintiffs
    -vs-

WATSON LABORATORIES, INC.,

        Defendant.

_____

Consolidated Civil Action
No.  08-1512(RMB)(AMD)

_TRIAL._

_THIS TRANSCRIPT IS_
_PARTIALLY SEALED_

```
 1

 2

 3        Mitchell H. Cohen United States Courthouse
          One John F. Gerry Plaza
 4        Camden, New Jersey 08101
          November 17, 2014
 5

 6

 7

 8   B E F O R E:              THE HONORABLE RENÉE MARIE BUMB
                                  UNITED STATES DISTRICT JUDGE
 9

10   A P P E A R A N C E S:

11   MCCARTER & ENGLISH, LLP
     Ravin Patel, Esquire
12   Four Gateway Center
     100 Mulberry Street
13   Newark, New Jersey 07102
          -and-
14   COVINGTON & BURLING LLP
     Christopher N. Sipes, Esquire
15   Stephen P. Anthony, Esquire
     1201 Pennsylvania Avenue, NW
16   Washington, DC 20004-2401
          -and-
17   Christopher F. Carlton, Esquire, Inhouse Counsel
     ATTORNEYS FOR PLAINTIFFS ASTRAZENICA, LP and
18   ASTRAZENICA AB

19   CONNELL FOLEY
     Eleonore Ofosu-Antwi, Esquire
20   85 Livingston Avenue
     Roseland, New Jersey 07068
21        -and-

22

23

24

25
```

1   **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**
Amy D. Brody, Esquire
2   Heinz J. Salmen, Esquire
6 West Hubbard Street
3   Suite 500
Chicago, IL 60654
4   ATTORNEYS FOR DEFENDANT/COUNTERCLAIM-PLAINTIFFS BREATH
LIMITED and WATSON LABORATORIES, INC.
5
**HILL WALLACK LLP**
6   Christina Saveriano, Esquire
202 Carnegie Center
7   Princeton, New Jersey 08543
        -and-
8   **ST. ONGE STEWARD JOHNSON & REENS, LLC**
Richard J. Basile, Esquire
9   David W. Aldrich, Esquire
989 Bedford Street
10  Stamford, Connecticut 06905-5619
ATTORNEYS FOR DEFENDANTS/COUNTERCLAIM'PLAINTIFFS APOTEX,
11  INC. and APOTEX CORP.,

12  **DUANE MORRIS LLP**
Sheila Raftery Wiggins, Esquire
13  744 Broad Street, Suite 1200
Newark, New Jersey 07102
14      -and-
**STEPTOE & JOHNSON LLC**
15  115 S. LaSalle Street, Suite 3100
Chicago, Illinois 60603
16  Taras A. Gracey, Esquire
ATTORNEYS FOR DEFENDANT/COUNTERCLAIM-PLAINTIFF
17  SANDOZ, INC.

18

19

20

21

22

23

24      Certified as true and correct as required by Title 28,
U.S.C, Section 753.
25                      /S/ Theodore M. Formaroli, CSR, CRR

*United States District Court*
*Camden, New Jersey*

1

2

PAUL HUDSON                                                2920
DIRECT EXAMINATION OF MR. HUDSON BY MR. ANTHONY           2921
CROSS EXAMINATION OF MR. HUDSON BY MS. BRODY:             2965
CROSS EXAMINATION OF MR. HUDSON BY MR. GRACEY:            3021
REDIRECT EXAMINATION OF MR. HUDSON BY MR.                 3040
ANTHONY:

DR. CHRISTOPHER ALAN VELLTURO                             3056
DIRECT EXAMINATION OF DR. VELLTURO BY MR. ANTHONY         3056
CROSS EXAMINATION OF DR. VELLTURO BY MS. BRODY:           3113
CROSS EXAMINATION OF DR. VELLTURO BY MR. GRACEY:          3143
REDIRECT EXAMINATION OF DR. VELLTURO BY MR.               3151
ANTHONY:


PLAINTIFF EXHIBIT DTX- 2045 WAS RECEIVED IN               2933
EVIDENCE
PLAINTIFF EXHIBIT DTX- 2052 WAS RECEIVED IN               2937
EVIDENCE
PLAINTIFF EXHIBIT DTX-2195 WAS RECEIVED IN                3002
EVIDENCE
DEFENDANT EXHIBIT DTX-3603 WAS RECEIVED IN                3003
EVIDENCE
DEFENDANT EXHIBIT DTX-2179 WAS RECEIVED IN                3004
EVIDENCE
DEFENDANT EXHIBIT DTX-2197 WAS RECEIVED IN                3005
EVIDENCE
DEFENDANT EXHIBIT DTX-3704 WAS RECEIVED IN                3008
EVIDENCE
DEFENDANT EXHIBIT DTX-3706 WAS RECEIVED IN                3016
EVIDENCE

1    THE DEPUTY CLERK:  All rise.

2    THE COURT:  Please be seated.

3    Good morning.  Nice to see you all.

4    Okay, we're here for the continuation of the trial.

09:09AM    5  If there is any part that needs to be sealed, the parties will

6    let me know.

7    MR. ANTHONY:  I will, your Honor.  And I was going to

8    alert the court that there will be portions that we will need

9    to request the court to seal the courtroom.  I'll do my very

09:09AM   10  best to alert the court to that in advance and then when we're

11   done with those portions also to inform the court of that.

12   THE COURT:  Okay.  Thank you.

13   MR. ANTHONY:  Good morning, your Honor.  Stephen

14   Anthony for AstraZeneca.  We do have a slightly different cast

09:09AM   15  of characters at counsel table this morning.  The court knows

16   Mr. Patel and Mr. Sipes, but we also have with us at counsel

17   table Christopher Carlton, who is a senior counsel for

18   AstraZeneca.

19   MR. CARLTON:  Good morning.

09:09AM   20  THE COURT:  Welcome.  Nice to meet you.

21   MR. ANTHONY:  Your Honor, AstraZeneca calls Paul

22   Hudson.

23   THE COURT:  Okay.

24   (**PAUL HUDSON**, HAVING BEEN DULY SWORN AS A WITNESS TESTIFIED AS

09:10AM   25  FOLLOWS:)

1  (DIRECT EXAMINATION OF MR. HUDSON BY MR. ANTHONY)

2          THE DEPUTY CLERK:  Can you please state and spell

3  your full name for the record.

4          THE WITNESS:  Paul Hudson.  P-A-U-L, H-U-D-S-O-N.

09:10AM  5          THE COURT:  Good morning.

6          THE WITNESS:  Good morning.

7          THE COURT:  Please have a seat.  Speak into the

8  microphone and keep your voice up.  There is water there if

9  you need it.

09:10AM  10          THE WITNESS:  Thank you.

11          THE COURT:  Okay.

12          MR. ANTHONY:  Your Honor, we do have notebooks of

13  exhibits to use on direct examination with Mr. Hudson.  If we

14  could hand them to counsel and to the court and to the witness

09:10AM  15  at this time.

16          And I do want to alert the court and counsel to

17  one -- and the witness -- no one substitution in an exhibit

18  number.  In the binder there is an exhibit D, as in defendant,

19  TX-784.  What we will use instead is an identical document

09:11AM  20  that is PTX, that's Plaintiff's Trial Exhibit, 927, which is

21  in evidence.

22          THE COURT:  927.

23          MR. ANTHONY:  And counsel for Breath & Watson

24  courteously alerted me that PTX-927 is already in evidence.

09:11AM  25  So as to avoid duplication, we're going to use PTX-927, which

*United States District Court*
*Camden, New Jersey*

2922

Hudson - Direct - Anthony

1    is in the witness' binder but not in the court's binder.

2         THE COURT:  Okay.  Thank you.

3    BY MR. ANTHONY:

4    Q.   Good morning, Mr. Hudson.

09:11AM   5    A.   Good morning.

6    Q.   Would you please tell the court where you work.

7    A.   I work for AstraZeneca.  I'm based in Wilmington,

8    Delaware.

9    Q.   Could you describe to the court your educational

09:11AM  10    background.

11    A.   I have a bachelor's degree in economics from Manchester

12    Metropolitan University and a post graduate diploma in

13    marketing.

14    Q.   What is your position at AstraZeneca?

09:12AM  15    A.   I'm the executive vice president for North America and

16    the president of the U. S. business.

17    Q.   And by the president of the U. S. business, so you are

18    president of AstraZeneca U. S.?

19    A.   That's correct, yes.

09:12AM  20    Q.   How long have you held that position?

21    A.   Since January 2013.

22    Q.   What are your responsibilities?

23    A.   So, I have several responsibilities.  As executive vice

24    president for AstraZeneca I sit on the main executive team

09:12AM  25    reporting to the CEO and have a responsibility for the global

United States District Court
Camden, New Jersey

2923

Hudson - Direct - Anthony

1    performance and management of AstraZeneca.  As president of

2    the U. S. business, I'm responsible for the sales, marketing

3    and medical functions and the commercialization of our

4    pharmaceuticals and their promotion in the United States.

09:12AM   5    Q.   How long have you worked at AstraZeneca overall?

6    A.   I joined AstraZeneca in June 2006.

7    Q.   And what were your positions at AstraZeneca previous to

8    your current position?

9    A.   So in June 2006 I joined AstraZeneca to be the vice

09:13AM  10    president of primary care in the U. K.  In 2008, I was asked

11    to become president of AstraZeneca in Spain, which I did for

12    three years.  In 2011 I became president of AstraZeneca in

13    Japan.  And in January 2013 I took this role.

14    Q.   What business is AstraZeneca in?

09:13AM  15    A.   We're a pure-play biopharmaceutical company.  We're not a

16    diversified business, we're purely focused on large and small

17    molecules that are research, development and

18    commercialization.

19    Q.   Can you describe to the court what is the entity

09:13AM  20    AstraZeneca PLC in relation to the two entities AstraZeneca LP

21    and AstraZeneca AB?

22    A.   So, AstraZeneca, we're a public limited company in the

23    United Kingdom.  AB is the -- is a Swedish expression, I can't

24    remember the exact meaning of that word, but more around the

09:14AM  25    intellectual property and where that is held.  And an LP is a

Hudson - Direct - Anthony

1    limited partnership, it's another corporate term.

2    Q.   And is the PLC the public limited company in the UK the

3    parent of those two other entities?

4    A.   That's correct.

09:14AM  5    Q.   So describe for the court what are AstraZeneca's most

6    important therapeutic areas?

7    A.   Well, AstraZeneca has a clearly stated group of

8    therapeutic areas that we're focused on, principle respiratory

9    disease, both asthma and COPD, both mild, moderate and sever

09:14AM  10   asthma and COPD.  We have cardiometabolic, so that's

11   cardiovascular disease.  Lipid lowering.  Acute coronary

12   syndrome, heart attacks, in other words.  And also Type 2

13   diabetes.  So HB1C, or blood sugar lowering.  And then

14   oncology.  And we're focused in breast, ovarian and lung

09:15AM  15   principally.  And there are other therapeutic areas, but they

16   are fundamentally the ones that we focus on as an

17   organization.

18   Q.   Where are AstraZeneca's worldwide headquarters located?

19   A.   Currently our corporate head office is in King Street in

09:15AM  20   London.

21   Q.   And what about AstraZeneca's North America headquarters

22   where you work, where is that located?

23   A.   In Wilmington, Delaware.

24   Q.   And where are some of AstraZeneca key sites in the United

09:15AM  25   States?

*United States District Court*
*Camden, New Jersey*

─────── Hudson - Direct - Anthony ───────

A.   So we have a large research facility in Gaithersburg,
Maryland where we do most of our large molecule work.  We also
have an infection research center up in Waltham,
Massachusetts.  And then we have a significant number of sites
across the United States, mainly manufacturing, and some R&D
in California.

Q.   How many people does AstraZeneca employ worldwide?

A.   A little over 50-51,000 employees.

Q.   And within that how many people does AstraZeneca employee
within the United States?

A.   Approximately 12,000 employees.

Q.   And do you know how many approved medications AstraZeneca
sells in the United States?

A.   44 approved medicines.

Q.   And do you have any ability to tell the court the
magnitude of the number of patients who are treated with
AstraZeneca drugs in the U. S. in a year?

A.   We routinely do a calculation to try and workout exactly
how many patients we serve, and it's approximately 24 million
Americans benefit in some form or another from an AstraZeneca
medication in a given year.

Q.   Thank you.  Now, I'd like to turn to the product history
of Pulmicort Respules.  When did AstraZeneca first introduce
Pulmicort Respules outside the United States?

A.   In the mid to late nineties, I think.

2926

Hudson - Direct - Anthony

1   Q.   And do you recall when Pulmicort Respules started selling

2   within the United States?

3   A.   The early two thousands.

4   Q.   Let me now ask you to turn to in your binder the exhibit

09:17AM   5   that's marked as exhibit DTX- 2044.

6   A.   Yes.

7   Q.   And we also have it up on the screen, but it's in the

8   binder in front of you.  Do you recognize the exhibit marked

9   DTX- 2024?  Which is in evidence, your Honor.

09:17AM   10   A.   Yes, I do.

11   Q.   What is it?

12   A.   It's the reporting of the expenses, the direct ground

13   expenses invested in Pulmicort Respules on a yearly basis

14   dating back to 2000.

09:17AM   15   Q.   Where was that information retrieved from?

16   A.   This information is taken from our business insight, a

17   function which takes its data from our SAP process, which is

18   sort of the brains behind all of the data collection from

19   invoice sales say and expenses incurred on promotional

09:18AM   20   medicines.

21   Q.   Is SAP capital S-A-P?

22   A.   Sorry.  Yes, that is correct.

23   Q.   Is that essentially a system for collecting and recording

24   business information?

09:18AM   25   A.   That is correct.

─────────── Hudson - Direct - Anthony ───────────

         1    Q.   And do you rely on information from what you refer to as

         2    the business insight system to make decisions in your job?

         3    A.   Yes, I do.

         4    Q.   In preparing for testifying at this trial, did you take

09:18AM  5    steps to check the accuracy of the information in DTX- 2044 in

         6    evidence?

         7    A.   Yes, I did.

         8    Q.   And what did you determine?

         9    A.   I determined that these numbers were accurate.

09:18AM  10   Q.   Let me direct your attention to the second page of DTX-

         11   2044 where it's headed AstraZeneca U. S. Pulmicort Respules

         12   and it says dollars in millions of dollars.  Do you see the

         13   headings for the years 2000 to 2014 at the top there?

         14   A.   That's correct.

09:19AM  15   Q.   And directing your attention to the last line on that

         16   page where it says sales units 30 pack in thousands.  What

         17   does that line of numbers tell you, that last line which says

         18   sales units?

         19   A.   That is the volume of units that are produced and are

09:19AM  20   used to calculate also the net sales.

         21   Q.   And if you added up all those numbers across in that

         22   line, does that add up to 44 million packages of 30 individual

         23   respules?

         24   A.   That is my understanding, yes.

09:19AM  25   Q.   Okay.  And the line just above it where it says net sales

Hudson - Direct - Anthony

1    and then it begins with the Number 35 in the year 2000, is

2    that the net sales in U. S. dollars in millions?

3    A.   That's correct.

4    Q.   And if I were to run and add up all those lines across

09:20AM   5    horizontally on that second to the bottom line, would I come

6    up with a number a little more than 5.6 billion dollars?

7    A.   You would, yes.

8    Q.   Let's look at, for example, the last full year that's

9    included, 2013.  So what does this tell you about the net

09:20AM   10   sales in U. S. dollars in millions of dollars for Pulmicort

11   Respules for 2013?

12   A.   Well, it just -- it gives us the product sales and then,

13   of course, we deduct returns, discounts, allowances, which

14   gives us a net sales value or, indeed, profit.

09:20AM   15   Q.   Briefly can you explain what returns, discounts and

16   allowances are?

17   A.   In its simplest form, returned are stock, for example,

18   that is past its expiration date that is returned.  So that

19   would be a negative against this number.  Discounts are

09:21AM   20   discounts paid as part of our normal rebating process.  And

21   allowances are part of the distribution agreement with those

22   who distribute.

23   Q.   So if I look at that column that you've been testifying

24   about, would that tell me that net sales for Pulmicort

09:21AM   25   Respules in the U. S. in 2013 was $126 million?

2929

—————————————— Hudson - Direct - Anthony ——————————————

**1**  A.   That's correct, yes.

**2**  Q.   Is there a licensed generic version of Pulmicort Respules

**3**  in the U. S.?

**4**  A.   Yes, there is.

09:21AM **5**  Q.   And who sells that?

**6**  A.   Teva.

**7**  Q.   Do you recall approximately when Teva started selling

**8**  that licensed generic?

**9**  A.   2009.

09:21AM **10**       MR. ANTHONY:  At this time, your Honor, my next

**11**  series of questions are going to address the royalties issues

**12**  and so this would be the appropriate time, if the court

**13**  please, to seal the courtroom.

**14**       THE COURT:  All right.  Is there anybody who is not

09:22AM **15**  covered by my confidentiality order in the courtroom?

**16**       Sir, would you mind exiting the courtroom?  I'm going

**17**  to seal this portion of the proceeding for a moment.

**18**       MR. LEVY:  Your Honor, there is a numbering of people

**19**  in the courtroom I recognize.  And I'm actually Teva's lawyer.

09:22AM **20**  I'm not under the protective order in this case, but Mr. Sipes

**21**  and Mr. Basil and Mr. Rakoczy is here --

**22**       THE COURT:  Just tell me your name, sir.

**23**       MR. LEVY:  Ira Levy.

**24**       THE COURT:  Any objection to Mr. Levy being present

09:22AM **25**  in the courtroom?

*United States District Court*
*Camden, New Jersey*

─────────Hudson - Direct - Anthony─────────

1          MR. ANTHONY:  AstraZeneca has no objection.

2          MR. SIPES:  We have no objection, your Honor.

3          THE COURT:  What about the defendants?

4          MR. BASILE:  I don't have a problem if we're talking

09:22AM  5  about AstraZeneca's information, AstraZeneca's family, but to

6  the extent they're getting into any of the defendants'

7  information, then we would want the courtroom sealed.

8          THE COURT:  Yes.  If this is dealing with -- is it

9  the same for you, Ms. Brody, Mr. Rakoczy?

09:22AM  10         MS. BRODY:  Yes, your Honor.

11         THE COURT:  Not Mr. Rakoczy.  Mr. Gracey --

12         MR. GRACEY:  Yes, your Honor.

13         THE COURT:  -- Taras --

14         MR. GRACEY:  Yes, your Honor.

09:22AM  15         MR. ANTHONY:  Understood, your Honor.

16         MR. LEVY:  Levy, your Honor.

17         THE COURT:  -- Gracey.

18         (Laughter.)

19         THE COURT:  No, I know --

09:23AM  20         MR. GRACEY:  It's been a while.

21         THE COURT:  Yes.  Any objection by the three of you

22  to Mr. Levy being here, as long as it deals with Teva's

23  information?

24         MS. BRODY:  Not from Breath & Watson, your Honor.

09:23AM  25         THE COURT:  Okay.

*United States District Court*
*Camden, New Jersey*

─────Hudson - Direct - Anthony─────

1        MR. LEVY:  Thank you, your Honor.

2        THE COURT:  And then, AstraZeneca, you have no

3   objection?

4        MR. SIPES:  No objection, your Honor.

09:23AM   5        THE COURT:  All right.  So, Mr. Anthony, if you get

6   into any information dealing with the defendants, then Mr.

7   Levy will have to exit the courtroom.

8        MR. ANTHONY:  I agree.  And I understand that, your

9   Honor.  I don't anticipate that happening with this witness.

09:23AM  10        THE COURT:  Anyone else here who is not subject to

11   the confidentiality order?

12            (No response.)

13        THE COURT:  Okay.

14            (The courtroom was sealed by order of the court.)

09:23AM  15

16

17

18

19

09:23AM  20

21

22

23

24

09:24AM  25







Hudson - Direct - Anthony



09:26AM

09:27AM

09:27AM

09:27AM

09:28AM



Hudson - Direct - Anthony



Hudson - Direct - Anthony

1
2
3
4
09:29AM  5
6
7
8
9
09:29AM  10
11
12
13
14
09:30AM  15
16
17
18
19
09:30AM  20
21
22
23
24
09:30AM  25

United States District Court
Camden, New Jersey



Hudson - Direct - Anthony

09:30AM

09:31AM

09:31AM

09:31AM

09:31AM

09:31AM

United States District Court
Camden, New Jersey



Hudson - Direct - Anthony















Hudson - Direct - Anthony

1
2
3
4
09:41AM 5
6
7
8
9
09:41AM 10
11
12
13
14
09:42AM 15
16
17
18
19
09:42AM 20
21
22
23
24
09:42AM 25





Hudson - Direct - Anthony

United States District Court
Camden, New Jersey





Hudson - Direct - Anthony

United States District Court
Camden, New Jersey

2950





2952

Hudson - Direct - Anthony



1

2

3

4

09:51AM  5

6

7

8

9

09:51AM  10

11

12

13

14

09:52AM  15

16

17

18

19

09:52AM  20

21

22

23

24

09:52AM  25       (By order of the court the courtroom was unsealed

*United States District Court*
*Camden, New Jersey*

2953

Hudson - Direct - Anthony

BY MR. ANTHONY:

Q.   Mr. Hudson, now I'd like to turn to the effect of the defendants' entry into the budesonide nebulized suspension market on AstraZeneca's payroll.

09:52AM    Do you expect there would be an effect?

A.   So medicines like Pulmicort Respules, at this stage in their life cycle, become contribution positive.  So what happens is that for the first three or four years of launching a medicine, you spend a lot of time investing in its growth

09:53AM  and its -- the data that is around it, the clinical study programs.  And then once you get past that, you start to -- your revenue starts to exceed what you spend on that.  At that stage you become contribution positive.  At that point we use that money to reinvest in R&D and other parts of the business.

09:53AM    For us, if we were to lose this, for example, it would have a significant effect on manpower that we have in our organization.  An important thing to remember is not all -- some, but not all attributed specifically to the task of supporting respules.  This is the financing of an organization

09:53AM  and this is when you use the revenues from medicines at this stage to be able to do that, to grow brands in diabetes, like I mentioned, brands in lung cancer.

   So there would be a significant impact based on the percentage of contribution from respules to the total profit

09:54AM  of the business in North America that would have a dramatic

*2954*

─ Hudson - Direct - Anthony ─

1  impact on the number of employees that would have to leave our

2  organization.

3      Probably in the region of eight hundred people.

4  Q.  I think you covered this in the answer you just gave, but

09:54AM  5  would those eight hundred people be people who work on

6  Pulmicort Respules?

7  A.  It's more than that.  There are a small number of people

8  supporting respules both in its delivery, its regulatory

9  support, its legal support and the distribution of its samples

09:54AM  10  and other promotion.  But when you're running a business with

11  multiple medicines in growth phase that are contribution

12  negative, this is how you run a pharmaceutical company and

13  reinvest in innovation.  So you end up taking the profit from

14  products that are in a profitable phase and you reinvest it in

09:54AM  15  people and R&D programs.  And if you don't have that revenue,

16  you cut both.

17  Q.  Now, has AstraZeneca announced other layoffs in recent

18  years totally unrelated to this?

19  A.  We've been in a period of transformation for a number of

09:55AM  20  years.  We've been a company that has been adjusting itself

21  down for maybe three, four, five years.

22  Q.  If there were to come a time later on after a generic

23  launch by the three defendants in this case where their

24  products were taken off the market, would the effect of the

09:55AM  25  layoffs you described to the court be something that could be

Hudson - Direct - Anthony

```
 1  easily reversed?

 2  A.   No.  It doesn't work like that.

 3  Q.   Why not?

 4  A.   Well, because if you let people go, skilled people, these

 5  are skilled people, don't forget.  If you let people go, they

 6  take both the sort of knowledge and capability with them, but

 7  also they find alternative work.  And that is the nature of

 8  the beast.  We would lose some high quality people and we

 9  would try to recruit again, but it's a long process.

10          And, you know, running a pharmaceutical company, time

11  is of the essence.  We don't talk a lot about time, but

12  finding time to recruit on that scale, if that was to be the

13  case, would be a huge budget and probably not achievable.

14  Q.   Let me ask about research and development.

15          Would there be an effect on research and development

16  at AstraZeneca if the three defendants were permitted to

17  launch unlicensed generics?

18          MS. BRODY:  Objection.  Foundation, your Honor.

19          THE COURT:  Yes.  Lay the foundation.

20          MR. ANTHONY:  Sure.

21  BY MR. ANTHONY:

22  Q.   Could you explain to the court, does -- do any of your

23  job responsibilities relate to maintaining the infrastructure

24  of a research and development function at AstraZeneca?

25  A.   So at the beginning when you asked me my
```

09:55AM — line 5
09:56AM — line 10
09:56AM — line 15
09:56AM — line 20
09:56AM — line 25

Hudson - Direct - Anthony

1   responsibilities, I made it clear, I think, that I'm on a

2   global executive team for AstraZeneca.  I report to the CEO.

3   And tomorrow, again, I'll be in London working on the global

4   team and looking at our R&D pipeline and where investments can

09:57AM   5   be made.

6         Investments in medicines for lung cancer, ovarian

7   cancer, breast cancer and immunotherapies will be the

8   conversation.

9         The reality is you can't do that without profit from

09:57AM   10   medicines that are later in their life cycle.  And so that is

11   the model for being an innovational pharmaceutical company.

12         If I did not feel the responsibility of returning

13   investment dollars to the R&D engine to try to figure out

14   break-through science, then I wouldn't be doing my job

09:57AM   15   properly.

16   Q.  So now turning to my other question, what would the

17   effect be on research and development if the three defendants

18   were to launch unlicensed generic budesonide nebulized

19   suspension?

09:57AM   20   A.  So you pick -- you could pick an annual report, say last

21   year's, and you could see the level of investment we make in

22   R&D.  And somewhere between 16 and 18 percent, depending, of

23   our total revenues which is approximately four billion dollars

24   a year.

09:58AM   25         If you were to remove 400 million dollars,

Hudson - Direct - Anthony

1  approximately, of contribution, you're effectively doing two

2  things.  You're wiping out 10 percent of the R&D spend, number

3  one.  And number two, think about the actual programs that are

4  contained within that.  These are individual phase three

09:58AM  5  programs.  These are two, three hundred million dollar

6  programs per year, per year, that are at the phase just before

7  approval of bringing through medicines in oncology and

8  respiratory and diabetes.

9        Now, the complexity is -- and, of course, we invest

09:58AM 10  even at risk because we don't know what will come out at the

11  other end, but we have to make the investment decision and we

12  have to hope that the clinical trials show the positives.  But

13  we would not be able to do that.  It's an important point.

14  That would stop on a large part of our investment.

09:59AM 15  Q.  Compared to the overall figure of $4 billion, is the type

16  of reduction you're talking about not a very big deal?

17  A.  I think it's well documented externally that we have an

18  incredibly promising pipe line at AstraZeneca, but it's just a

19  little bit out of reach.  It's just a little bit further ahead

09:59AM 20  in front of us.  We're extraordinarily tightly wound as an

21  organization, and what I mean by that is, you know, as

22  recently as the Q3 earnings call a week ago, the analysts are

23  trying to calculate do we have enough revenue to deliver on

24  the pipeline investments.  Our science is great, but can we

10:00AM 25  get the science through the programs and into the market?  And

Hudson - Direct - Anthony

1    that takes significant investment, and the analysts are always

2    trying to do the calculation to see whether you have enough

3    cash to be able to do that.  So, they understand our

4    break-through science and what that means.  They worry about

10:00AM   5    every dollar that we invest and where it comes from.  And

6    that's the issue.  That's why this is bigger than lost revenue

7    in principle.  This is about what happens to that dollar and

8    what it could turn into for the organization.

9    Q.   If AstraZeneca experienced a reduction in its ability to

10:00AM   10    fund -- let me start my question.  I'll ask you a different

11    question.

12         Have you quantified how much of a reduction in research

13    and development funding would result from a generic launch by

14    the three defendants?  You may have already answered this, but

10:01AM   15    I want to make sure I have it.

16    A.   I quantified the lost revenue, and you have asked me what

17    you think -- what we would have in terms of sales and share.

18    So, we know that we lose over 90, 95 percent of that

19    opportunity.  We've quantified what the sales are currently,

10:01AM   20    closer to $500 million in total.  And, you know, I've tried to

21    give context as to a $4 billion dollar R&D investment.  You

22    don't need to be a great mathematician to understand that is a

23    big number to lose from R&D.

24    Q.   And if AstraZeneca lost that big number for R&D, how

10:01AM   25    would it be decided which projects to terminate or curtail?

2959

Hudson - Direct - Anthony

A.   Well, that's probably one of the most difficult
conversations I ever have as a leader in the pharmaceutical
industry.  Sitting on the executive team for AstraZeneca where
we monthly go through what's called the late stage product
10:02AM   committee, we go through projects that we want to fund and we
go through the choices that we have to make, and we prioritize
break-through science, again, this is well documented, but we
also -- we have to make trade-offs and how do you choose
between lung cancer and ovarian cancer.

10:02AM        Some of that is timing.  If you know that you have data
to be published and you know that you have income coming next
year, for example, in this case, let's say another three to
400 million dollars, you can phase programs to be able to
deliver the science and the clinical outcome.  If you don't
10:02AM   have it, you have to choose between programs.  And that's just
the harsh reality of trying to pick where you think you'll do
the best for patients with what you have in terms of dollars
to invest.  I mean, it's complicated and it's, quite frankly,
very difficult, but it would have to be done.

10:02AM   Q.   Continuing on this topic of lost revenue from an
unlicensed generic launch by the three defendants, if the
company anticipated there was a possibility of getting that
money back in damages at some later time in the litigation,
would that be a sufficient answer to the research and
10:03AM   development issue, to get a check later on?

*United States District Court*
*Camden, New Jersey*

2960

Hudson - Direct - Anthony

1    A.    Yeah, I've tried to be clear about this, which is that

2    lost revenue could probably be calculated.  Lost investment on

3    that revenue in R&D is an almost impossible calculation to

4    make.  How do you know which $200 million investment in a

10:03AM  5    Phase III program will bear fruit?  It could become a

6    multimillion dollar, multibillion dollar blockbuster, or it

7    could fail a Phase III study.  You couldn't write a model to

8    calculate that.  The dollars, the dollars in lost revenue,

9    whatever number you put on it, would be accurate only in terms

10:03AM  10    of sales.  It would not even begin to compute what it would

11    take from the lost R&D investment.

12    Q.    I want to go back to one topic you testified about

13    earlier with regard to the possibility of market shortages of

14    budesonide, budesonide nebulized suspension.  Does AstraZeneca

10:04AM  15    currently have in place a practice of storehousing medicine to

16    guard against possible shortages?

17    A.    Well, we do.  We look at one of two ways.  There are

18    medicines in launch phase where we don't know quite what the

19    demand will be because these are medicines that physicians,

10:04AM  20    clinicians are just starting to understand and find a place

21    for.  So, we manufacture slightly ahead of a forecast to make

22    sure that we can always satisfy demand if physicians want

23    them.  Later, for example, in this situation, we try and

24    manufacture, where possible, a small amount of what we call

10:05AM  25    buffer stock, so several weeks beyond what is normally in the

*United States District Court*
*Camden, New Jersey*

2961

Hudson - Direct - Anthony

1   chain to allow for a short-term outage, a short-term out of

2   stock, for example, but that is really for a -- that's really

3   thinking, if, for example, Teva were unable to supply because

4   of a late shipment, a late validation or a batch failure, but

10:05AM   5   it's not -- it can't compensate for a complete failure to

6   supply the market, which is back to your Toprol example of

7   earlier.  That's the piece where I tried to make it clear that

8   if you are a 5 million unit a year company and suddenly you're

9   asked to produce 150 million units a year, it's a long project

10:05AM   10   to come back from that.  So, you can't carry that amount of

11   stock just in case.  It's just not possible.

12   Q.  Let me ask you about in the case of Pulmicort Respules®,

13   the amount of stock that AstraZeneca carries as a buffer under

14   current market conditions.  Would that change, would a

10:06AM   15   company's willingness to carry that kind of a buffer change if

16   the three defendants were to launch unlicensed generic

17   products?

18   A.  Well, we'd -- we'd have to make an assumption that we'd

19   review it.  I forget what it is now, about six weeks or

10:06AM   20   something like that.  It's modest based on what we went

21   through before.  Once the value is gone from the market and

22   the manufacturing capacity is now a discussion point because

23   we're not -- it's not a profitable place for us to be and

24   there are alternatives, I would say that we would reduce that.

10:06AM   25   There is a value attributed to stock in the pipeline that is

*United States District Court*
*Camden, New Jersey*

Hudson - Direct - Anthony

1    material.  So, we would probably reduce that significantly.

2    Q.   I'd like to ask you about formulary status and the

3    formulary status of Pulmicort Respules®.  Could you explain to

4    the Court what a formulary is?

10:07AM  5    A.   Well, typically it is described as tier 1, tier 2, tier

6    3, tier 4, and specialty, which is where managed care

7    organizations or say a CIGNA or an Aetna or one of these

8    organizations will say products in tier 1 is fully covered by

9    their plan as a generic medicine, for example.  Tier 2 might

10:07AM 10   be a preferred branded medicine.  Tier 3 might be a medicine

11   that is for very specific patient populations only and there

12   are some prior authorizations.  I think it's known as well a

13   physician would have to make a phone call to the plan to get

14   the medicine given.  And tier 4 is really very specialized,

10:07AM 15   actually, and difficult.

16   Q.   Based on your experience, do you have an understanding of

17   what would happen to Pulmicort Respules®'s formulary status if

18   the three defendants were to launch unlicensed generics?

19   A.   Well, I mentioned earlier about the radical reduction in

10:08AM 20   price.  So, consequently, if we -- we would have to reduce our

21   price to maintain any type of access on the tier, but it's

22   most likely we would disappear off the list of medicines at

23   any tier with low cost generics being in tier 1.  And we

24   probably, actually, it's possible we would retain some of our

10:08AM 25   Medicaid business, which is the unprofitable part of our

2963

──────── Hudson - Direct - Anthony ────────

 1    business, just because of the way Medicaid is calculated

 2    across our entire portfolio, not just across Pulmicort

 3    Respules® themselves.

 4            MR. ANTHONY:  Your Honor, may I have a moment to

10:08AM    5    confer with counsel?

 6            THE COURT:  Yes.

 7            MR. ANTHONY:  I do have a couple more questions, if I

 8    may, your Honor.

 9            THE COURT:  Okay.

10:09AM   10   BY MR. ANTHONY:

11   Q.  Mr. Hudson, you testified earlier about the Teva

12   agreement.  I'm not going to ask you about percentages now.

13   In this open courtroom I have a different question for you.

14   Is that agreement still in force?

10:09AM   15   A.  Yes.

16   Q.  Is Teva still paying?

17   A.  Yes, absolutely.

18   Q.  And if you can answer this without giving specific

19   percentages, I would appreciate it, but does the existence of

10:09AM   20   that agreement and that royalty structure have an effect on

21   AstraZeneca's ability to react to the launch of three

22   unauthorized generics in this case in terms of price erosion?

23           THE COURT:  In terms of what?

24           MR. ANTHONY:  Price erosion.

10:10AM   25           (By order of the court the courtroom was sealed.)

*United States District Court*
*Camden, New Jersey*



Hudson - Direct - Anthony

1
2
3
4
10:10AM  5
6
7
8
9
10:10AM  10
11
12
13
14
10:11AM  15
16
17
18
19        (By order of the Court, the testimony was unsealed.)
10:11AM  20        MR. ANTHONY:  Thank you, Mr. Hudson.  I appreciate
21    it.
22        Your Honor, there was one --
23        THE COURT:  So, that last answer should be sealed.
24        MR. ANTHONY:  Very well.
10:11AM  25        THE COURT:  Yes.

*United States District Court*
*Camden, New Jersey*

2965

———————HUDSON - CROSS - BRODY———————

1          MR. ANTHONY:  Thank you.  I pass the witness.  Thank

2    you.

3          THE COURT:  So, the record will reflect the last

4    answer from the witness will be sealed.

10:11AM  5          MS. BRODY:  Good morning, your Honor.  Good morning,

6    Mr. Hudson.

7          THE COURT:  Yes.

8          THE WITNESS:  Good morning.

9          MS. BRODY:  Your Honor, may we approach with binders?

10:12AM  10          THE COURT:  Yes.

11    (CROSS EXAMINATION OF MR. HUDSON BY MS. BRODY:)

12    Q.   Mr. Hudson, do you have your two binders now that were

13    handed up?

14    A.   I do, yes.

10:13AM  15    Q.   Mr. Hudson, will you understand if I refer to B-I-S or

16    BIS today, that means budesonide inhalation suspension?

17    A.   Yes.

18    Q.   And if I refer to Watson today, will you understand that

19    I refer to Breath and Watson collectively?

10:13AM  20    A.   Yes.

21    Q.   And you understand Watson is a defendant to this

22    litigation, correct?

23    A.   Correct.

24    Q.   Now, you understand that certain AstraZeneca employees

10:13AM  25    have submitted written submissions in the form of declarations

HUDSON - CROSS - BRODY

1  in this litigation to support AstraZeneca's request for

2  injunctive relief, correct?

3  A.   Correct.

4  Q.   And those declarations have described alleged harms

5  AstraZeneca would incur if defendants launched their generic

6  BIS products, correct?

7  A.   Correct.

8  Q.   And one of those declarations were submitted on behalf of

9  a Linda Palczuk, correct?

10  A.   Correct.

11  Q.   And that's P-A-L-C-Z-U-K.

12  A.   Palczuk.

13  Q.   Another was Marion McCourt, correct?

14  A.   Correct.

15  Q.   Ms. Palczuk is still employed at AstraZeneca to your

16  knowledge, correct?

17  A.   Correct.

18  Q.   Do you know if Ms. Palczuk intends to testify during

19  these trial proceedings?

20  A.   I don't know.

21  Q.   Do you know if Ms. McCourt intends to testify during

22  these trial proceedings?

23  A.   I don't know.

24  Q.   You have not spoken with Ms. Palczuk concerning any harm

25  issues relevant to this litigation, correct?

HUDSON - CROSS - BRODY

1     A.   Correct.

2     Q.   And you have not spoken with Ms. McCourt concerning any

3     harm issues relevant to this litigation, correct?

4     A.   Correct.

10:14AM    5     Q.   And you have never submitted any written submission,

6     including any declaration, in this litigation to support

7     AstraZeneca's request for injunctive relief, correct?

8     A.   Correct.

9     Q.   And you did not speak with AstraZeneca's expert, Dr.

10:14AM   10    Vellturo, concerning harm issues relevant to this litigation,

11    correct?

12    A.   Correct.

13    Q.   Are you relying upon any statements made in the Palczuk

14    or McCourt declarations submitted in this litigation to

10:15AM   15    support your harm opinions?

16    A.   Firstly, I'm relying on a career of expertise in the

17    industry, and I have read their declarations and I have

18    reflected on their comments and I have my own view which I'm

19    answering questions on today.

10:15AM   20    Q.   Are you relying upon any statements made in the Palczuk

21    or McCourt declarations submitted in this litigation to

22    support your harm opinions today?

23              MR. ANTHONY:  Objection.

24              THE COURT:  No, I'll allow it.

10:15AM   25              THE WITNESS:  Not specifically.

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1    BY MS. BRODY:

2    Q.   Generally?

3    A.   Well, if my view was the same as what I read, it's hard

4    for me to say am I relying on it or was it my view.

10:15AM   5    Q.   Now, I want to get the timeline straight here, Mr.

6    Hudson.  You only first joined an AstraZeneca entity in 2006,

7    correct?

8    A.   Correct.

9    Q.   And that entity was AstraZeneca U.K. located in the

10:16AM   10   United Kingdom, correct?

11   A.   Correct.

12   Q.   You were at AstraZeneca U.K. until 2008, correct?

13   A.   Correct.

14   Q.   That was April 2008?

10:16AM   15   A.   Correct.

16   Q.   And while you were employed at AstraZeneca U.K., you did

17   not have responsibility for AstraZeneca's Pulmicort Respules®

18   products sold in the United States, correct?

19   A.   Correct.

10:16AM   20   Q.   From your position at AstraZeneca U.K., you went on to

21   work at AstraZeneca Spain, correct?

22   A.   Correct.

23   Q.   You were there until 2011, correct?

24   A.   Correct.

10:16AM   25   Q.   And while you were employed at AstraZeneca Spain from

HUDSON - CROSS - BRODY

1   2008 to 2011, you did not have any responsibility for

2   AstraZeneca's Pulmicort Respules® products sold in the United

3   States, correct?

4   A.   Correct.

10:16AM  5   Q.   Then you were at AstraZeneca KK in Japan from April 2011

6   to January 2013, correct?

7   A.   Correct.

8   Q.   And while you were employed at AstraZeneca in Japan from

9   April 2011 to January 2013, you did not have responsibility

10:17AM  10   for AstraZeneca's Pulmicort Respules® products sold in the

11   United States, correct?

12   A.   Correct.

13   Q.   Your role at AstraZeneca with respect to the sale of

14   products in North America and the United States began only in

10:17AM  15   January '13, 2013, excuse me, or about two years ago, correct?

16   A.   Correct.

17   Q.   So, any responsibility you may have had or you have for

18   Pulmicort Respules® in the U.S. market only began in January

19   2013, correct?

10:17AM  20   A.   Correct.

21   Q.   Now, you do not know how much money AstraZeneca invested

22   in manufacturing and seeking approval for Pulmicort Respules®

23   in the United States, do you?

24   A.   No.

10:17AM  25   Q.   And you were not involved in AstraZeneca's decision to

*United States District Court*
*Camden, New Jersey*

1  file a new drug application for Pulmicort Respules®, correct?

2  A.   Correct.

3  Q.   And you did not have any involvement in AstraZeneca's

4  decision to manufacture Pulmicort Respules® for the U.S.

10:18AM  5  market in the early 2000s, correct?

6  A.   Correct.

7  Q.   Now, prior to 2013, you did not have any specific

8  knowledge concerning reinvestment of profits in research and

9  development as it relates specifically to Pulmicort Respules®,

10:18AM  10  correct?

11  A.   I would say that's too specific a point.  The reality is,

12  running businesses in Spain and Japan, clearly I understood

13  the importance of reinvesting profits from the entire global

14  revenues in R&D.  The specific contribution made by Respules®,

10:18AM  15  no.

16  Q.   Now, AstraZeneca is a top 10 global pharmaceutical

17  company, correct?

18  A.   Correct.

19  Q.   And you understand that AstraZeneca's scenario plans with

10:19AM  20  respect to anticipated product sales, correct?

21  A.   Correct.

22  Q.   And those scenario plans include forecasts of anticipated

23  future sales of products, whether in terms of dollars or

24  units, correct?

10:19AM  25  A.   Correct.

*2971*

—— HUDSON - CROSS - BRODY ——

1    Q.   And AstraZeneca has prepared scenario plans or forecasts

2    relevant to anticipated sales of Pulmicort Respules®, correct?

3    A.   Correct.

4    Q.   And AstraZeneca prepares such forecasts or scenario plans

10:19AM   5    in the ordinary course of business, correct?

6    A.   Correct.

7    Q.   As part of your current job responsibilities at

8    AstraZeneca, Mr. Hudson, you have had a role in projecting

9    sales and preparing forecasts relevant to Pulmicort Respules®

10:19AM  10    in the United States, correct?

11   A.   By preparing forecasts, could you be more specific,

12   please?

13   Q.   Have you had a role in reviewing the output of software

14   or computations of forecasts that AstraZeneca has prepared

10:20AM  15    relevant to Pulmicort Respules®?

16   A.   Correct.

17   Q.   And the last forecasts you reviewed for Pulmicort

18   Respules® was as recent as September 2014, correct?

19   A.   Correct.

10:20AM  20   Q.   And that forecast was prepared in or around September

21   2014, correct?

22   A.   Correct.

23   Q.   Now, that latest forecast you reviewed in September 2014,

24   it showed a decline in price and volume for the 2014 and 2015

10:20AM  25   years ending through 2019 for Pulmicort Respules®, correct?

HUDSON - CROSS - BRODY

**1**   A.   Correct.

**2**   Q.   And that forecast for Pulmicort Respules® you reviewed in

**3**   September 2014, it showed anticipated future sales in terms of

**4**   both dollars and units, correct?

10:20AM   **5**   A.   Correct.

**6**   Q.   And in that forecast, the dollar value for 2014 for

**7**   Pulmicort Respules® was in the region of $400 million,

**8**   correct?

**9**   A.   Correct.

10:21AM   **10**   Q.   And that $400 million amount included royalties

**11**   AstraZeneca anticipates receiving from Teva for the sale of

**12**   its generic BIS products, correct?

**13**   A.   Correct.

**14**   Q.   Based on the latest forecasts you recall reviewing in

10:21AM   **15**   September 2014, the forecasted dollar sales for Pulmicort

**16**   Respules® in 2014 without royalties paid by Teva were

**17**   approximately $120 or $130 million, correct?

**18**   A.   Approximately, yes.

**19**   Q.   And for the 2015 year, those dollar values decline,

10:21AM   **20**   correct?

**21**   A.   By a low single digit, yes.

**22**   Q.   But the numbers do show some decline, correct?

**23**   A.   Correct.

**24**   Q.   And that decline occurs even without generic entry,

10:21AM   **25**   correct?

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1    A.    Correct.

2    Q.    You agree that as a general matter, AstraZeneca forecasts

3    the impact of potential generic entry?

4    A.    Yes, correct.

10:21AM    5    Q.    Now, the forecast you testified that was prepared in

6    September 2014 by AstraZeneca and that you reviewed, you did

7    not look at that forecast in your direct testimony today, did

8    you?

9    A.    Sorry.  Could you ask the question again, please?

10:22AM    10    Q.    You testified that you reviewed a forecast for Pulmicort

11    Respules® that was prepared by AstraZeneca in September 2014,

12    correct?

13    A.    Correct.

14    Q.    Did you see that forecast during your direct examination

10:22AM    15    today?

16    A.    No.

17         THE COURT:  Were you asked about it today?

18         THE WITNESS:  No.

19    BY MS. BRODY:

10:22AM    20    Q.    Do you know if that forecast was provided to defendants

21    in this litigation?

22    A.    I don't know the answer to that.

23    Q.    Now, AstraZeneca prepares forecasts to take into account

24    a potential at-risk launch, correct?

10:22AM    25    A.    Correct.

HUDSON - CROSS - BRODY

1  Q.  And when AstraZeneca considers at-risk launches in its

2  forecasting scenarios, it takes into account standard

3  assumptions with respect to, for example, pricing, correct?

4  A.  Correct.

10:23AM  5  Q.  Within your current job responsibilities at AstraZeneca,

6  Mr. Hudson, you have seen forecasts for Pulmicort Respules®

7  that take into account potential at-risk launch scenarios by

8  generics, correct?

9  A.  Correct.

10:23AM  10  Q.  And you saw such financial scenarios as recent as mid

11  year 2014, correct?

12  A.  Correct.

13  Q.  The last forecast you reviewed in September 2014 also

14  included as a possible scenario an at-risk launch by a

10:23AM  15  generic, correct?

16  A.  Yes, correct.

17  Q.  So, based on the forecast information you have seen,

18  including as recent as September 2014, AstraZeneca has at

19  least estimated what impact an at-risk launch by defendants to

10:23AM  20  this litigation would have on its sales, correct?

21  A.  Correct.

22  Q.  And that impact is measured in terms of both dollar and

23  unit sales, correct?

24  A.  Correct.

10:24AM  25  Q.  But again, you did not look at any forecasts that

2975

HUDSON - CROSS - BRODY

1   included an at-risk launch scenario during your direct

2   testimony today, did you?

3   A.   I commented on what I thought the most likely drop in

4   revenue would be.

10:24AM   5   Q.   Did you see any or were you asked specifically about any

6   forecasts that included an at-risk launch scenario for

7   Pulmicort Respules® during your direct examination today?

8   A.   I can't remember specifically how the question was asked,

9   but I remember arriving at an answer that showed the new low

10:24AM   10   sales number which would have been as part of the output of

11   the launch of generics, yes.

12   Q.   And during your direct examination, did you physically

13   see an at-risk launch forecast that would have supported your

14   testimony?

10:24AM   15   A.   No.

16   Q.   Now, Mr. Hudson, Teva already has a generic BIS product

17   on the market, correct?

18   A.   Correct.

19   Q.   And that Teva BIS product has been on the market under a

10:25AM   20   license from AstraZeneca since 2009, correct?

21   A.   Correct.

22   Q.   You had no responsibility for Pulmicort® in the United

23   States when Teva launched its generic BIS product, correct?

24   A.   Correct.

10:25AM   25           MS. BRODY:  And, your Honor, I am going to start

HUDSON - CROSS - BRODY

1  talking about the license agreement and royalty amounts.  So,

2  I think that it would be appropriate to seal the courtroom.

3          THE COURT:  Okay.  Why don't we take our morning

4  break.  We'll take a 10-minute break and then, when we come

10:25AM  5  back, the courtroom will be sealed.  Okay?

6          THE DEPUTY COURT CLERK:  All rise.

7          (Recess at 10:25 a.m..)

8          (In open court at 11:03 a.m..)

9          THE DEPUTY COURT CLERK:  All rise.

11:03AM  10         THE COURT:  I apologize.  A matter had come up.

11  Okay.  Be seated.

12      Mr. Hudson.  Ms. Brody.

13         MS. BRODY:  And, your Honor --

14         THE COURT:  Yes, the courtroom is sealed now.  So,

11:03AM  15  the courtroom will be sealed.  Thank you.

16          (By order of the Court, the courtroom was sealed.)

17  ████████████████████████████████████████████

18  ████████████████████████████████████████████████

19  ████████████████████████████████████████████

11:04AM  20  ██████████

21  ████████████████████████████████

22  ████████████████████

23  ██████████

24  █ ████████████████████████████

11:04AM  25  ████████████████████████████████████████████

*United States District Court*
*Camden, New Jersey*





HUDSON - CROSS - BRODY

United States District Court
Camden, New Jersey





HUDSON - CROSS - BRODY

United States District Court
Camden, New Jersey





HUDSON - CROSS - BRODY

United States District Court
Camden, New Jersey



HUDSON - CROSS - BRODY

1
2
3
4
11:12AM   5
6
7
8
9
11:13AM   10
11
12
13
14
11:13AM   15
16
17
18
19
11:13AM   20
21
22
23
24
11:14AM   25

*United States District Court*
*Camden, New Jersey*



HUDSON - CROSS - BRODY

United States District Court
Camden, New Jersey



HUDSON - CROSS - BRODY

**1**
**2**
**3**
**4**
11:15AM **5**
**6**
**7**
**8**
**9**
11:15AM **10**
**11**
**12**
**13**
**14**
11:16AM **15**
**16**
**17**
**18**
**19**
11:16AM **20**
**21**
**22**
**23**
**24**
11:16AM **25**

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1  ████████████████████████████████████

2  ████████████████████████

3          (By order of the Court, the courtroom was unsealed.)

4  BY MS. BRODY:

11:16AM  5  Q.  Now, Mr. Hudson, currently, based on your understanding,

6  sales of Pulmicort Respules® make up about 4 percent of

7  AstraZeneca's total U.S. net sales, correct?

8  A.  Yes.

9  Q.  That 4 percent figure includes sales of Teva's generic

11:16AM  10  BIS product and the branded Pulmicort® sales, correct?

11  A.  Correct.

12  Q.  Now, if you were to take the Teva generic BIS sales out

13  of the percentage, the branded Pulmicort Respules® sales would

14  make up about 1.3 or 1.4 percent of the total U.S. net sales,

11:17AM  15  correct?

16  A.  Correct.

17  Q.  Now, if you consider the Teva generic BIS sales and the

18  branded sales, Pulmicort® sales, based on your math, those

19  sales make up about 2.5 percent of AstraZeneca's total global

11:17AM  20  net sales, correct?

21  A.  Yes.

22  Q.  And you don't know sitting here today how much of the

23  branded sales make up AstraZeneca's total global net sales, do

24  you?

11:17AM  25  A.  I would have to calculate it.

HUDSON - CROSS - BRODY

1    Q.   Have you calculated that percentage?

2    A.   No.

3    Q.   Now, the current level of investment in terms of

4    promotional strategies for Pulmicort Respules® by AstraZeneca

11:17AM   5    is $700,000 for the 2014 year, correct?

6    A.   I'm sorry.  Please repeat that.

7    Q.   Of course.  The current level of investment in terms of

8    promotional strategies for Pulmicort Respules® at AstraZeneca

9    is $700,000 for the 2014 year, correct?

11:18AM   10   A.   Correct.

11   Q.   Now, you don't know how that level of investment compares

12   to the promotional level when Pulmicort Respules® was first

13   marketed in 2000, do you?

14   A.   Well, we have -- I'm trying to remember which one it was,

11:18AM   15   but we have some data back to 2000.  I can't remember which

16   one it was, the one that you just mentioned.

17   Q.   If you take a look to DTX-2044, would that be the

18   document that you're referring to?

19   A.   Yes.

11:18AM   20   Q.   So, would you agree with me that for promotional

21   expenditures, currently the number at promotions, which is

22   reflected in the line item promotions, correct?

23   A.   Yes.

24   Q.   That number is substantially lower in 2014 than it was in

11:19AM   25   2000, correct?

2988

HUDSON - CROSS - BRODY

1    A.    Yes, correct.

2    Q.    Now, the majority of that $700,000 promotional investment

3    is spent on sampling, correct?

4    A.    Correct.

11:19AM    5    Q.    And sampling entails simply providing a certain amount of

6    product samples to healthcare providers, correct?

7    A.    Correct.

8    Q.    Now, the number of employees at AstraZeneca who are

9    currently involved in any way with promotion of Pulmicort

11:19AM    10   Respules® would be approximately 50, correct?

11   A.    Somewhere in the region of that, yes.

12   Q.    And those approximately 50 people are responsible for

13   organizing the delivery of Pulmicort Respules® samples,

14   correct?

11:20AM    15   A.    Correct.

16   Q.    And you would refer to those employees responsible for

17   samples as customer service associates, correct?

18   A.    Yes, that's one way to describe them, yes.

19   Q.    Is it that an acceptable way to describe it?

11:20AM    20   A.    Yes.

21   Q.    And those customer service associates are responsible for

22   products other than Pulmicort Respules®, correct?

23   A.    It depends because there are different tactical

24   campaigns, different in a calendar year.  They would focus on

11:20AM    25   individual brands, but they may not focus all year on

—— HUDSON - CROSS - BRODY ——

1    individual brands.  That's why it's hard to be precise.

2    Q.    So, sitting here today, do you know if any of those

3    approximately 50 customer service associates are responsible

4    only for Pulmicort Respules®?

11:20AM  5    A.    To arrive at the 50, the calculation is, is what I think

6    is attributed during a year for Pulmicort Respules®

7    specifically.

8    Q.    And those customer service associates could work on other

9    products throughout the course of a year.  Is that fair?

11:21AM 10    A.    They could, yes.

11    Q.    There is currently no sales force associated with

12    Pulmicort Respules in the United States, correct?

13    A.    That's correct.

14    Q.    And you do not know how many people are involved in the

11:21AM 15    technical manufacturing of Pulmicort Respules, correct?

16    A.    I understand it to be in the region of two to three

17    hundred.

18    Q.    And how did you arrive at that number?

19    A.    By a question to our operations team.

11:21AM 20    Q.    Did you ask that question since your deposition last a

21    Monday on November the 10th?

22    A.    Yes.

23    Q.    So how many manufacturing people?

24    A.    I was told in the region of two to three hundred people.

11:21AM 25    Q.    That information was just provided to you in the last

HUDSON - CROSS - BRODY

1    week?

2    A.   Yes.

3    Q.   You do not know what other product, if any, those

4    employees who are involved in this technical manufacture of

11:21AM  5    Pulmicort Respules work on though, correct?

6    A.   No.

7    Q.   And you understand that Pulmicort Respules is

8    manufactured in the Westboro, Massachusetts AstraZeneca

9    facility, correct?

11:22AM 10   A.   Correct.

11   Q.   You do not know if AstraZeneca manufactures any other

12   product at that a Westboro facility, correct?

13   A.   Correct.

14   Q.   And you do not know what other products, if any, the

11:22AM 15   equipment at the Westboro Massachusetts facility can be used

16   to make, correct?

17   A.   Correct.

18   Q.   Do you understand that AstraZeneca now manufactures a

19   sterile product for sale outside of the United States; is that

11:22AM 20   correct?

21   A.   Correct.

22   Q.   You do not know though when AstraZeneca started

23   manufacturing that ex-U.S. product as sterile, correct?

24   A.   Correct.

11:22AM 25   Q.   You do not know where the non-U.S. Pulmicort Respules

HUDSON - CROSS - BRODY

1    product is manufactured, correct?

2    A.   My understanding it is Sweden and Australia.

3    Q.   Did you learn that information since the date of your

4    deposition on November 10th?

11:23AM   5    A.   Yes.

6    Q.   Do you know if any in that volume of the non-U.S.

7    Pulmicort Respules product is manufactured in the United

8    States.

9    A.   If you could please repeat the question.

11:23AM   10   Q.   Do you know whether any volume of the non-U.S. Pulmicort

11   Respules product is manufactured outside -- or in the United

12   States?

13   A.   No.

14   Q.   You don't know if there is volume?

11:23AM   15   A.   That's correct.

16   Q.   Now, with respect to any alleged irreparable harm

17   AstraZeneca would allegedly suffer as a result of generic BIS

18   entry by any of the defendants it is your opinion that the

19   harm would include any loss in dollar sales AstraZeneca may

11:24AM   20   experience for its Pulmicort Respules product, correct?

21   A.   Can you repeat the question, please.

22   Q.   Of course.  With respect to any alleged irreparable harm

23   AstraZeneca may suffer as a result of a generic BIS entry by

24   any of the defendants, is it your opinion that the harm would

11:24AM   25   include any loss in dollar sales AstraZeneca may experience

HUDSON - CROSS - BRODY

1    for its Pulmicort Respules product?

2    A.   In part, yes.

3    Q.   Now, AstraZeneca has --

4          MS. BRODY:  Your Honor, I just want to be sure I'm

11:24AM  5    not stepping into any confidential information.

6    BY MS. BRODY:

7    Q.   Now, AstraZeneca has estimated that a multiple generic

8    BIS launch by defendants would result in reduced revenues to

9    AstraZeneca in the amount of approximately $50 million,

11:25AM 10   correct?

11   A.   Correct.

12          MR. ANTHONY:  Objection.

13          THE COURT:  Basis?

14          MR. ANTHONY:  I think that misstates the witness's

11:25AM 15   testimony.  Reduced --

16          THE COURT:  Well, he agreed with it.

17          MR. ANTHONY:  Oh.

18          THE COURT:  He agreed with it, so you'll have to save

19   it for redirect.

11:25AM 20          MR. ANTHONY:  Very well.

21   BY MS. BRODY:

22   Q.   So AstraZeneca has calculated a dollar amount of loss

23   with respect to revenues upon a generic launch by defendants,

24   correct?

11:25AM 25   A.   Correct.

HUDSON - CROSS - BRODY

1    Q.    And with respect to a decrease in royalty payments from

2    Teva, AstraZeneca has also calculated what its estimated

3    losses would be upon generic entry by defendants, correct?

4    A.    Correct.

11:25AM    5    Q.    And AstraZeneca has calculated the estimated reduction in

6    revenues and royalties upon generic launch in terms of both

7    dollar and unit sales, correct?

8    A.    Correct.

9    Q.    Now, do you recall discussing supply shortages in your

11:26AM    10    direct testimony?

11    A.    Yes.

12    Q.    And some of those supply shortages were relevant Teva's

13    generic BIS product, correct?

14    A.    Correct.

11:26AM    15    Q.    Those supply issues occurred years ago, correct?

16    A.    Correct.

17    Q.    And by years ago I mean in 2010 to 2011 to your

18    understanding, correct?

19    A.    That's my understanding.

11:26AM    20    Q.    You have no knowledge sitting here today that Watson

21    would have any issues with the manufacture or supply of its

22    generic BIS product, correct?

23    A.    Correct.

24    Q.    And you are not aware of any examples where Watson has

11:26AM    25    had any manufacturing issues supplying the market with any of

—— HUDSON - CROSS - BRODY ——

1    its generic products, correct?

2    A.   Correct.

3    Q.   At the time Teva experienced supply issues with its BIS

4    product years ago, you were not responsible for AstraZeneca's

11:27AM    5    Pulmicort Respules business, correct?

6    A.   Correct.

7    Q.   You have not spoken with anyone at Teva concerning any

8    issues it had with supply or manufacture of its BIS product in

9    the past, correct?

11:27AM   10    A.   Correct.

11    Q.   And you do not know what caused any supply or

12    manufacturing issues that Teva may have experienced in the

13    past with its generic BIS products, correct?

14    A.   Correct.

11:27AM   15    Q.   And no one at AstraZeneca has been able to identify what

16    caused any supply or manufacturing issues Teva experienced

17    with its BIS product years ago, correct?

18    A.   Correct.

19    Q.   You are not able to identify any current manufacturing or

11:27AM   20    supply issues Teva is experiencing with respect to its generic

21    BIS product, correct?

22    A.   Correct.

23    Q.   Now, I believe you talked about confusion by patients in

24    terms of switching products earlier.  Do I recall that

11:28AM   25    correctly on your direct exam?

—HUDSON - CROSS - BRODY—

1   A.   Yes.

2   Q.   And AstraZeneca became aware of potential confusion based

3   on calls it received from patients, correct?

4   A.   Correct.

11:28AM  5   Q.   Those calls that AstraZeneca received were received when

6   Teva had its prior supply issues, correct?

7   A.   Correct.

8   Q.   You have not spoken with any patients who have had their

9   BIS medication switched, have you?

11:28AM 10   A.   No.

11   Q.   Now, I believe you talked about AstraZeneca's practice of

12   store-housing products; is that correct?

13   A.   No, I think I used the expression "buffering."

14   Q.   Maybe it was your counsel used the word store-housing and

11:28AM 15   you call it buffering.  You agree that AstraZeneca has an

16   inventory buffer for products other than Pulmicort Respules,

17   correct?

18   A.   Correct.

19   Q.   You also talked about the Toprol product.  Do you recall

11:29AM 20   that in your direct testimony?

21   A.   Yes.

22   Q.   Now, any supply issues with Toprol occurred in past years

23   as well, correct?

24   A.   Correct.

11:29AM 25   Q.   And any supply issues with the Toprol product were not

*United States District Court*
*Camden, New Jersey*

1    caused by Watson, correct?

2    A.    I don't know specifically.

3    Q.    Now, as a global organization, AstraZeneca has

4    experienced employee layoffs, correct?

11:29AM    5    A.    Correct.

6    Q.    The AstraZeneca U.S. offices have experienced layoffs,

7    correct?

8    A.    Correct.

9    Q.    And those layoffs have occurred in the last five to

11:29AM    10    seven years, correct?

11    A.    Correct.

12    Q.    Now, AstraZeneca implemented a restructuring strategy

13    that included various phases of job cuts, correct?

14    A.    Correct.

11:29AM    15    Q.    Now, when we were talking about the Pulmicort Respules

16    manufacturing employees, you do not have any knowledge of

17    whether any individuals responsible for the Pulmicort Respules

18    brand product on the manufacturing line could be transferred

19    to another product line, correct?

11:30AM    20    A.    That's correct.

21    Q.    Now, with respect to the approximate 800 people you

22    testified about whom AstraZeneca would need to lay off if

23    additional generics entered, you would approximate the dollar

24    amount tied to each individual as approximately $150,000,

11:30AM    25    correct?

1    A.   No.  It's a range.  If that's an average, then possibly,

2    but it depends on the role the person performed.

3    Q.   Would you agree that the range would be approximately

4    from $150,000 to $250,000?

11:30AM  5    A.   I think the range is wider, but the average would be

6    about right.

7    Q.   But there is a dollar amount of range that you would tie

8    to the 800 employees that you testified AstraZeneca would need

9    to lay off, correct?

11:30AM  10   A.   I have a working assumption around the average cost of

11   manpower in general across the business and, therefore, can

12   make a calculation.

13   Q.   And that calculation could average around $150,000 an

14   employee.

11:31AM  15   A.   Yes.

16   Q.   Now, in arriving at the 800 count employment layoff, you

17   have taken into account certain assumptions, correct?

18   A.   Correct.

19   Q.   The position that AstraZeneca would need to lay off 800

11:31AM  20   employees in the event of a generic launch by defendants

21   assumes, for example, that there is no other income

22   experienced by AstraZeneca to make up the loss of the

23   Pulmicort Respules business, correct?

24   A.   Correct.

11:31AM  25   Q.   Now, AstraZeneca does not have any analysis relating

HUDSON - CROSS - BRODY

1  specifically to Pulmicort Respules that shows how it arrived

2  at the 800 head count reduction about which you testified,

3  correct?

4  A.   The -- we routinely work scenarios of if profit was

11:32AM  5  affected, what the implications would be.  We are -- it can be

6  from any part of the portfolio, but the question is what would

7  be the financial implications to protect profit in the

8  organization.

9  Q.   AstraZeneca does not have any analysis relating

11:32AM  10  specifically to Pulmicort Respules that shows how it arrives

11  at the 800 head count reduction about which you testified,

12  correct?

13  A.   So we routinely work through what scenarios would be

14  required with loss revenue.  We understand what the loss

11:32AM  15  revenue would be with respules and we can make an

16  approximation of the number of people that would have to leave

17  the organization.

18  Q.   Other than a general analysis that works through

19  scenarios, you have not seen any scenarios specific to

11:33AM  20  Pulmicort Respules, have you?

21  A.   We don't routinely scenario per medicine, we routinely

22  scenario based on the impact on the P&L and, therefore, I

23  would expect the scenarios that we have in place to suit

24  Pulmicort Respules specifically.

11:33AM  25  Q.   But there is no scenario specific to Pulmicort Respules

HUDSON - CROSS - BRODY

1    that AstraZeneca has prepared, correct?

2    A.   Or any other brand.

3    Q.   As of today, AstraZeneca does not know if any of the 800

4    individuals it claims it will need to lay off could work in

11:33AM   5    any other part of the company, correct?

6    A.   Well, you don't lay people off to reemploy them.  The

7    math doesn't add up from a profit perspective.  So unless they

8    were filling an existing vacancy that had budget attributed to

9    it, the people are on incremental costs that would have to be

11:34AM   10   found, therefore it is unlikely they would be reemployed.

11   Q.   But it is possible that's 800 individuals that you

12   testified about could fill vacancies within the company

13   without being laid off, correct?

14   A.   I think, as you pointed out already, we're restructuring

11:34AM   15   and becoming smaller, so I think it's highly unlikely.

16   Q.   And that restructuring and becoming smaller does not --

17   was not caused specifically by generic entry into the BIS

18   market, correct?

19   A.   We haven't -- there isn't a generic entry.

11:34AM   20   Q.   The global restructuring that you've testified about was

21   not a result specifically of anticipated generic entry into

22   the BIS market, correct?

23        THE COURT:  The question is anticipated.

24        THE WITNESS:  Yeah, it does.  There is a long range

11:35AM   25   plan of which we calculate what our revenues are, but

United States District Court
Camden, New Jersey

─── HUDSON - CROSS - BRODY ───

1    restructuring that you mentioned earlier are part of an

2    ongoing transformation process.

3    BY MS. BRODY:

4    Q.   Now, you have not identified any evidence that

11:35AM  5    AstraZeneca has laid off 800 employees every time it has lost

6    $300 or $400 million in product sales, have you?

7    A.   We haven't presented any of that.

8    Q.   Now, I want to talk a little more about the global

9    restructuring layoffs you testified AstraZeneca has

11:35AM  10   experienced in the last several years.  Could you please turn

11   to DTX-2195 in your binder that I provided you?

12   A.   Yes.

13   Q.   Are you there?

14   A.   Yup.

11:35AM  15   Q.   You've seen this document before, correct?

16   A.   Yes.

17   Q.   This is an article entitled "AstraZeneca to Layoff 135 in

18   Westboro" dated May 19, 2011, correct?

19   A.   Correct.

11:36AM  20   Q.   And you testified earlier that the Westboro facility is

21   the same facility where you understand AstraZeneca

22   manufactures the Pulmicort Respules product, correct?

23   A.   Correct.

24   Q.   And this article states in the second sentence, "The

11:36AM  25   layoff is part of a worldwide restructuring of the UK-based

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1    pharmaceutical company announced last year, which will include

2    a total of 8,550 layoffs.  The 2010 downsizing followed a

3    first round of restructuring in 2009 which led to 15,000

4    layoffs, including 113 at the same Westboro facility which

11:36AM  5    were announced in September 2009."  Correct.

6    A.   Correct.

7    Q.   Now, this article goes onto state in the third paragraph,

8    "The Westboro facility provides supply and packaging for a

9    number of AstraZeneca's sterile injectable, topical and

11:36AM  10   respiratory products, including allergy drug Rhinocort Aqua

11   and asthma treatment Pulmicort Respules."  Correct?

12   A.   Correct.

13   Q.   Do you know if the active ingredient in Rhinocort Aqua is

14   budesonide?

11:37AM  15   A.   Yes.

16   Q.   And you understand the active ingredient in Pulmicort

17   Respules is budesonide?

18   A.   Yes.

19   Q.   Now, this article does not mention anything about the

11:37AM  20   noted layoffs being a result of anticipated generic launch of

21   BIS or potential competition in that market, correct?

22   A.   Correct.

23        MS. BRODY:  Your Honor, we move to admit DTX-2195 in

24   evidence.

11:37AM  25        MR. ANTHONY:  No objection.

——————— HUDSON - CROSS - BRODY ———————

1          THE COURT:  In evidence.

2     (PLAINTIFF EXHIBIT DTX-2195 WAS RECEIVED IN EVIDENCE)

3     BY MS. BRODY:

4     Q.  Would you please turn to DTX-3603 in the binder I

11:37AM   5     provided you.  And you've seen this document before too,

6     correct?

7     A.  Yes.

8     Q.  That's an AstraZeneca press release dated February 2,

9     2012, entitled "AstraZeneca's new restructuring initiative to

11:38AM  10     drive productivity and support innovation."  Correct?

11     A.  Correct.

12     Q.  AstraZeneca prepares presence releases in the ordinary

13     course of business, correct?

14     A.  Correct.

11:38AM  15     Q.  Now, if you look to the first paragraph on the first page

16     of this document, it states, "In conjunction with the

17     publication of its full year 2011 results earlier today,

18     AstraZeneca announced new restructuring initiatives designed

19     to improve productivity and strengthen the company's

11:38AM  20     commercial, operations and research and development

21     capabilities."  Correct?

22     A.  Correct.

23     Q.  Now, if you looked at the second paragraph of this press

24     release on page 1, it states, "This new programme is expected

11:38AM  25     to deliver an estimated 1.6 billion in annual benefits by the

HUDSON - CROSS - BRODY

1    end of 2014, at an estimated total cost of $2.1 billion.

2    AstraZeneca expects that this restructuring programme will

3    affect approximately 73,000 positions."  Correct?

4    A.   Correct.

11:39AM  5    Q.   And if you turn to the second page of this press release,

6    looking to the next to last paragraph on this page, it states,

7    "The implementation of this new model will lead to a

8    significant reduction in employee numbers and the end of R&D

9    activity at two sites that are focused on neuroscience."

11:39AM  10   Correct.

11   A.   Correct.

12   Q.   Now, as part of this restructuring program announced in

13   AstraZeneca's February 2012 press release there were layoffs

14   of significant proportion.  Would you agree?

11:39AM  15   A.   Correct.

16        MS. BRODY:  Your Honor, we move to admit DTX-3603

17   into evidence.

18        THE COURT:  Any objection?

19        MR. ANTHONY:  No objection.

11:39AM  20        THE COURT:  In evidence.

21   (DEFENDANT EXHIBIT DTX-3603 WAS RECEIVED IN EVIDENCE)

22   BY MS. BRODY:

23   Q.   Mr. Hudson, could you please turn to DTX-2179 in the

24   binder I provided to you.  You've seen this document before,

11:40AM  25   correct?

HUDSON - CROSS - BRODY

1    A.    Yes.

2    Q.    This is an AstraZeneca press release dated March 21,

3    2013, entitled "AstraZeneca Outlines Strategy to Return to

4    Growth and Achieve Scientific Leadership."  Correct?

11:40AM  5    A.    Correct.

6    Q.    In the first paragraph on page one of this press release

7    it states, "AstraZeneca will today outline its strategy to

8    return to growth and achieve scientific leadership."  Correct?

9    A.    Correct.

11:40AM  10   Q.    Now, if you looked at page four of this press release in

11   the fourth paragraph on this page it states, "We are combining

12   this SG&A restructuring with two previously announced

13   programmes.  These comprise the head count reduction of 1,600

14   related to the proposed R&D footprint changes announced on 18

11:41AM  15   March 2013, and the balance of Phase 3 restructuring programme

16   announced in February 2012 which amounts to 1,150 roles.  The

17   total combined Phase 4 programme entails an estimated global

18   head count reduction of about 5,050 over the 2013 to 2016

19   period."  Correct?

11:41AM  20   A.    Correct.

21          MS. BRODY:  Your Honor, we move to admit DTX-2179

22   into evidence.

23          MR. ANTHONY:  No objection.

24          THE COURT:  In evidence.

11:41AM  25   (DEFENDANT EXHIBIT DTX-2179 WAS RECEIVED IN EVIDENCE)

3005

—————— HUDSON - CROSS - BRODY ——————

1   BY MS. BRODY:

2   Q.   Could you please turn to DTX-2197 in your binder that I

3   handed to you.  And you've seen this document before, correct?

4   A.   Yes.

11:41AM   5   Q.   There is an article dated February 6, 2014, entitled

6   "Updated:  AstraZeneca steps up its global restructuring with

7   550 new job cuts."  Correct?

8   A.   Correct.

9   Q.   And the first paragraph on the first page of that article

11:41AM   10   it states, "AstraZeneca has upped its job cutting toll to

11   5,600.  After announcing 5,050 layoffs last year, the company

12   disclosed today that it is adding another 550 to the mix.

13   That brings the total workforce cuts to 5,600 jobs. " Correct?

14   A.   Correct.

11:42AM   15   Q.   And if you look to the next to last paragraph on the

16   first page of this article in the last sentence do you see

17   that it states, "AZ's restructuring -- Phases 1 to 3 --

18   claimed more than 20,000 jobs."  Correct?

19   A.   Correct.

11:42AM   20        MS. BRODY:  Your Honor, we move to admit DTX-2197

21   into evidence.

22             THE COURT:  Any objection?

23             MR. ANTHONY:  No objection.

24             THE COURT:  In evidence.

11:42AM   25   (DEFENDANT EXHIBIT DTX-2197 WAS RECEIVED IN EVIDENCE)

HUDSON - CROSS - BRODY

1    BY MS. BRODY:

2    Q.   Now, based on feedback of an AstraZeneca internal survey

3    conducted, AstraZeneca employee engagement and morale declined

4    in 2012.  Correct?

11:42AM  5    A.   That's my recollection, yes.

6    Q.   In reviewing or seeing any of those employee surveys that

7    showed an impact on morale and engagement, you did not see any

8    specific comments that this impact was the result of generic

9    competition or potential generic competition in the Pulmicort

11:43AM  10   Respules market, correct.

11   A.   That's correct.

12   Q.   Now, historically AstraZeneca has spent approximately 14

13   to 19 percent of it's total annual revenues on R&D, correct?

14   A.   Correct.

11:43AM  15   Q.   And that figure would be accurate currently as well,

16   correct?

17   A.   Correct.

18   Q.   Now, Pulmicort Respules -- strike that.  You mentioned

19   earlier, you used the phrase I believe "contribution

11:43AM  20   positive."  Do you recall that?

21   A.   Yes.

22   Q.   And Pulmicort Respules is not the only product that is

23   contribution positive for AstraZeneca, correct?

24   A.   That's correct.

11:43AM  25   Q.   You don't know how many contribution positive products

*United States District Court*
*Camden, New Jersey*

──────── HUDSON - CROSS - BRODY ────────

1   AstraZeneca currently sells worldwide, correct?

2   A.   I don't account for the state of the launch phases in

3   every market, no.

4   Q.   So is it correct that you can not know how many

11:44AM  5   contributions positive products Astra currently sells

6   worldwide?

7   A.   It's correct that I would have to go across every product

8   in over a hundred countries and make a decision based on their

9   individual P&L and I have not seen that information, so I

11:44AM  10   can't make that comment.

11   Q.   Now, AstraZeneca has taken out loans to pay for strategic

12   transactions such as that it recently is undertook with

13   Balmoral, correct?

14   A.   Correct.

11:44AM  15   Q.   Now, if you could please turn to DTX-3704 in the binder I

16   provided you.  Do you recognize this document as "AstraZeneca

17   PLC's third quarter and nine months results 2014"?  And this

18   is dated November 6, 2014.

19   A.   Correct.

11:45AM  20   Q.   This is a document AstraZeneca prepares in the normal

21   course of business; is that correct?

22   A.   Correct.

23        MS. BRODY:  Your Honor, I would move to admit

24   DTX-3704 into evidence.

11:45AM  25        MR. ANTHONY:  No objection.

─── HUDSON - CROSS - BRODY ───

 1          THE COURT:  Okay.  In evidence.

 2    (DEFENDANT EXHIBIT DTX-3704 WAS RECEIVED IN EVIDENCE)

 3    BY MS. BRODY:

 4    Q.   Now, please turn to page 19 of this financial statement.

11:45AM  5    If you look at the top, do you see the heading "Assets"?

 6    A.   Yes.

 7    Q.   And do you see the subheading "Current assets" which is

 8    in the second box there?

 9    A.   Yes.

11:45AM  10   Q.   Do you see the line item Cash and cash equivalents?"

 11   A.   Yes.

 12   Q.   Looking across that row, as of September 30th, 2014,

 13   AstraZeneca had cash and cash equivalents, according to this

 14   financial disclosure, in the amount of $5 billion 146 million,

11:46AM  15   correct?

 16   A.   Correct.

 17   Q.   Now, you have not done a calculation to determine what

 18   impact, if any, a loss in the range of 300 to 400 million

 19   dollars would have on AstraZeneca's core earnings per share

11:46AM  20   calculation, correct?

 21   A.   That's correct.

 22   Q.   You're not sure what impact, if any, loss in the range of

 23   300 million to 400 million would have on AstraZeneca's core

 24   earnings per share, correct?

11:47AM  25   A.   Correct.

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1  Q.   As far as mid year 2014, do you know if the core earnings

2  per share is higher than predicted or forecasted at

3  AstraZeneca?

4  A.   It's a little behind guidance.

11:47AM  5  Q.   I'll ask you again.

6         As far as middle of the year, do you know if the core

7  EPS in 2014, by mid 2014, is higher than predicted or

8  forecasted?

9  A.   It's broadly in line with expectations.

11:47AM  10  Q.   Do you recall you were deposed on November 10th, 2014 in

11  this matter?

12  A.   Yes.

13  Q.   Can you -- there should be a transcript at the end of the

14  binder I handed you.

11:47AM  15  A.   Yes, I can find it.

16  Q.   And if you could look to -- I'll come back to this.

17         Now, AstraZeneca has made calculations as to the

18  financial loss it alleges it would incur as a result of the

19  pricing crash you testified to, correct?

11:48AM  20  A.   Correct.

21  Q.   And AstraZeneca routinely makes that calculation,

22  correct?

23  A.   Correct.

24  Q.   And AstraZeneca routinely makes that calculation by

11:48AM  25  looking at the analogs in the marketplace, correct?

*United States District Court*
*Camden, New Jersey*

1   A.   Correct.

2   Q.   AstraZeneca could forecast a potential loss -- strike

3   that.

4        AstraZeneca can forecast a potential loss in the event

11:49AM  5   of a generic launch and was pulled from the market, correct?

6   A.   Could you repeat the question, please?

7   Q.   Of course.

8        AstraZeneca could forecast a potential loss in the

9   event of a generic launch and was pulled from the market,

11:49AM  10   correct?

11   A.   A loss to revenue, yes.

12   Q.   Now, I believe you talked briefly about Medicaid in your

13   direct examination, correct?

14   A.   Correct.

11:49AM  15   Q.   AstraZeneca has Medicaid contracts for the sale of

16   Pulmicort Respules, correct?

17   A.   Correct.

18   Q.   AstraZeneca's net sales numbers for Medicaid

19   include sales -- strike that.

11:49AM  20   AstraZeneca's net sales numbers include sales to

21   Medicaid, correct?

22   A.   Correct.

23   Q.   And I believe you testified that many of AstraZeneca's

24   Medicaid contracts are loss making, correct?

11:50AM  25   A.   I don't think I said many.  I said I think in this

HUDSON - CROSS - BRODY

1    situation, yes.

2    Q.   Now, in past years AstraZeneca did make a profit on

3    Medicaid contracts, correct, to your understanding?

4    A.   I haven't looked at them.

11:50AM  5    Q.   Now, you do not have any understanding as to whether Teva

6    has sought to supply Medicaid patients with its generic BIS

7    product, correct?

8    A.   Correct.

9         MS. BRODY:  Your Honor, I'm going to have a brief

11:50AM  10   section that talks about royalties, but I think I'll try to

11   save it to the end.

12        THE COURT:  Okay.  Thank you.

13        MS. BRODY:  If that's acceptable to you.

14        THE COURT:  Okay.  Thank you.

11:50AM  15   BY MS. BRODY:

16   Q.   Now, the irreparable harms about which you testified are

17   based on the loss of royalties and revenues in the range of

18   approximately $300 million dollars annually, correct?

19   A.   Correct.

11:51AM  20   Q.   Have you evaluated what irreparable harm, if any,

21   AstraZeneca would suffer if the loss is in the range of 55

22   million dollars?

23   A.   I'm not sure why that would be done.

24   Q.   So you haven't done that evaluation, correct?

11:51AM  25   A.   The relative loss and irreparable harm on 50 million

HUDSON - CROSS - BRODY

1    dollars.

2    Q.    55 million dollars.

3    A.    You know, using -- you could -- that would still be a

4    reduction in investment in our organization and both in R&D,

11:51AM  5    it would just be quantifiably smaller.

6    Q.    Sitting here today you have not done any evaluation or

7    detailed analysis as to what irreparable harm, if any,

8    AstraZeneca would suffer if a loss was in the range of 55

9    million dollars, correct?

11:52AM  10   A.    So the loss from where to where?

11          The loss from 300 to 250 or are you talking if the

12   revenue was 50?

13   Q.    When you spoke of the loss of 300 million dollars, was

14   that down from approximately $400 million?

11:52AM  15   A.    Correct.

16   Q.    So if you take -- if you consider a loss from $400

17   million to $55 million, sitting here today, have you done any

18   analysis concerning what harm, if any, AstraZeneca would

19   suffer in the event of that type of --

11:52AM  20   A.    So, in principle that's the loss we're talking about.

21   Q.    During your direct examination, though, your irreparable

22   harm about which you testified were based on a loss in the

23   range of approximately $300 million annually, correct?

24   A.    Well, as I said, the range of sales or contribution is

11:52AM  25   somewhere between three and 400 million dollars depending on

*United States District Court*
*Camden, New Jersey*

1  how 2014 plays out.

2          I think I also said that sales would fall to

3  something around about 50 million dollars.  So the irreparable

4  harm calculation was the impact of the drop from one to the

11:53AM  5  other.

6          I'm not understanding your question at all.

7          THE COURT:  So if it turned out, you did the

8  calculations, and it turned out that it was not a $300 million

9  drop, but a $55 million drop, for example, what would -- did

11:53AM  10  you do any irreparable injury analysis?  Could the company

11  absorb that loss?

12          THE WITNESS:  Well, our irreparable harm calculation

13  is partly based on royalty.  And you don't get the chance to

14  make that calculation because the royalty changes immediately

11:53AM  15  and then the reinvestment of that dollar is not possible.

16          If it dropped from $350 to $300 which is what I think

17  you're saying, that would be -- there would be less to invest,

18  but I'm presuming that loss would be because of normal course

19  of business, not because of generic entries.

11:54AM  20          I'm sorry if I'm getting confused.

21  BY MS. BRODY:

22  Q.   If a contribution gap of 55 million dollars exists, have

23  you calculated how many employees that would equate to?

24  A.   Well, as I said earlier, we routinely look at what we'd

11:54AM  25  have to reduce manpower to cover a general contribution gap.

HUDSON - CROSS - BRODY

1    And, you know, 50 million dollars would be the equivalent of

2    an average of 150 thousand dollars -- divided by an average of

3    150 thousand dollars on an annualized head count.

4    Q.   So the head count, if there was a 55 million dollar

11:54AM  5    contribution gap as opposed to a 300 million dollar

6    contribution gap would be less than eight hundred employees,

7    correct?

8    A.   Correct.

9    Q.   Now, do you understand that AstraZeneca's R&D budget

11:55AM  10   comes out of its total revenues?

11   A.   Correct.

12   Q.   And I want to take a look at that.

13        If we could turn -- there is actually a binder that I

14   believe says AstraZeneca annual reports.

11:55AM  15   A.   Sure.

16   Q.   The larger binder that I provided you.

17        Could you take a look to DTX 3706 in that binder,

18   please.

19   A.   Yes, I'm wrestling with the binder.

11:55AM  20   Q.   Documents don't always cooperate.

21        Do you recognize this as AstraZeneca's annual report

22   and Form 20F information from 2013?

23   A.   Yes.

24   Q.   And if you could take a look to -- I'm going to refer you

11:55AM  25   to the numbers that are bates labeled on the bottom right-hand

HUDSON - CROSS - BRODY

1    corner, sir.  It's 195 of 240.

2    A.    Yes.

3    Q.    And do you see that this page requests group financial

4    record?

11:56AM  5    A.    Hold on.  I think I'm on the wrong page.  I apologize.

6          Yes.

7    Q.    And is the page you're looking at the same as what's

8    reflected on the screen, sir?

9    A.    Yes.

11:56AM  10    Q.    And that's page 195 of 240.

11          Now, if you could take a look to the first line item

12    under revenues and profits.  Do you see where it says revenue?

13    A.    Yes.

14    Q.    And for 2013 that revenue line equals $25 billion 711

11:56AM  15    million, correct?

16    A.    Correct.

17    Q.    Now, do you understand if -- strike that.

18          If you look down, then, to the line item, research and

19    development expense?

11:56AM  20    A.    Yes.

21    Q.    And that number is reduced from revenues, correct?

22    A.    Yes.

23          MS. BRODY:  Your Honor, we move to admit DTX 3706

24    into evidence.

11:57AM  25          THE COURT:  Any objection?

────────── HUDSON - CROSS - BRODY ──────────

1          MR. ANTHONY:  No objection.

2          THE COURT:  In evidence.

3    (DEFENDANT EXHIBIT DTX-3706 WAS RECEIVED IN EVIDENCE)

4          (Exhibit DTX 3706 is received into evidence)

11:57AM  5          MS. BRODY:  Your Honor, I believe, I may have

6    information that's confidential.

7          May I have a moment?

8          THE COURT:  Yes.

9          MS. BRODY:  Thank you.

11:57AM  10          THE COURT:  I don't think there is anyone in the room

11   who shouldn't be, if I were to seal the courtroom.

12          Do you wish for me to seal it?

13          MS. BRODY:  Your Honor, I have a few questions about

14   something that does not need to be sealed and then we will be

11:58AM  15   talking briefly about the royalty issue again.

16          THE COURT:  Okay.  Let me know.

17          MS. BRODY:  Thank you, your Honor.

18   BY MS. BRODY:

19   Q.   Mr. Hudson, I believe you testified that you reviewed the

11:58AM  20   declarations that were submitted in this litigation by Ms.

21   Palczuk, is that correct?

22   A.   I read it, yes.

23   Q.   In your direct testimony, I believe if I heard you

24   correctly, you testified that if there was a launch of generic

11:58AM  25   BIS by defendants, that would force budget reductions for R&D

HUDSON - CROSS - BRODY

1    by an amount up to 400 million dollars.

2         Did I hear you correctly?

3    A.   That would be the lost profit that we've been unable to

4    reinvest in the company and depending on which R&D projects,

11:59AM 5    they have slightly different values, but that would be the

6    intention, yes.

7    Q.   Now, do you recall that Ms. Palczuk previously stated in

8    her declaration that revenue loss from defendants' premature

9    launch of generic BIS would force budget reductions for

11:59AM 10   corporate research and development by an amount up to 150

11   million?

12   A.   Correct, yes.

13   Q.   And do you agree with that statement?

14   A.   Well, I have no reason to challenge the views of other

11:59AM 15   people at all.

16        In my position, I may make a decision to invest even

17   greater into R&D.  Out of the four hundred, as I mentioned

18   earlier, some investment is attributed to maintaining

19   commercial launches as to R&D.  And the decision on which way

12:00PM 20   to play those depends on what revenue is available at the

21   time.

22   Q.   So is it fair to say that different individuals within

23   AstraZeneca may have a different position on how much R&D

24   would need to be cut?

12:00PM 25   A.   Well, I think there is two things.

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY

1       I think, firstly, I'm the president of the U.S.

2  business, so my view generally would be slightly more macro

3  into what's required as an organization.

4       And secondly, I think, and I may not be remembering

12:00PM  5  this correctly from Ms. Palczuk's declaration, but she

6  mentioned the job losses and the R&D combined which equates to

7  roughly the amount of outstanding contribution.

8       How that's balanced would be ultimately mine and the

9  executive team's decision.

12:01PM  10  Q.  Now, do you know which legal or corporate entity of

11  AstraZeneca directly profits from the sales of Pulmicort

12  Respules in the United States?

13  A.  I just want to try to make sure I get this right.

14       So the revenues -- the other income is attributed on

12:01PM  15  my local P&L.  Group and PLC reconcile it through different

16  corporate finance strategies, depending on somewhere between

17  Sweden and the UK.

18  Q.  Do you know which legal or corporate entity of

19  AstraZeneca directly profits from the sales of Pulmicort

12:01PM  20  Respules in the U.S. market?

21  A.  It depends what you mean by profits.

22  Q.  Can you take a look to your deposition transcript that's

23  in the back of your binder, please.

24  A.  Yes.

12:01PM  25  Q.  If you could look to page 79.

*United States District Court*
*Camden, New Jersey*

─────────── HUDSON - CROSS - BRODY ───────────

1        Again, I believe you confirmed earlier, you were

2  deposed in this matter on November 10th, 2014, correct?

3  A.  Yes.

4  Q.  If you could take a look to page 79, lines 9 to 17 where

12:02PM  5  you were asked these questions and did you provide these

6  answers?

7        QUESTION:  Do you know which legal or corporate

8  entity of AstraZeneca directly profits from the sales of

9  Pulmicort Respules in the U.S. market?

12:02PM  10        Answer:  That's a group finance question.  It would

11  have to be answered by group finance.

12        Question:  So you don't know?

13        Answer:  No.

14        Were you asked those questions and did you give those

12:02PM  15  answers?

16        MR. ANTHONY:  Objection.  It's not a factual

17  inconsistency.

18        THE COURT:  Sustained.

19  BY MS. BRODY:

12:02PM  20  Q.  Now, the royalties received from Teva is other income

21  that is booked through AstraZeneca PLC, correct?

22  A.  Ultimately, yes.

23        MS. BRODY:  Your Honor, I do have a few questions

24  that will require sealing the courtroom.

12:02PM  25        THE COURT:  Okay.  So the courtroom will be sealed.

*United States District Court*
*Camden, New Jersey*

HUDSON - CROSS - BRODY



(By order of the court, the courtroom is sealed)



United States District Court
Camden, New Jersey





HUDSON - CROSS - GRACEY

















HUDSON - CROSS - GRACEY



United States District Court
Camden, New Jersey







HUDSON - CROSS - GRACEY





HUDSON - CROSS - GRACEY

United States District Court
Camden, New Jersey

HUDSON - CROSS - GRACEY



HUDSON - CROSS - GRACEY



1

2

3

4

12:28PM 5

6

7

8

9

12:28PM 10

11

12

13

14

12:28PM 15

16

17

18

19

12:28PM 20

21

22

23

24

12:29PM 25      (By order of the Court, the courtroom was unsealed.)

*United States District Court*
*Camden, New Jersey*

HUDSON - REDIRECT - ANTHONY

1    (REDIRECT EXAMINATION OF MR. HUDSON BY MR. ANTHONY:)

2    Q.   Mr. Hudson, you were asked a number of questions about

3    the royalty agreement with Teva.  Do you remember?

4    A.   Yes.

12:29PM  5    Q.   Is Teva currently, including in the current year, paying

6    royalties to AstraZeneca under that agreement?

7    A.   Yes.

8    Q.   Is everything that you know consistent with the premise

9    that both of the parties to that agreement believe it to be

12:29PM  10   and are operating as it is still in force?

11   A.   Absolutely.

12        MR. ANTHONY:  I have no further questions of the

13   witness.

14        THE COURT:  Okay.  Anything on that question?

12:29PM  15       MS. BRODY:  Nothing from Watson/Breath, your Honor.

16        MR. GRACEY:  No.

17        THE COURT:  Okay.  Mr. Hudson.

18        THE WITNESS:  Thank you.

19        THE COURT:  Safe trip to London.

12:30PM  20       THE WITNESS:  Thank you, your Honor.

21        (Witness excused.)

22        THE COURT:  Good breaking spot.  I was going to go a

23   little later since I kept you all waiting, but this is a good

24   breaking point?

12:30PM  25       MR. ANTHONY:  Yes, your Honor.

*United States District Court*
*Camden, New Jersey*

HUDSON - REDIRECT - ANTHONY

1       THE COURT:  All right.  Have a good lunch.  See you

2  in an hour.

3       THE DEPUTY COURT CLERK:  All rise.

4       (Luncheon Recess at 12:30 p.m..)

01:39PM  5       (In open court at 1:39 p.m..)

6       THE DEPUTY COURT CLERK:  All rise.

7       THE COURT:  Okay.  Be seated.  Before you call your

8  next witness, I did have a -- I wanted to ask some questions

9  about the Teva agreement.  So, I think the courtroom should be

01:39PM 10  sealed.  If anyone is here who is not subject to the

11  confidentiality order, we'll have the courtroom sealed.

12       (By order of the Court, the courtroom was sealed.)



HUDSON - REDIRECT - ANTHONY



01:40PM

01:41PM

01:41PM

01:41PM

01:42PM

*United States District Court*
*Camden, New Jersey*

HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



01:43PM

01:43PM

01:44PM

01:44PM

01:45PM

*United States District Court*
*Camden, New Jersey*



HUDSON - REDIRECT - ANTHONY





HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



United States District Court
Camden, New Jersey



HUDSON - REDIRECT - ANTHONY

HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



HUDSON - REDIRECT - ANTHONY



24          (By order of the Court, the courtroom was unsealed.)

02:01PM  25          THE COURT:  And think about if this merits

*United States District Court*
*Camden, New Jersey*

Velluturo - Direct - Anthony

1   additional, since you folks have probably already started

2   formulating your briefs and how much you wanted to devote to

3   each section, so think about if this would merit some

4   additional pages.  I don't have any problem doing that.  I'd

02:01PM   5   rather get it right.

6           MR. SIPES:  Thank you, your Honor.

7           MR. ANTHONY:  We will, your Honor.  And just a

8   preview for the Court, the testimony we're about to put on is

9   going to address some of these issues.

02:01PM   10          THE COURT:  Okay.  Mr. Anthony, do you want to call

11   your witness?

12          MR. ANTHONY:  Your Honor, AstraZeneca calls

13   Christopher Velluturo.

14          THE COURT:  Okay.

02:02PM   15          THE DEPUTY CLERK:  Good afternoon.  Can you please

16   raise your right hand and put your left hand on the Bible..

17   (**DR. CHRISTOPHER ALAN VELLTURO,** HAVING BEEN DULY SWORN AS A

18   WITNESS TESTIFIED AS FOLLOWS:)

19   (DIRECT EXAMINATION OF DR. VELLTURO BY MR. ANTHONY)

02:02PM   20          THE DEPUTY CLERK:  Can you please state and spell

21   your full name for the record.

22          THE WITNESS:  Christopher Alan Velluturo,

23   V-E-L-L-T-U-R-O.

24          THE COURT:  Okay.  Nice to see you again.

02:02PM   25          THE WITNESS:  Good afternoon.

*United States District Court*
*Camden, New Jersey*

Vellturo - Direct - Anthony

1        THE COURT:  There is water there if you need it.  And

2   please keep your voice up.

3        MR. ANTHONY:  Your Honor, we have direct examination

4   binders for the witness and for the court and for counsel.

02:02PM  5        THE COURT:  Okay.  Thank you.

6        MR. ANTHONY:  If we can take a moment to distribute

7   those.

8        (Short pause.)

9   BY MR. ANTHONY:

02:03PM 10  Q.   Do you have the binder in front of you, Dr. Vellturo?

11  A.   I do.

12  Q.   Okay, great.  Thank you.  Dr. Vellturo, you previously

13  testified before this court earlier in this very trial, did

14  you not?

02:03PM 15  A.   Yes.

16  Q.   Did you prepare a set of demonstrative slides to help you

17  present your testimony to the court to today?

18  A.   I did.

19  Q.   And is this PDX-28.1 that we have on the screen, is that

02:03PM 20  your demonstratives?

21  A.   This is the first of the slides, yes.

22  Q.   Let's turn to Slide 2, if we may.  This may have a

23  familiar look to it, Dr. Vellturo.  Is this a summary of your

24  qualifications?

02:03PM 25  A.   It is.

*United States District Court*
*Camden, New Jersey*

Vellturo - Direct - Anthony

1    Q.   Okay.  Other than adding a reference to the point in the

2    2014 trial transcript where you were previously qualified, is

3    this a similar summary to the one you presented to the court

4    in your previous testimony in this trial?

02:04PM  5    A.   Yes.

6    Q.   Have there been any significant changes in your

7    qualifications since the last time you provided testimony to

8    the court?

9    A.   No.

02:04PM  10   Q.   What subjects, Dr. Vellturo, are you present in court to

11   testify about today?

12   A.   I am here to testify about irreparable harm matters.

13   Q.   Okay.

14        MR. ANTHONY:  And, your Honor, we offer Christopher

02:04PM  15   Vellturo as an expert in the field of economics, including

16   specifically the economics of the pharmaceutical industry,

17   econometrics and statistical principles.  Those with the

18   topics on which he was previously qualified.

19        THE COURT:  Okay.  There is no objection?

02:04PM  20        MR. GRACEY:  No objection from Sandoz.

21        MR. RAKOCZY:  No objection, your Honor.

22        MR. BASILE:  No objection, your Honor.

23        THE COURT:  Pursuant to Rule 702, he'll be permitted

24   to continue his testimony as an expert.

02:04PM  25        MR. ANTHONY:  Thank you.

Velltuuro - Direct - Anthony

1    BY MR. ANTHONY:

2    Q.   Dr. Vellturo, could you summarize for the court the way

3    you went about your analysis as it relates to the issue of

4    irreparable harm in this case?

02:05PM  5    A.   Yes.  So I undertook an analysis to understand the likely

6    economic impacts that would be associated with certain

7    scenarios under which injunctions are or are not issued, and I

8    identified the nature of the financial and non financial harms

9    that would inure to AstraZeneca as a result.

02:05PM  10   Q.   Did you review certain financial information and sales

11   information that you've received from the company in

12   connection with your work?

13   A.   I did.

14   Q.   Could we put before the witness, and I ask you to turn in

02:05PM  15   your binder to DTX-2044 in evidence.  We saw this earlier

16   today, Dr. Vellturo.  What is DTX-2044?

17   A.   DTX-2044 is a table that has various financial

18   information from AstraZeneca as to U.S. sales and other

19   statistics relating to Pulmicort Respules.

02:06PM  20   Q.   Were you present in the courtroom today for the testimony

21   of Paul Hudson about this?

22   A.   Yes, I was.

23   Q.   Now, if we could put up, Mr. Beall, PTX-1973.  And if I

24   could ask you to turn to in your binder, Dr. Vellturo,

02:06PM  25   PTX-1973.  What is that?

*United States District Court*
*Camden, New Jersey*

Velluro - Direct - Anthony

1   A.   PTX-1973 would be an exhibit I prepared as part of one of

2   my declarations in this matter.

3   Q.   Okay.  And what source did you base PTX-1973 on?

4   A.   Well, PTX-1973 is not only based off of DTX-2044, it's

02:06PM  5   actually the same numbers.  This is just a reformatting of the

6   same data.

7   Q.   Okay.  So among other things, did you determine the total

8   sales in dollars of net sales of Pulmicort Respules from

9   September 2000 to May 2014?

02:07PM  10   A.   I did.

11   Q.   And what was of the total amount?

12   A.   $5,636,000,000.

13   Q.   And in the course of your work looking at irreparable

14   harm in this case, did you conduct an analysis of the likely

02:07PM  15   affect on AstraZeneca of a launch of unlicensed BIS or

16   budesonide inhalation suspension by the three defendants in

17   this case?

18   A.   Yes, I did.

19   Q.   In your analysis did you consider the history of BIS

02:07PM  20   sales in the United States?

21   A.   Yes.

22   Q.   Okay.  If we could go back to the demonstrative and turn

23   to Slide 3.  So we're looking at PDX-28.3.  Is this a blown-up

24   portion of PTX-1973 with some notations on it?

02:07PM  25   A.   It is a blowup of a portion of PTX-1973, and I added a

*United States District Court*
*Camden, New Jersey*

Velituro - Direct - Anthony

1    couple of percentage decline numbers to the chart.

2    Q.   What analysis did you conduct with regard to sales of

3    branded Pulmicort Respules from 2008 to 2013?  What you have

4    blown-up on the screen?

02:08PM   5    A.   Well, the last time I was here I testified about a fact

6    that as of 2008 Pulmicort Respules as a branded drug in the

7    United States was heading towards blockbuster status.  I

8    believe I testified they were approaching 900 million in

9    sales.  That number actually appears here under 2008 as

02:08PM  10    $874 million.

11         What this chart then goes onto show is the subsequent

12    impact on branded Pulmicort Respules of the continued sale

13    under license of the Teva generic in the United States.

14    Q.   And what do the red arrows and percentages represent?

02:08PM  15    A.   Those are the percentage declines on a calendar year

16    basis between 2008 and 2013.  So net sales in dollars declined

17    by 85.6 percent and sales of units in numbers of 30 packages,

18    although the percentage would be the same no matter how you

19    did it, is an 86.8 percent decline.

02:09PM  20    Q.   And you mentioned Teva, which I think -- let me turn to

21    my next question.  What event occurred between 2008 and 2013

22    in relation to this declines?  What did it represent?

23    A.   This would be the time period under which Teva had made

24    available for sale generic BIS product in the United States.

02:09PM  25    Q.   And did you consider those declines in the context of

— Velltturo - Direct - Anthony —

1   analyzing the effect of launches of unlicensed BIS by the

2   three defendants in this case?

3   A.   Yes.

4   Q.   How did the post 2008 experience of branded Pulmicort

02:09PM   5   factor into your analysis?

6   A.   In two primary ways.  First of all, it provided me, let's

7   say, confirmation of something that I've observed many, many

8   times and that I think is fairly commonly observed, is, for

9   reasons I'm going to talk about a little bit in terms of the

02:10PM   10   nature of the structure of the pharmaceutical industry,

11   generic introduction essentially eviscerates branded sales

12   pretty much no matter what the branded company tries to do.

13   And I'll explain that in a bit.  That's the first point.

14        And then the second point is this provided me the

02:10PM   15   context under which I then needed to go forward and evaluate

16   what unauthorized generic launch would mean that I needed to

17   consider both Pulmicort Respules as a branded product and

18   Teva's generic as well.

19   Q.   My next question is a yes or no for now.  In considering

02:10PM   20   the effect of launches of unlicensed BIS by the three

21   defendants in this case, did you consider the effect of such

22   event on the royalties paid by Teva?

23   A.   Yes, I did.

24        MR. ANTHONY:  At this time I would ask that we seal

02:10PM   25   the courtroom because there is a considerable extent of

United States District Court
Camden, New Jersey

———————— Vellturo - Direct - Anthony ————————

1  discussion that would go into the royalty rates.

2          THE COURT:  Except for Mr. Levy?

3          MR. ANTHONY:  Again, except for Mr. Levy, yes.

4          THE COURT:  So the courtroom is sealed to the public.

02:11PM  5  So if we can seal the courtroom, please.

6          (By order of the court, the courtroom was sealed.)



Vellturo - Direct - Anthony





Vellturo - Direct - Anthony



1

2

3

4

02:15PM  5

6

7

8

9

02:16PM  10

11

12

13

14

02:16PM  15

16

17

18

19

02:16PM  20

21

22

23

24

02:17PM  25

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



02:23PM

02:24PM

02:24PM

02:24PM

02:25PM

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony





Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony





Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony





Vellturo - Direct - Anthony





Vellturo - Direct - Anthony

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



United States District Court
Camden, New Jersey

Vellturo - Direct - Anthony





Vellturo - Direct - Anthony

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



United States District Court
Camden, New Jersey



Vellturo - Direct - Anthony

03:00PM

03:01PM

03:01PM

03:01PM

03:02PM



Vellturo - Direct - Anthony







Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



Vellturo - Direct - Anthony



United States District Court
Camden, New Jersey

Vellturo - Direct - Anthony



Vellturo - Direct - Anthony





Vellturo - Direct - Anthony

Vellturo - Direct - Anthony



United States District Court
Camden, New Jersey

Vellturo - Direct - Anthony



VELLTURO - CROSS - BRODY





VELLTURO - CROSS - BRODY



VELLTURO - CROSS - BRODY



1

2

3

4

03:47PM 5

6

7

8

9

03:47PM 10

11

12

13

14

03:47PM 15

16

17

18

19

03:48PM 20

21

22

23

24

03:48PM 25

*United States District Court*
*Camden, New Jersey*

VELLTURO - CROSS - BRODY





VELLTURO - CROSS - BRODY



VELLTURO - CROSS - BRODY



VELLTURO - CROSS - BRODY

1　████████████████████████████████████

2　█████████████████████████

3　　　　(By order of the court the courtroom was unsealed).

4　Q.   Dr. Vellturo, during expert discovery in this proceedings

03:55PM  5　in forming your opinions on irreparable harm you relied on

6　declarations filed with this court during the litigation on

7　behalf of AstraZeneca.  Correct?

8　A.   Yes.

9　Q.   Specifically you opined that AstraZeneca would suffer a

03:55PM  10　variety of irreparable harms as described in declarations by

11　Linda Palczuk, correct?

12　A.   Yes, that's one of the declarations.

13　Q.   Now, Ms. Palczuk has not testified during these trial

14　proceedings.  Correct?

03:55PM  15　A.   Correct.

16　Q.   And you never relied upon any declaration or written

17　submission by Mr. Hudson on harm issues during the course of

18　this litigation?

19　A.   Other than having heard him testify this morning, and I

03:55PM  20　read his deposition from last week.

21　Q.   When forming your opinions in this litigation relevant to

22　harm issues, you had never spoken to Mr. Hudson, correct?

23　A.   That's correct.

24　Q.   For your harm testimony today, are you relying upon any

03:56PM  25　information provided by Ms. Palczuk by way of her declarations

VELLTURO - CROSS - BRODY

1  submitted in this case?

2  A.   Yes.  The two parameters I identified, that is the 3.7

3  percent unit decline and the one percent -- I'm sorry, the

4  3.7 percent annual per unit -- I'm sorry, annual unit decline

03:56PM  5  for BIS collectively, and the one percent price decline, those

6  come from the Palczuk declaration and my conversations with

7  her.

8  Q.   Now, it's true that you have calculated the estimated

9  monetary loss AstraZeneca would allegedly incur based on a

03:56PM  10  generic BIS launch by one or more defendants in this

11  litigation, correct?

12  A.   I've calculated, right, what I understand to be the pure

13  pecuniary or monetary loss in terms of lost royalties and lost

14  revenues.

03:57PM  15  Q.   And you assessed that loss in the context of the

16  scenarios you discussed during your direct exam, correct?

17  A.   Yes, I think we've captured all of them.

18  Q.   And those scenarios included one covering the period

19  December 2014 to May 2019?

03:57PM  20  A.   Yes.

21  Q.   And then there was two other scenarios that covered

22  60-day periods, correct?

23  A.   That's correct.

24  Q.   Now, I want to take a look at your slide PDX- 28.10,

03:57PM  25  please.  Here you have estimated AstraZeneca's annual lost

VELLTURO - CROSS - BRODY

1    revenue following entry by all defendants of nearly $300

2    million.  Correct?

3    A.   Yes.

4    Q.   And that number includes reduced royalty and sales

03:57PM   5    revenues, correct?

6    A.   That's correct.

7    Q.   Now, for the scenario that you show on PDX-28.10, you

8    estimated losses continuing through patent expiration in 2019.

9    Correct?

03:58PM   10   A.   Yes.  It appears on here as well, but it's also appears

11   on the next exhibit.

12   Q.   So over four years out, correct?

13   A.   Yes.

14   Q.   And that scenario is based upon the assumption that the

03:58PM   15   '834 patent is valid and infringed by defendants and yet no

16   permanent injunction has issued to keep defendants from

17   introducing their products into the U.S. marketplace.

18   Correct?

19   A.   It assumes that for -- for whatever reason, the three

03:58PM   20   defendants are allowed to introduce their generic products.

21   Q.   Is that even in the face of the '834 patent being

22   invalid -- being found valid and infringed?

23   A.   That's one possible scenario, yes.

24   Q.   And that scenario also assumes that any appeal process

03:59PM   25   would still resolve any verdict that the '834 patent is valid.

United States District Court
Camden, New Jersey

VELLTURO - CROSS - BRODY

1 Correct?

2 A.   I'm not really sure what that question means.

3 Q.   For your scenario on PDX- 28.10, are you taking into

4 account any appeal of a district court decision that the '834

03:59PM 5 patent is valid and infringed?

6 A.   I'm not -- I'm not doing that one way or the other.  What

7 I'm doing is I'm identifying the harm that takes place if

8 there is no injunction and the generics are permitted into the

9 marketplace.

03:59PM 10 Q.   Based on your experience, do you know how long an average

11 appeal is of a district court decision?

12 A.   I -- it depends.  It depends on the nature of the appeal.

13 I've seen it a very substantial amount.  I've had one recently

14 that the Federal Circuit issued that took two years from the

04:00PM 15 verdict and about 18 months from the official papers being

16 filed.

17 Q.   Now, your loss estimates assume Teva will lose its

18 generic market share exactly proportional to any additional

19 generic entrants, correct?

04:00PM 20 A.   I don't know what that question means.

21 Q.   If additional generic entrants were to enter this market,

22 the scenarios that you've compiled assumed that Teva will lose

23 market share, the same amount of market share as AstraZeneca?

24 A.   No, that's not correct.  That's not what I do.

04:00PM 25 Q.   Is it your opinion that Teva will lose market share from

VELLTURO - CROSS - BRODY

1   entry of the defendants in this case?

2   A.   Yes.

3   Q.   And in your opinion this loss of share would occur even

4   though Teva was the first company to launch a generic BIS

04:01PM  5   product, correct?

6   A.   Yes.

7   Q.   And in your opinion, this loss of share would occur even

8   though Teva has been marketing its product for nearly five

9   years under the license agreement, correct?

04:01PM  10   A.   I'm not sure what you mean by marketing.  Teva doesn't do

11   very much marketing.  It's a generic product, they -- they

12   have contracts and contacts with pharmacies and they supply

13   the product.

14   Q.   Let me ask it this way.

04:01PM  15   A.   Okay.

16   Q.   In your opinion, the loss of share would occur to Teva,

17   even though Teva has been selling its generic BIS product for

18   nearly five years under the license agreement, correct?

19   A.   That's correct.

04:01PM  20   Q.   I want to take a look at your slide PDX- 28.8.  Is it

21   correct that this slide shows historical data based on Teva's

22   marketing of its generic BIS product?

23   A.   For a limited time period.  These are sales.

24   Q.   And if you look at the information you have set out for

04:02PM  25   Teva's generic 0.5 mg strength product, which is in the right

1  hand side of the chart --

2  A.  Yes.

3  Q.  -- the generic share of total hit its peak in March '09,

4  correct, at 56-percent?

04:02PM  5  A.  During the time period for which data is shown here,

6  obviously the share jumps dramatically -- gee, I don't know

7  what happens in December '09.  But in January '09, it blows up

8  to about 85 percent right away.  But in this time frame 56 is

9  the highest number.

04:02PM  10  Q.  I'm just looking at the historical experience you set

11  forth in your PDX- 28.8.  Based on this data, Teva's .5 BIS

12  strength product hit its peak in March '09 of 56 percent?

13  A.  Among the months that are shown on this chart, that's

14  correct.

04:03PM  15  Q.  So that was approximately five months after the product

16  was launched originally in November 2008, correct?

17  A.  Yes, that's five months later.

18  Q.  Now, your loss estimate based on a generic BIS launch by

19  any of the defendants assumes there is no lag or no gradual

04:03PM  20  change in market share at the time, correct?

21  A.  Right.  I assumed that the changes would be fairly

22  dramatic and fairly quick.

23  Q.  Now, the changes in the market share when Teva launched

24  were not immediate, correct?

04:03PM  25  A.  When they did the truncated launch, that's true, but when

VELLTURO - CROSS - BRODY

1  they did the licensed launch it did immediately jump.  As I've

2  indicated, as one can see here it's down to 10 and 7 percent

3  in November '09.  I don't remember the December data as I sit

4  here, but it would be likely lower than that.

04:04PM  5          And if we go to my other chart where you can see the

6  first quarter of 2010, I believe the number's already back up

7  to the eighties.  So it was very dramatic and very complete.

8  Q.   And I'm just referring to the historical experiences that

9  were in your PDX- 28.8.

04:04PM  10  A.   Right.  With respect to the limited launch here, the

11  change manifested itself in prescriptions filled after 4 or

12  5 months.  Now, this is down the road pipeline-wise from when

13  the product would have first found its way into the hands of

14  the wholesalers and pharmacies.

04:04PM  15  Q.   I want to take a look at your Slide PDX- 28.5, please.

16  Now, with Teva's generic launch, AstraZeneca's market share

17  decreased, correct?

18  A.   Yes.  I'm sorry.  You are referring -- that's true

19  generally, but now we're just focusing on this December 2009

04:04PM  20  relaunch, which is what this relates to?

21  Q.   Yes.  I'm speaking generally first.

22  A.   Yeah, share in market.

23  Q.   So you testified in your direct that the market share

24  shifts dramatically upon generic entry.  Do you recall that?

04:05PM  25  A.   Yes, I do.

VELLTURO - CROSS - BRODY

1   Q.   And so Teva had launched its product again under the

2   license agreement in 2009, correct?

3   A.   Right, relaunched it under the license agreement in I

4   think it's December 15, 2009.

04:05PM   5   Q.   So, this is a situation where the brand, here the

6   Pulmicort Respules brand, has already given up a large

7   percentage of market share to a generic, correct?

8   A.   I guess I'm not following your question.  As I indicated

9   in my direct testimony, with the availability of a generic a

04:05PM  10   large portion of the volume will shift from the branded to the

11   generic product, and that did happen here when Teva relaunched

12   its generic.

13   Q.   And that's the point I'm trying to make.  That shift

14   happened when Teva launched its generic product, correct?

04:06PM  15   A.   To a very substantial degree, that's correct.

16   Q.   Now, based on your Slide PDX- 28.5, since the Teva

17   generic BIS launch, AstraZeneca's brand share has been

18   maintained generally between ten and 15 percent since 2010; is

19   that correct?

04:06PM  20   A.   Leaving out that shortage period I think that's generally

21   correct, yes.

22   Q.   Now, the losses you have estimated focus on lost

23   revenues, correct?

24   A.   Yes.

04:06PM  25   Q.   You have not estimated lost profits, correct?

VELLTURO - CROSS - BRODY

1    A.   Right.  As I indicated before, the incremental costs are

2    relatively small, but I didn't compute those.

3    Q.   And the calculation of lost profits would require one to

4    subtract AstraZeneca's costs, such as costs of goods sold,

04:07PM   5    from all of AstraZeneca's direct sales, correct?

6    A.   From its branded sales?  That's correct, yes.

7    Q.   Do you know what AstraZeneca's costs of goods sold is?

8    A.   Which year would you like?

9    Q.   Currently.

04:07PM   10   A.   Well, for 2014 I have on DTX-2044, I have

11   2014-year-to-date product sales, I'll use net sales, of

12   $47 million.  And I have total expenses of -- I'm sorry,

13   that's just brand expenses.  I'm sorry.  I don't have costs of

14   goods on this chart.  I thought I did.

04:08PM   15   Q.   Now, would you agree that profits are less than revenues?

16   A.   I would agree that revenues minus incremental costs equal

17   profits.  Sometimes incremental costs are zero, as is the case

18   with the royalty revenues from Teva.

19   Q.   Now, you agree that in 2008 the U.S. sales of Pulmicort

04:08PM   20   Respules peaked at $874 million, correct?

21   A.   Branded?  Yes.

22   Q.   Now, it is your understanding that AstraZeneca's present

23   day forecasts show a decline in the sales of Pulmicort

24   Respules units going forward from 2014, correct?

04:09PM   25   A.   Yes.

VELLTURO - CROSS - BRODY

1    Q.  And the unit sales would decline by 3.7 percent for

2    overall units of BIS, which include generic plus branded,

3    correct?

4    A.  Per year, yes.

04:09PM  5    Q.  When I say BIS, do you understand that I mean budesonide

6    inhalation suspension?

7    A.  Yes, I do.

8    Q.  Now, you have seen AstraZeneca forecasts that show a

9    decline in price for upcoming years, correct?

04:09PM  10   A.  A very small one, yes.  To be clear, are you asking me

11   with respect to scenarios in which there is no additional

12   generic entry, or more generally?

13   Q.  I'm just asking you have you seen forecasts, AstraZeneca

14   forecasts that show a decline in price for upcoming years?

04:09PM  15   A.  Yes.

16   Q.  And those forecasts that reflect declines in price do not

17   account for generic entry other than by Teva, correct?

18   A.  Well, those forecasts assume the maintained presence of a

19   generic Teva product and no others.  That's my recollection.

04:10PM  20   Q.  So even without any other generic launch by defendants,

21   the assumption is that the price of this product will decline,

22   correct?

23   A.  By one percent per year.

24   Q.  But there will be a decline, correct?

04:10PM  25   A.  Some, yes.

*United States District Court*
*Camden, New Jersey*

VELLTURO - CROSS - BRODY

1    Q.   Now, you didn't include any of the actual forecasts

2    showing a decline in your expert report submitted in this

3    litigation, correct?

4    A.   I'm sorry.  Can I hear that question again?

04:10PM    5    Q.   Sure.  You did not include any of those forecasts showing

6    a decline in your expert report submitted in this litigation,

7    correct?

8    A.   Well, I included those parameters in my calculations of

9    sales going forward, but I don't have the forecasts themselves

04:10PM   10    in my report, that's true.

11    Q.   And you didn't look at any of those forecasts in your

12    direct examination today, did you?

13    A.   Those forecasts being internal AstraZeneca forecasts?

14    Q.   Yes.

04:11PM   15    A.   That's correct, I didn't.

16    Q.   And again, just to be clear, the forecasts that show a

17    decline in either sales or price going forward from 2014 are

18    the forecasts I'm referring to, you did not look at those

19    forecasts in your direct examination today, did you?

04:11PM   20    A.   That's true.

21    Q.   Do you know whether AstraZeneca provided defendants a

22    copy of any of those forecasts that show a decline in the

23    current and upcoming years?

24    A.   I don't know one way or the other.

04:11PM   25    Q.   And you discussed pharmacy substitution during your

1    direct exam.  Do you recall that?

2    A.   Yes.

3    Q.   That substitution you were discussing relates to the

4    substitution of a generic for a branded product, correct?

04:11PM  5    A.   At the pharmacy, yes.

6    Q.   Okay.  And so that substitution for BIS would have

7    occurred when Teva launch its generic BIS product, correct?

8    A.   That's correct.

9    Q.   Now, you testified earlier about literature, including

04:12PM  10   what literature says about pricing.  Do you recall that?

11   A.   I do.

12   Q.   And would you agree that you've also seen literature that

13   shows branded price goes up after generic entry?

14   A.   Under very particular conditions that can happen.

04:12PM  15   Q.   But you have seen literature that does show under certain

16   circumstances the branded price will go up after generic

17   entry, correct?

18   A.   So the Burndt, B-U-R-N-D-T, paper you are referring to, I

19   do recall that paper as based on very old data and I don't

04:12PM  20   believe it's been updated.  But I am familiar with that paper.

21   My experience is, again, it depends on the nature of the

22   generic launch.

23   Q.   But there is literature that you've seen that shows

24   branded price goes up after generic entry, correct?

04:13PM  25   A.   In some instances it does, that is correct.

VELLTURO - CROSS - BRODY

1  Q.  Now, when you discussed literature in your direct

2  examination today, including what it says about pricing, you

3  did not identify specifically what literature you were

4  referring to, correct?

04:13PM  5  A.  True.  I have those in my report, but I didn't have my

6  report handy.  And my old dissertation advisor, Ernie Burndt,

7  is one of the central authors of all this literature, so I

8  know his papers are in there, I just don't recall the

9  specifics as I sit here.

04:13PM  10  Q.  And do you understand that Watson Laboratories, Inc. is a

11  defendant to this litigation?

12  A.  Yes.

13  Q.  Do you understand that Watson is a wholly-owned

14  subsidiary of Actavis?

04:13PM  15  A.  I seem to recall that, yes.

16         MS. BRODY:  And, your Honor, for the record the

17  parties have stipulated concerning the corporate status of

18  both Breath and Watson, including that Watson Laboratories,

19  Inc. is a wholly-owned subsidiary of Actavis.  This is

04:14PM  20  supplemental stipulated fact number nine found in the revised

21  pretrial order submitted during these remand proceedings.

22         THE COURT:  Thank you.

23  BY MS. BRODY:

24  Q.  Dr. Vellturo, could you please turn to DTX-3707 in the

04:14PM  25  binder I provided you?

VELLTURO - CROSS - BRODY

**1**  A.   Yes.

**2**  Q.   This is a press release titled "Watson Pharmaceuticals,

**3**  Inc. is not Now Actavis, Inc."

**4**  A.   I see that title to this press release, yes.

04:14PM  **5**  Q.   And it's dated January 25, 2013?

**6**  A.   Yes.

**7**  Q.   Looking in the second paragraph of this document under

**8**  the heading about Actavis, do you see that it states "Actavis

**9**  is the world's third largest generics prescription drug

04:15PM  **10**  manufacturer"?

**11**  A.   Yes, essentially.

**12**  Q.   And right under that in the next paragraph it states,

**13**  "The Company is ranked in the top 3 in 12 global markets, the

**14**  top 5 in 16 global markets, and in the top 10 in 33 global

04:15PM  **15**  markets."  Correct?

**16**  A.   Essentially.  There seems to be an issue with the letter

**17**  T in a few of these spots, but I'm going to ignore that.

**18**  Q.   Is that what your understanding is?

**19**  A.   Yes.

04:15PM  **20**  Q.   Okay, thank you?

**21**       So as of 2013 at least, Actavis was the world's third

**22**  largest generic prescriptions drug manufacturer, correct?

**23**  A.   I'm sorry, the third largest --

**24**  Q.   Generic manufacturer.

04:16PM  **25**       MR. ANTHONY:  Objection.  This is hearsay not within

VELLTURO - CROSS - BRODY

1    an exception.

2           THE COURT:  Okay.

3           MR. ANTHONY:  I don't think a foundation has been

4    laid for this.

04:16PM   5           THE COURT:  What's the relevance?

6           MS. BRODY:  Your Honor, I just want to -- I can move

7    on.  The relevance is there has been suggestion that there

8    will be losses in a certain monetary amount and my question,

9    which is relevant I believe to the injunction analysis, is

04:16PM  10    whether the damages are compensable and whether defendants can

11    pay any damages that might be incurred, and so this is just to

12    establish, and I don't believe there is a dispute --

13           THE COURT:  Well, those are all proper questions.

14    You don't need this document to do that.

04:16PM  15           MS. BRODY:  Okay.  I just wanted to provide further

16    information and documentation to support the point, your

17    Honor.  But you are correct, I don't have to use that.

18           THE COURT:  Okay.

19    BY MS. BRODY:

04:16PM  20    Q.  Dr. Vellturo, will you turn to DTX 3702?  Actually, let

21    me back up.

22           Do you understand that Actavis is one of the world's

23    largest generic drug manufacturers?

24    A.  I'm familiar with Watson being a significant participant

04:17PM  25    in the United States.  Worldwide I'm less certain.  So I'm not

VELLTURO - CROSS - BRODY

1   sure.

2          THE COURT:  What about Actavis?

3          THE WITNESS:  Other than the operations under Actavis

4   that are Watson, I really haven't studied what else roles

04:17PM  5   under that name at this point.  So I'm not sure.

6   BY MS. BRODY:

7   Q.   Sitting here today, Dr. Vellturo, do you have any reason

8   to believe that Watson would not be able to pay any damages

9   the court may award in this case?

04:17PM  10   A.   I haven't studied that issue one way or the other.

11   Q.   But sitting here today, you have no evidence that Watson

12   would not be able to pay damages, any damages the court may

13   award in this case, correct?

14   A.   Correct.  I haven't studied the issue.

04:18PM  15   Q.   Can you please turn to DTX-3702 in your binder.

16          This is a document entitled "Actavis Net Revenue

17   increases 59% to $2.779 Billion in Fourth Quarter 2013.

18   Non-GAAP EPS increases 99% to $3.17," correct?

19          MR. ANTHONY:  Objection.  Relevance, your Honor.

04:18PM  20          MS. BRODY:  Your Honor, it's just to put into

21   evidence just the financial figures of Actavis further

22   supporting that it could pay --

23          THE COURT:  But I don't know that that would be

24   proper through this witness.

04:18PM  25          Is AstraZeneca's position that the defendants lack

1    the ability to pay a judgment?  Is that one of the arguments

2    that's in dispute?

3         MR. ANTHONY:  I'm not aware we've ever made that

4    argument.  I know that Dr. Vellturo just said he hasn't opined

04:18PM  5    on that.

6         I have a relevance objection.  There is also a

7    hearsay objection.  These are not his documents, these are --

8    so those are my two objections.

9         THE COURT:  Sustained.

04:19PM  10   BY MS. BRODY:

11   Q.  Dr. Vellturo, you mentioned the one milligram BIS product

12   in your direct exam, correct?

13   A.  I did.

14   Q.  Can you take a look to your slide PDX 28.6.

04:19PM  15        And I believe you mentioned the one mg in connection

16   with this slide, do you remember that?

17        And if it's helpful to you, I think it's pulled up on

18   the screen.

19   A.  Yes, I see it there.  Thanks.

04:19PM  20   Q.  And you would agree that the one mg strength makes up

21   only about five percent of the total BIS market, correct?

22   A.  Right.  Of all BIS prescriptions, only about five percent

23   are one milligram.

24   Q.  And I believe you also commented when looking at this

04:20PM  25   slide that Teva was experiencing shortages.

VELLTURO - CROSS - BRODY

1          Do you recall that?

2    A.   Yes.

3    Q.   When you mentioned that Teva was experiencing shortages,

4    those shortages occurred back in the 2010 and 2011 time frame,

04:20PM  5    correct?

6    A.   That's what I recall.

7    Q.   You're not aware currently of Teva experiencing any

8    supply shortages with this BIS -- generic BIS product, are

9    you?

04:20PM 10   A.   With respect to BIS products?

11   Q.   Correct.

12   A.   No.  Not with respect to BIS products.

13          MS. BRODY:  Your Honor, if I may have one moment?

14          THE COURT:  Yes.

04:21PM 15   BY MS. BRODY:

16   Q.   Dr. Vellturo, I do actually want to ask you about a

17   couple of the numbers you put on your slides.

18          If you could take a look to PTX 1980, please.  And

19   that would have been in your direct exam binder.

04:22PM 20   A.   Yes.

21   Q.   In this model set forth at PTX 1980, do you assume

22   branded price stays the same upon generic entry?

23   A.   Yes, I do.

24   Q.   Now, on your slide PDX 28.2 --

04:22PM 25   A.   Can I make one slight revision to that?  I have a one

*3139*

——— VELLTURO - CROSS - BRODY ———

1  percent decline that takes place in both models.  So there is

2  a decline, but it's the same between the model with the

3  injunction and without the injunction.

4  Q.  I want to take a look at your PDX-28.12, if we could.

04:23PM  5       Here you have for the 60-day period with the launch

6  by three defendants an amount of 54.8 million, correct?

7  A.  Yes.

8  Q.  Now, I want to take a look at your PTX-1984 which is,

9  again, in your direct binder.

04:23PM  10       PTX-1984.

11       Is this the data that supports the $54.8 million on

12  the slide that we just looked to?

13  A.  No, not quite.

14  Q.  Okay.

04:23PM  15  A.  Some of the parameters are here, but the data

16  calculations are in another exhibit.

17  Q.  So the estimated loss that you see on the second to

18  next -- it says $54.7, that's not the number that should have

19  been on your slide.  I'm just trying to make sure I understand

04:24PM  20  whether your numbers are accurate.

21  A.  Oh, I'm sorry.  This is Exhibit 10?  Now we're on exhibit

22  10, not Exhibit 9?

23  Q.  Correct.

24  A.  I'm sorry.  I was looking at Exhibit 9.

04:24PM  25  Q.  PTX-1984.

VELLTURO - CROSS - BRODY

1          I'm trying to determine --

2  A.   I'm sorry, we're also on 1984, yes.

3  Q.   I'm trying to determine whether the $54.8 million dollar

4  number on your slide PDX-28.12 is supposed to be supported by

04:24PM  5  the data in PTX-1984?

6  A.   It is.

7  Q.   Okay.  So that PTX-1984 says $54.7.  Is that the number

8  that should have been on your slide PDX-28.12?

9  A.   Yes.

04:24PM  10  Q.   Okay.  And now if you can take a look at -- if we can

11  take a look at PDX-28.13 which is your slide again.

12          This is a 60-day launch by one defendant, correct?

13  A.   Correct.

14  Q.   And the number you have here is $40.9 million, correct?

04:25PM  15  A.   Correct.

16  Q.   Just so I can be clear, is the data that's supposed to

17  support that number, is that your Exhibit 11 which is at PTX

18  1985?

19  A.   Yes, it is.

04:25PM  20  Q.   Can you take a look at the data on PTX 1985?  I want to

21  be sure I understand.

22          In row what's numbered 23 towards the bottom, there

23  is a $40.9 million dollar number there, correct?

24  A.   Correct.

04:25PM  25  Q.   Now, that row 23 is computed by taking row three minus

VELLTURO - CROSS - BRODY

1    row 22, correct?

2    A.    Subject to rounding, yes.

3    Q.    Well, I'm just looking -- under your sources in the

4    bottom left-hand side of this exhibit, for row 23 you have it

04:26PM  5    equaling three minus 22, correct?

6    A.    That's the spread sheet calculation.

7    Q.    So if we take row three which is 56.5 minus row 22 which

8    is 15.7, that comes out to $40.8, correct?

9    A.    No, that's not correct.  I mean literally your math is

04:26PM 10    correct, but if you look under notes, I have a qualifier that

11    says any difference due to rounding, because just by the sheer

12    way that rounding works, if they get rounded in opposite

13    directions, they'll get rounded to different digits, but then

14    when you subtract them and you're subtracting the full values,

04:26PM 15    you'll get the correct digit.  So that's what happened here.

16              THE COURT:  Wait.  What?

17              It's 40.8.  Why are you rounding it to 40.9?

18              THE WITNESS:  Well, this is what the spread sheet

19    does.  So the actual numbers in the spread sheet --

04:26PM 20              THE COURT:  Oh, underlying that?

21              THE WITNESS:  Right.  Actually go out more decimal

22    points than this.  And the mathematical operation is done on

23    the whole number, that is with all the decimal points.

24              THE COURT:  Yes.  Okay.

04:27PM 25              THE WITNESS:  And so sometimes when there is

VELLTURO - CROSS - BRODY

1    differences, they go out beyond the first decimal point.  When

2    you do the math, the rounding doesn't quite square up.

3              THE COURT:  So it was --

4              THE WITNESS:  But the mathematics is correct.

04:27PM  5              THE COURT:  Okay.  All right.

6              THE WITNESS:  If I had a minute, I could do an

7    example.

8              THE COURT:  So it's 56 point greater than five.  And

9    it's 15 point greater than seven greater than five?

04:27PM  10             THE WITNESS:  Right.  So it's probably like 56.56.

11   And then the other one is probably 15.67.  And so that when

12   you subtract them and round them, you get to $40.9 instead of

13   $40.8.

14             THE COURT:  Okay.

04:27PM  15   BY MS. BRODY:

16   Q.   So based on the numbers that are set forth on your

17   Exhibit 11 which is PTX 1985, the number comes out to 40.8,

18   correct?

19   A.   Right.  If you use them strictly as reported on single

04:28PM  20   decimal points, that's 40.8, but the underlying calculations

21   in the spread sheets as constructed, the mathematics is

22   correct.

23   Q.   And I want to flip back to your PTX 1984 just briefly

24   which is your Exhibit 10.

04:28PM  25             Under the notes, one of the assumptions you make is

VELLTURO - CROSS - GRACEY

1    that Sandoz and Watson entered the generic BIS one mg market,

2    correct?

3    A.    Correct.

4    Q.    Have you seen any evidence that Watson has approval for

04:28PM  5    the one mg product today?

6    A.    I'd have to go back and look at my report.  I think that

7    was addressed there.  I just don't recall specifically what

8    the basis was for that.

9    Q.    Sitting here today do you know?

04:28PM 10    A.    I can't remember.

11           MS. BRODY:  Your Honor, I have no further questions.

12           THE COURT:  Okay.

13           MS. BRODY:  Thank you, Dr. Vellturo.

14           THE COURT:  Mr. Gracey.

04:29PM 15    (CROSS EXAMINATION OF DR. VELLTURO BY MR. GRACEY:)

16    Q.    Just a few.

17           DJ could you pull up DTX 2045.

18           Dr. Vellturo, my name is Taras Gracey, I've not met

19    you yet.  I represent Sandoz.

04:29PM 20    A.    Hi.

21    Q.    I've read a lot of your stuff.

22           I'm sorry, DTX.

23           You recall reviewing this document, correct, doctor?

24    A.    Yes, I do.

04:29PM 25    Q.    All right.  Turn to the second page, page two of six.

VELLTURO - CROSS - GRACEY

1    A.   Do I have a copy of this document?

2    Q.   Yes, you do.  It's in your cross-examination binder.

3         I'm sorry.

4    A.   And I'm sorry, the exhibit number is what?

04:29PM    5    Q.   D, as in David, TX 2045.

6    A.   Okay.  Thank you.

7    Q.   Sure.

8         This is a little bit of a follow-up on what Ms. Brody

9    was just asking you.

04:30PM    10        Now, this is a document generated by AstraZeneca,

11   correct?

12   A.   Yes, it is.

13   Q.   And it's entitled Teva royalty review, Q1 2014 payment.

14        I want to direct your attention to the last grouping

04:30PM    15   here.  As we move into Q2, the Q1 RBU, can you remind U.S.

16   what RBU stands for?

17   A.   BU is business unit, so I think royalty business unit.

18   Q.   Thank you.

19        The Q1 RBU assumed Teva one mg launch in April.  We

04:30PM    20   have not received any notice of FDA approval yet.

21        Do you see that?

22   A.   I do.

23   Q.   Did you ever have any discussions with anyone inside

24   AstraZeneca about the Teva one mg launch?

04:30PM    25   A.   No.

VELLTURO - CROSS - GRACEY

1    Q.   Did you ever have any discussions with anyone inside

2    AstraZeneca -- and did you have any conversations with anyone

3    at AstraZeneca about Teva's one mg approval by the FDA?

4    A.   No.

04:31PM  5    Q.   Did you make any assumptions about a Teva one mg launch

6    in calculating your -- in calculating your figures?

7    A.   Yes.  I just can't remember as I sit here what that

8    assumption was.

9          It's had such a small affect, I can't remember as I

04:31PM  10   sit here.

11   Q.   All right.  Well, let's talk a little bit more about

12   Teva.

13          You were asked about the Teva license agreement with

14   AstraZeneca, right?

04:31PM  15   A.   Yes.

16   Q.   And you've done consulting work for AstraZeneca over the

17   years, is that true?

18   A.   No, not other than this case.

19   Q.   I actually meant this case.

04:32PM  20   A.   Oh, Yes.  Over several years.

21          THE COURT:  Over the years?

22          THE WITNESS:  Over many years, yes.

23   BY MR. GRACEY:

24   Q.   When did you first get involved, do you recall?

04:32PM  25   A.   In this case?

VELLTURO - CROSS - GRACEY

1    Q.   No.  For this product.

2    A.   I'm sorry.  For this product?

3    Q.   Yes.

4    A.   Sometime in the summer, I believe, of 2008.

04:32PM  5         I was on a plane the Monday morning after

6    Thanksgiving to come here when I heard about this license.

7    Q.   Okay.  Did you consult with AstraZeneca about the Teva

8    license agreement?

9    A.   No.  I wouldn't have been on a plane otherwise, if I had

04:32PM  10   known there was a license coming.  I had no idea this was

11   being negotiated over that time period.

12   Q.   But before it was executed, did you ever consult with

13   AstraZeneca about the Teva license agreement?

14   A.   I did not.

04:32PM  15   Q.   Have you been involved with consulting with

16   pharmaceutical companies when they negotiate a license

17   agreement?

18   A.   Would you include hospitals in that question, to the

19   extent they developed their own drugs and patents?

04:33PM  20   Q.   Sure.

21   A.   The answer is yes.

22   Q.   And is that recent, over the last five, six years or so?

23   A.   Yes.

24   Q.   And do you know if those agreements got reported to the

04:33PM  25   Federal Trade Commission?

VELLTURO - CROSS - GRACEY

1   A.   With respect to a hospital, I don't believe they were.

2   Q.   Have you been involved in any scenarios where a generic

3   and a branded enter into a license agreement and that license

4   agreement gets submitted to the FTC for approval?

04:33PM   5   A.   Yes.

6   Q.   And do you understand what the role of the FTC is in that

7   situation, right?  It's to prevent anti-competitive behavior,

8   is that true?

9   A.   Yes, technically.

04:34PM   10   Q.   Do you think this Teva license agreement would be

11   approved by the FTC today if they knew about it?

12         MR. ANTHONY:  Objection, your Honor.  Scope.

13         THE COURT:  Sustained.

14         MR. GRACEY:  Okay.  Let me try it a different way.

04:34PM   15   BY MR. GRACEY:

16   Q.   You were asked questions about whether the license

17   agreement is even enforceable due to the '099 and '603 patents

18   being invalidated, do you recall that discussion?

19         MR. ANTHONY:  Objection.

04:34PM   20         THE COURT:  Well --

21         MR. ANTHONY:  I don't think the question was whether

22   I -- the witness thinks the agreement is enforceable, but I

23   think the record speaks for itself.

24         THE COURT:  Yeah, I don't think he was asked those

04:34PM   25   questions.  He was asked about various provisions.  I don't

————— VELLTURO - CROSS - GRACEY —————

1    think he rendered an opinion whether or not it was enforceable

2    or not.

3              Were you?

4              THE WITNESS:  I didn't express an opinion about

04:35PM  5    enforceability.  That's not what I do.

6              THE COURT:  Okay.

7    BY MR. GRACEY:

8    Q.   So let's try it a different way.

9              You had stated that, I believe, that it didn't matter

04:35PM  10   to you, is that fair, that whether this agreement is

11   enforceable or not, it didn't matter to your analysis?

12   A.   No, I wouldn't characterize my statements that way at

13   all.

14   Q.   How would you characterize it, then?

04:35PM  15   A.   The way I did, which is there was a certain state of the

16   world that I needed to understand for the purposes of one of

17   my calculations relative to the other, and with that

18   understanding, I went forward and did my calculations.

19   Q.   Right.  And so it's not your testimony that if this

04:35PM  20   agreement between Teva and AstraZeneca is found to violate

21   public policy because it's anti-competitive, that wouldn't

22   affect your analysis at all?

23             MR. ANTHONY:  Objection, your Honor.  This is

24   irrelevant, prejudicial.  I think this really takes the trial

04:36PM  25   far afield.

*United States District Court*
*Camden, New Jersey*

VELLTURO - CROSS - GRACEY

1      THE COURT:  Well, I think what Mr. Gracey is asking

2  about is testimony that this witness gave.  Let me find it.

3      Can you be more precise, Mr. Gracey?

4      MR. GRACEY:  In my question or where --

04:36PM  5      THE COURT:  The testimony that was given by this

6  witness.  That's what you're asking about, testimony that he

7  gave?

8      MR. GRACEY:  Yes.

9      THE COURT:  Do you recall the testimony that he gave?

04:37PM 10  BY MR. GRACEY:

11  Q.  Yes.

12      I believe you talked about two different worlds,

13  right?  The world if there was an injunction, what would

14  happen to sales and profits for AstraZeneca, and if there

04:37PM 15  wasn't an injunction, right?

16  A.  Essentially, yes.

17  Q.  Okay.  And there were some questions that you heard of

18  AstraZeneca's witness about whether the agreement between Teva

19  and AstraZeneca was even enforceable.

04:37PM 20      Do you recall that discussion.

21      MR. ANTHONY:  Objection.

22      THE COURT:  Yes.  At that point, Mr. Gracey, I think

23  I ordered him to be removed from the courtroom.  So be careful

24  where you're treading.

04:37PM 25      MR. GRACEY:  Okay.  I'm only asking about the

─────── VELLTURO - CROSS - GRACEY ───────

1    testimony from AZ's witness.  I don't believe he was excluded

2    during any of that testimony, but if I'm wrong, I'll withdraw.

3        MR. ANTHONY:  I think the court at one point -- well,

4    the record says what it says.  And I think asking whether the

04:38PM  5    parties -- the term "in force" and the term "enforceable" I

6    think are different.  And I guess I heard the testimony

7    differently from Mr. Gracey, but the record will speak for

8    itself.

9        MR. GRACEY:  Let me try it like this.

04:38PM  10   BY MR. GRACEY:

11   Q.   Let me pose you a hypothetical.

12        Let's say, hypothetically, the agreement between Teva

13   and AstraZeneca is found to be -- to violate public policy as

14   being anti-competitive.

04:38PM  15        How does that fact -- and, therefore, the royalty

16   agreement goes away.

17        How does that fact impact your opinions in this case,

18   if at all?

19   A.   I'm sorry.  The qualifier is, therefore, that agreement

04:38PM  20   goes away?

21   Q.   Yes.  It's invalid.  It's not enforceable.  It's gone.

22   A.   I have no idea.

23   Q.   You have no idea how it would impact your opinions in

24   this case?

04:38PM  25   A.   No, I haven't taken that into consideration.  I

VELLTURO - REDIRECT - ANTHONY

1   constructed two states of the world and that doesn't factor

2   into one of those states of the world.

3           MR. GRACEY:  That's all I have.  Pass the witness.

4           THE COURT:  Okay.

04:39PM   5           MR. BASILE:  No questions, your Honor.

6           THE COURT:  Okay.  Any redirect, Mr. Anthony?

7           MR. ANTHONY:  I do have a very brief redirect.

8   (REDIRECT EXAMINATION OF DR. VELLTURO BY MR. ANTHONY:

9   Q.   Dr. Vellturo, you were asked some questions by Ms. Brody

04:39PM   10   about a set of assumptions that there would be, absent entry

11   by the defendants, a decline of something on the order of one

12   percent or so in prices going forward.

13           Do you recall being asked questions about that?

14   A.   One percent per year, yes.

04:39PM   15   Q.   And I believe I heard you testify that you said you

16   included those parameters in your report.

17           Do you recall testifying to that on cross-examination

18   by Ms. Brody?

19   A.   Yes.  And it actually should appear on Exhibits nine, ten

04:40PM   20   and 11 that we were just going through.

21   Q.   I want to ask you about the source of that information.

22           Did you include the source of that information, not

23   in any of the exhibits that I think that are in front of you,

24   sir, because I don't think it's in front of you, did you

04:40PM   25   include the source of that information in one of your two

VELLTURO - REDIRECT - ANTHONY

1  reports?

2  A.   Yes, I did.

3  Q.   And in particular in your first of your two reports you

4  filed over the summer, your July 3rd report, did you identify

04:40PM  5  the parameter in that report, to the best you recall?

6  A.   Yes, I did.

7  Q.   And what I would ask you to do is -- let me ask you this:

8  Sitting here right now, without any memory refreshment, are

9  you able to say exactly what the source was of that

04:40PM  10  information or would you have to refresh your memory by

11  looking at the report?

12  A.   My recollection is it came from conversations with and

13  the Palczuk declaration.

14       Might have been the Wojciechowski declaration.  It

04:41PM  15  was one of those two.

16  Q.   And you just gave a name that I can provide a spelling to

17  the reporters for at the break.

18       But would it help you to look at the report to

19  refresh your recollection of what your source was?

04:41PM  20  A.   Sure.

21       MR. ANTHONY:  Your Honor, may I approach the witness?

22       THE COURT:  Yes.

23  BY MR. ANTHONY:

24  Q.   Dr. Vellturo, I've handed you a copy of your report for

04:41PM  25  purposes of refreshment and maybe I can help U.S. all get home

VELLTURO - REDIRECT - ANTHONY

1   a little sooner if I direct your attention to page 14 and then

2   there is a footnote 45.

3        And I ask you to take a look at the text associated

4   with that footnote and the footnote and then once you're

04:41PM  5   finished looking at it, if you can simply tell the court yes

6   or no whether that refreshes your memory as to the source of

7   that information?

8   A.   Yes, it does.

9   Q.   And if you can put it aside and with your memory so

04:42PM  10  refreshed, are you able to tell the court what your

11  recollection is of your source for that information?

12  A.   Ms. Wojciechowski at that point, yes.

13  Q.   Okay.  And just for the court reporter's benefit, I

14  believe that's spelled W-O-J-C-I-E-C-H-O-W-S-K-I.

04:42PM  15       And I think it's pronounced Wojciechowski.  But in

16  any event, is that the source of your information?

17  A.   It is.

18       MR. ANTHONY:  Okay.  I have no further questions.

19       THE COURT:  Okay.  Anything on that?

04:42PM  20       MS. BRODY:  No, nothing further, your Honor.

21       MR. GRACEY:  Nothing, your Honor.

22       THE COURT:  Okay.  You're excused.

23       THE WITNESS:  Thank you, your Honor.

24       THE COURT:  You can go home.

04:43PM  25       Okay.  It's been a long day and I'll see you all

United States District Court
Camden, New Jersey

VELLTURO - REDIRECT - ANTHONY

 1    tomorrow.

 2            Tomorrow who is on deck?

 3            MS. BRODY:  Your Honor, Breath and Watson defendants

 4    will be presenting Dr. Philip Nelson and that will be the only

 5    witness tomorrow.

 6            THE COURT:  Would it okay to start at 9:30 then?

 7            MR. ANTHONY:  It's fine with AstraZeneca.

 8            THE COURT:  Is the witness here?  9:30, okay?

 9            Dr. Nelson:  Yes.  Fine.

10            THE COURT:  I promise to get you home tomorrow.

11            So we'll start at 9:30.

12            Okay.  Have a good evening.

13            (Adjournment)

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$120** [1] - 2972:17
**$126** [1] - 2928:25
**$130** [1] - 2972:17
**$150,000** [3] - 2996:24, 2997:4, 2997:13
**$2.779** [1] - 3136:17
**$200** [1] - 2960:4
**$25** [1] - 3015:14
**$250,000** [1] - 2997:4
**$3.17** [1] - 3136:18
**$300** [6] - 3000:6, 3011:18, 3012:23, 3013:8, 3013:16, 3123:1
**$350** [1] - 3013:16
**$40.8** [1] - 3142:13
**$400** [5] - 2972:7, 2972:10, 3000:6, 3012:14, 3012:16
**$47** [1] - 3129:12
**$5,636,000,000** [1] - 3060:12
**$50** [1] - 2992:9
**$500** [1] - 2958:20
**$54.7** [1] - 3140:7
**$55** [2] - 3012:17, 3013:9
**$700,000** [3] - 2987:5, 2987:9, 2988:2
**$874** [2] - 3061:10, 3129:20

## '

**'09** [5] - 3126:3, 3126:7, 3126:12, 3127:3
**'099** [1] - 3147:17
**'13** [1] - 2969:15
**'603** [1] - 3147:17
**'834** [4] - 3123:15, 3123:21, 3123:25, 3124:4

## /

**/S** [1] - 2918:25

## 0

**0.5** [1] - 3125:25
**06905-5619** [1] - 2918:10
**07068** [1] - 2917:20

**07102** [2] - 2917:13, 2918:13
**08-1512(RMB)(AMD** [1] - 2916:12
**08101** [1] - 2917:4
**08543** [1] - 2918:7

## 1

**1** [5] - 2962:5, 2962:8, 2962:23, 3002:24, 3005:17
**1,150** [1] - 3004:16
**1,600** [1] - 3004:13
**1.3** [1] - 2986:14
**1.4** [1] - 2986:14
**1.6** [1] - 3002:25
**10** [7] - 2957:2, 2970:16, 3127:2, 3134:14, 3139:21, 3139:22, 3142:24
**10-minute** [1] - 2976:4
**100** [1] - 2917:12
**10:25** [1] - 2976:7
**10th** [4] - 2989:21, 2991:4, 3009:10, 3019:2
**11** [3] - 3140:17, 3142:17, 3151:20
**113** [1] - 3001:4
**115** [1] - 2918:15
**11:03** [1] - 2976:8
**12** [1] - 3134:13
**12,000** [1] - 2925:11
**1200** [1] - 2918:13
**1201** [1] - 2917:15
**12:30** [1] - 3041:4
**135** [1] - 3000:17
**14** [2] - 3006:12, 3153:1
**146** [1] - 3008:14
**15** [3] - 3128:4, 3128:18, 3142:9
**15,000** [1] - 3001:3
**15.67** [1] - 3142:11
**15.7** [1] - 3141:8
**150** [4] - 2961:9, 3014:2, 3014:3, 3017:10
**16** [2] - 2956:22, 3134:14
**17** [2] - 2917:4, 3019:4
**18** [3] - 2956:22, 3004:14, 3124:15
**19** [3] - 3000:18, 3006:13, 3008:4
**195** [2] - 3015:1, 3015:10
**1980** [2] - 3138:18,

3138:21
**1984** [2] - 3140:2, 3142:23
**1985** [3] - 3140:18, 3140:20, 3142:17
**1:39** [1] - 3041:5

## 2

**2** [5] - 2924:12, 2962:5, 2962:9, 3002:8, 3057:22
**2.1** [1] - 3003:1
**2.5** [1] - 2986:19
**20,000** [1] - 3005:18
**2000** [7] - 2926:14, 2927:13, 2928:1, 2987:13, 2987:15, 2987:25, 3060:9
**20004-2401** [1] - 2917:16
**2000s** [1] - 2970:5
**2006** [3] - 2923:6, 2923:9, 2968:6
**2008** [13] - 2923:10, 2968:12, 2968:14, 2969:1, 3061:3, 3061:6, 3061:9, 3061:16, 3061:21, 3062:4, 3126:16, 3129:19, 3146:4
**2009** [7] - 2929:9, 2975:20, 3001:3, 3001:5, 3127:19, 3128:2, 3128:4
**2010** [5] - 2993:17, 3001:2, 3127:6, 3128:18, 3138:4
**2011** [9] - 2923:12, 2968:23, 2969:1, 2969:5, 2969:9, 2993:17, 3000:18, 3002:17, 3138:4
**2012** [4] - 3002:9, 3003:13, 3004:16, 3006:4
**2013** [21] - 2922:21, 2923:13, 2928:9, 2928:11, 2928:25, 2969:6, 2969:9, 2969:15, 2969:19, 2970:7, 3004:3, 3004:15, 3004:18, 3014:22, 3015:14, 3061:3, 3061:16, 3061:21, 3134:5, 3134:21, 3136:17
**2014** [36] - 2917:4, 2927:13, 2971:18,

2971:21, 2971:23, 2971:24, 2972:3, 2972:6, 2972:15, 2972:16, 2973:6, 2973:11, 2974:11, 2974:13, 2974:18, 2987:5, 2987:9, 2987:24, 3003:1, 3005:5, 3007:17, 3007:18, 3008:12, 3009:1, 3009:7, 3009:10, 3013:1, 3019:2, 3058:2, 3060:9, 3122:19, 3129:10, 3129:24, 3131:17, 3144:13
**2014-year-to-date** [1] - 3129:11
**2015** [2] - 2971:24, 2972:19
**2016** [1] - 3004:18
**2019** [3] - 2971:25, 3122:19, 3123:8
**202** [1] - 2918:6
**2024** [1] - 2926:9
**2044** [3] - 2926:5, 2927:5, 2927:11
**2045** [3] - 2919:10, 3143:17, 3144:5
**2052** [1] - 2919:11
**20F** [1] - 3014:22
**21** [1] - 3004:2
**22** [3] - 3141:1, 3141:5, 3141:7
**23** [3] - 3140:22, 3140:25, 3141:4
**24** [1] - 2925:19
**240** [2] - 3015:1, 3015:10
**25** [1] - 3134:5
**250** [1] - 3012:11
**28** [1] - 2918:24
**28.10** [2] - 3122:24, 3124:3
**28.2** [1] - 3138:24
**28.5** [2] - 3127:15, 3128:16
**28.6** [1] - 3137:14
**28.8** [3] - 3125:20, 3126:11, 3127:9
**2920** [1] - 2919:2
**2921** [1] - 2919:3
**2933** [1] - 2919:10
**2937** [1] - 2919:11
**2965** [1] - 2919:3

## 3

**3** [6] - 2962:6,

2962:10, 3004:15, 3005:17, 3060:23, 3134:13
**3.7** [3] - 3122:2, 3122:4, 3130:1
**30** [3] - 2927:16, 2927:22, 3061:17
**300** [5] - 3008:18, 3008:23, 3012:11, 3012:13, 3014:5
**3002** [1] - 2919:12
**3003** [1] - 2919:13
**3004** [1] - 2919:14
**3005** [1] - 2919:15
**3008** [1] - 2919:16
**3016** [1] - 2919:17
**3021** [1] - 2919:4
**3040** [1] - 2919:4
**3056** [2] - 2919:6, 2919:6
**30th** [1] - 3008:12
**3100** [1] - 2918:15
**3113** [1] - 2919:7
**3143** [1] - 2919:7
**3151** [1] - 2919:8
**33** [1] - 3134:14
**35** [1] - 2928:1
**3702** [1] - 3135:20
**3706** [3] - 3014:17, 3015:23, 3016:4
**3rd** [1] - 3152:4

## 4

**4** [8] - 2957:15, 2958:21, 2962:6, 2962:14, 2986:6, 2986:9, 3004:17, 3127:11
**40.8** [4] - 3141:8, 3141:17, 3142:17, 3142:20
**40.9** [4] - 3140:14, 3140:23, 3141:17, 3142:12
**400** [6] - 2956:25, 2959:13, 3008:18, 3008:23, 3012:25, 3017:1
**44** [2] - 2925:14, 2927:22
**45** [1] - 3153:2

## 5

**5** [5] - 2961:8, 3008:14, 3126:11, 3127:12, 3134:14

**5,050** [2] - 3004:18, 3005:11
**5,600** [2] - 3005:11, 3005:13
**5.6** [1] - 2928:6
**50** [8] - 2988:10, 2988:12, 2989:3, 2989:5, 3011:25, 3012:12, 3013:3, 3014:1
**50-51,000** [1] - 2925:8
**500** [1] - 2918:3
**54.7** [1] - 3139:18
**54.8** [3] - 3139:6, 3139:11, 3140:3
**55** [5] - 3011:21, 3012:2, 3012:8, 3013:22, 3014:4
**550** [2] - 3005:7, 3005:12
**56** [3] - 3126:8, 3126:12, 3142:8
**56-percent** [1] - 3126:4
**56.5** [1] - 3141:7
**56.56** [1] - 3142:10
**59%** [1] - 3136:17

### 6

**6** [3] - 2918:2, 3005:5, 3007:18
**60-day** [3] - 3122:22, 3139:5, 3140:12
**60603** [1] - 2918:15
**60654** [1] - 2918:3

### 7

**7** [1] - 3127:2
**702** [1] - 3058:23
**711** [1] - 3015:14
**73,000** [1] - 3003:3
**744** [1] - 2918:13
**753** [1] - 3018:24
**79** [2] - 3018:25, 3019:4

### 8

**8,550** [1] - 3001:2
**800** [9] - 2996:21, 2997:8, 2997:16, 2997:19, 2998:2, 2998:11, 2999:3, 2999:11, 3000:5
**85** [2] - 2917:20, 3126:8

**85.6** [1] - 3061:17
**86.8** [1] - 3061:19

### 9

**9** [3] - 3019:4, 3139:22, 3139:24
**90** [1] - 2958:18
**900** [1] - 3061:8
**927** [2] - 2921:20, 2921:22
**95** [1] - 2958:18
**989** [1] - 2918:9
**99%** [1] - 3136:18
**9:30** [3] - 3154:6, 3154:8, 3154:11

### A

**a.m.** [2] - 2976:7, 2976:8
**AB** [7] - 2916:4, 2916:9, 2916:14, 2916:19, 2917:18, 2923:21, 2923:23
**ability** [4] - 2925:15, 2958:9, 2963:21, 3137:1
**able** [10] - 2953:21, 2957:13, 2958:3, 2959:13, 2994:15, 2994:19, 3136:8, 3136:12, 3152:9, 3153:10
**absent** [1] - 3151:10
**absolutely** [2] - 2963:17, 3040:11
**absorb** [1] - 3013:11
**acceptable** [2] - 2988:19, 3011:13
**access** [1] - 2962:21
**according** [1] - 3008:13
**account** [7] - 2973:23, 2974:2, 2974:7, 2997:17, 3007:2, 3124:4, 3130:17
**accuracy** [1] - 2927:5
**accurate** [4] - 2927:9, 2960:9, 3006:15, 3139:20
**achievable** [1] - 2955:13
**Achieve** [1] - 3004:4
**achieve** [1] - 3004:8
**Actavis** [11] - 3133:14, 3133:19, 3134:3, 3134:8, 3134:21, 3135:22, 3136:2,

3136:3, 3136:16, 3136:21
**Action** [1] - 2916:11
**active** [2] - 3001:13, 3001:16
**activity** [1] - 3003:9
**actual** [3] - 2957:3, 3131:1, 3141:19
**acute** [1] - 2924:11
**add** [3] - 2927:22, 2928:4, 2999:7
**added** [2] - 2927:21, 3060:25
**adding** [2] - 3005:12, 3058:1
**additional** [6] - 2996:23, 3056:1, 3056:4, 3124:18, 3124:21, 3130:11
**address** [2] - 2929:11, 3056:9
**addressed** [1] - 3143:7
**adjournment** [1] - 3154:13
**adjusting** [1] - 2954:20
**admit** [6] - 3001:23, 3003:16, 3004:21, 3005:20, 3007:23, 3015:23
**advance** [1] - 2920:10
**advisor** [1] - 3133:6
**Aetna** [1] - 2962:7
**affect** [4] - 3003:3, 3060:15, 3145:9, 3148:22
**affected** [1] - 2998:5
**afield** [1] - 3148:25
**afternoon** [2] - 3056:15, 3056:25
**ago** [6] - 2957:22, 2969:15, 2993:15, 2993:17, 2994:4, 2994:17
**agree** [12] - 2931:8, 2973:2, 2987:20, 2995:15, 2997:3, 3003:14, 3017:13, 3129:15, 3129:16, 3129:19, 3132:12, 3137:20
**agreed** [2] - 2992:16, 2992:18
**agreement** [28] - 2928:21, 2963:12, 2963:14, 2963:20, 2976:1, 3040:3, 3040:6, 3040:9, 3041:9, 3125:9,

3125:18, 3128:2, 3128:3, 3145:13, 3146:8, 3146:13, 3146:17, 3147:3, 3147:4, 3147:10, 3147:17, 3147:22, 3148:10, 3148:20, 3149:18, 3150:12, 3150:16, 3150:19
**agreements** [1] - 3146:24
**ahead** [2] - 2957:19, 2960:21
**ALAN** [2] - 2919:6, 3056:17
**Alan** [1] - 3056:22
**Aldrich** [1] - 2918:9
**alert** [3] - 2920:8, 2920:10, 2921:16
**alerted** [1] - 2921:24
**alleged** [3] - 2966:4, 2991:16, 2991:22
**allegedly** [2] - 2991:17, 3122:9
**alleges** [1] - 3009:18
**allergy** [1] - 3001:10
**allow** [2] - 2961:1, 2967:24
**allowances** [3] - 2928:13, 2928:16, 2928:21
**allowed** [1] - 3123:20
**almost** [1] - 2960:3
**alternative** [1] - 2955:7
**alternatives** [1] - 2961:24
**America** [4] - 2922:15, 2924:21, 2953:25, 2969:14
**Americans** [1] - 2925:20
**amount** [18] - 2960:24, 2961:10, 2961:13, 2972:10, 2988:5, 2992:9, 2992:22, 2996:24, 2997:7, 3008:14, 3017:1, 3017:10, 3018:7, 3060:11, 3124:13, 3124:23, 3135:8, 3139:6
**amounts** [2] - 2976:1, 3004:16
**Amy** [1] - 2918:1
**analogs** [1] - 3009:25
**analysis** [15] - 2997:25, 2998:9, 2998:18, 3012:7, 3012:18, 3013:10,

3059:3, 3059:5, 3060:14, 3060:19, 3061:2, 3062:5, 3135:9, 3148:11, 3148:22
**analysts** [2] - 2957:22, 2958:1
**analyzing** [1] - 3062:1
**announced** [8] - 2954:17, 3001:1, 3001:5, 3002:18, 3003:12, 3004:12, 3004:14, 3004:16
**announcing** [1] - 3005:11
**annual** [8] - 2956:20, 3002:25, 3006:13, 3014:14, 3014:21, 3122:4, 3122:25
**annualized** [1] - 3014:3
**annually** [3] - 3011:18, 3012:23
**answer** [10] - 2954:4, 2959:24, 2963:18, 2964:23, 2966:4, 2973:22, 2975:9, 3019:10, 3019:13, 3146:21
**answered** [2] - 2958:14, 3019:11
**answering** [1] - 2967:19
**answers** [2] - 3019:6, 3019:15
**Anthony** [5] - 2917:15, 2920:14, 2931:5, 3056:10, 3151:6
**ANTHONY** [67] - 2919:3, 2919:5, 2919:6, 2919:8, 2920:7, 2920:13, 2920:21, 2921:1, 2921:12, 2921:23, 2922:3, 2929:10, 2930:1, 2930:15, 2931:8, 2953:1, 2955:20, 2955:21, 2963:4, 2963:7, 2963:10, 2963:24, 2964:20, 2964:24, 2965:1, 2967:23, 2992:12, 2992:14, 2992:17, 2992:20, 3001:25, 3003:19, 3004:23, 3005:23, 3007:25, 3016:1, 3019:16, 3040:1, 3040:12, 3040:25, 3056:7, 3056:12,

3056:19, 3057:3, 3057:6, 3057:9, 3058:14, 3058:25, 3059:1, 3062:24, 3063:3, 3134:25, 3135:3, 3136:19, 3137:3, 3147:12, 3147:19, 3147:21, 3148:23, 3149:21, 3150:3, 3151:7, 3151:8, 3152:21, 3152:23, 3153:18, 3154:7

**anti** [3] - 3147:7, 3148:21, 3150:14

**anti-competitive** [3] - 3147:7, 3148:21, 3150:14

**anticipate** [1] - 2931:9

**anticipated** [8] - 2959:22, 2970:20, 2970:22, 2971:2, 2972:3, 2999:21, 2999:23, 3001:20

**anticipates** [1] - 2972:11

**Antwi** [1] - 2917:19

**apologize** [2] - 2976:10, 3015:5

**APOTEX** [4] - 2916:12, 2918:10, 2918:11

**appeal** [4] - 3123:24, 3124:4, 3124:11, 3124:12

**appear** [1] - 3151:19

**application** [1] - 2970:1

**appreciate** [2] - 2963:19, 2964:20

**approach** [2] - 2965:9, 3152:21

**approaching** [1] - 3061:8

**appropriate** [2] - 2929:12, 2976:2

**approval** [6] - 2957:7, 2969:22, 3143:4, 3144:20, 3145:3, 3147:4

**approved** [3] - 2925:12, 2925:14, 3147:11

**approximate** [2] - 2996:21, 2996:23

**approximation** [1] - 2998:16

**April** [4] - 2968:14, 2969:5, 2969:9, 3144:19

**Aqua** [2] - 3001:10, 3001:13

**areas** [3] - 2924:6, 2924:8, 2924:15

**argument** [1] - 3137:4

**arguments** [1] - 3137:1

**arrive** [2] - 2989:5, 2989:18

**arrived** [1] - 2998:1

**arrives** [1] - 2998:10

**arriving** [2] - 2975:9, 2997:16

**arrows** [1] - 3061:14

**article** [7] - 3000:17, 3000:24, 3001:7, 3001:19, 3005:5, 3005:9, 3005:16

**AS** [4] - 2920:24, 3056:17, 3056:18

**aside** [1] - 3153:9

**assessed** [1] - 3122:15

**Assets** [1] - 3008:5

**assets** [1] - 3008:7

**associated** [3] - 2989:11, 3059:6, 3153:3

**associates** [4] - 2988:17, 2988:21, 2989:3, 2989:8

**assume** [3] - 3124:17, 3130:18, 3138:21

**assumed** [3] - 3124:22, 3126:21, 3144:19

**assumes** [4] - 2997:21, 3123:19, 3123:24, 3126:19

**assumption** [5] - 2961:18, 2997:10, 3123:14, 3130:21, 3145:8

**assumptions** [5] - 2974:3, 2997:17, 3142:25, 3145:5, 3151:10

**asthma** [3] - 2924:9, 2924:10, 3001:11

**Astra** [1] - 3007:5

**AstraZeneca** [166] - 2920:14, 2920:18, 2920:21, 2922:7, 2922:14, 2922:18, 2922:24, 2923:1, 2923:5, 2923:6, 2923:7, 2923:9, 2923:11, 2923:12, 2923:14, 2923:20, 2923:21, 2923:22,

2924:7, 2924:24, 2925:7, 2925:9, 2925:12, 2925:17, 2925:20, 2925:23, 2927:11, 2930:1, 2931:2, 2954:17, 2955:16, 2955:24, 2956:2, 2957:18, 2958:9, 2958:24, 2959:3, 2960:14, 2961:13, 2965:24, 2966:5, 2966:15, 2968:6, 2968:9, 2968:12, 2968:16, 2968:20, 2968:21, 2968:25, 2969:5, 2969:8, 2969:13, 2969:21, 2970:16, 2971:1, 2971:4, 2971:8, 2971:14, 2972:11, 2973:2, 2973:6, 2973:11, 2973:23, 2974:1, 2974:5, 2974:18, 2975:20, 2987:4, 2987:8, 2988:8, 2990:8, 2990:11, 2990:18, 2990:22, 2991:17, 2991:19, 2991:23, 2991:25, 2992:3, 2992:7, 2992:9, 2992:22, 2993:2, 2993:5, 2994:15, 2995:2, 2995:5, 2995:15, 2996:3, 2996:6, 2996:12, 2996:22, 2997:8, 2997:19, 2997:22, 2997:25, 2998:9, 2999:1, 2999:3, 3000:5, 3000:9, 3000:17, 3000:21, 3002:8, 3002:12, 3002:18, 3003:2, 3004:2, 3004:3, 3004:7, 3005:6, 3005:10, 3006:2, 3006:3, 3006:12, 3006:23, 3007:1, 3007:11, 3007:16, 3007:20, 3008:13, 3009:3, 3009:17, 3009:21, 3009:24, 3010:2, 3010:4, 3010:8, 3010:15, 3011:2, 3011:21, 3012:8, 3012:18, 3014:14, 3017:23, 3018:11, 3018:19, 3019:8, 3019:21, 3040:6,

3056:12, 3059:9, 3059:18, 3060:15, 3121:7, 3121:9, 3122:9, 3124:23, 3130:8, 3130:13, 3131:13, 3131:21, 3144:10, 3144:24, 3145:2, 3145:3, 3145:14, 3145:16, 3146:7, 3146:13, 3148:20, 3149:14, 3149:19, 3150:13, 3151:19, 3150:1

**ASTRAZENECA** [8] - 2916:3, 2916:4, 2916:9, 2916:9, 2916:14, 2916:14, 2916:19

**AstraZeneca's** [40] - 2924:5, 2924:18, 2924:21, 2930:5, 2953:4, 2963:21, 2966:1, 2967:7, 2967:9, 2968:17, 2969:2, 2969:10, 2969:25, 2970:3, 2970:19, 2986:7, 2986:19, 2986:23, 2994:4, 2995:11, 3001:9, 3002:9, 3003:13, 3008:19, 3008:23, 3010:18, 3010:20, 3010:23, 3014:9, 3014:21, 3122:25, 3127:16, 3128:17, 3129:4, 3129:5, 3129:7, 3129:22, 3136:25, 3149:18

**ASTRAZENECA** [2] - 2917:17, 2917:18

**at-risk** [8] - 2973:24, 2974:1, 2974:7, 2974:14, 2974:19, 2975:1, 2975:6, 2975:13

**attacks** [1] - 2924:12

**attention** [3] - 2927:10, 2927:15, 3144:14, 3153:1

**ATTORNEYS** [4] - 2917:17, 2918:4, 2918:10, 2918:16

**attributed** [6] - 2953:18, 2961:25, 2989:6, 2999:8, 3017:18, 3018:14

**Australia** [1] - 2991:2

**authorizations** [1] - 2962:12

**authors** [1] - 3133:7

**availability** [1] - 3128:9

**available** [2] - 3017:20, 3061:24

**Avenue** [2] - 2917:15, 2917:20

**average** [7] - 2997:1, 2997:5, 2997:10, 2997:13, 3014:2, 3124:10

**avoid** [1] - 2921:25

**award** [2] - 3136:9, 3136:13

**aware** [4] - 2993:24, 2995:2, 3137:3, 3138:7

**AZ's** [2] - 3005:17, 3150:1

**B**

**bachelor's** [1] - 2922:11

**background** [1] - 2922:10

**balance** [1] - 3004:15

**balanced** [1] - 3018:8

**Balmoral** [1] - 3007:13

**base** [1] - 3060:3

**based** [26] - 2922:7, 2953:23, 2961:20, 2962:16, 2972:14, 2974:17, 2986:5, 2986:18, 2995:2, 2998:22, 3000:25, 3006:2, 3007:8, 3011:17, 3012:22, 3013:13, 3060:4, 3122:9, 3123:14, 3124:10, 3125:21, 3126:11, 3126:18, 3128:16, 3132:19, 3142:16

**Basil** [1] - 2929:21

**Basile** [1] - 2918:8

**BASILE** [3] - 2930:4, 3058:22, 3151:5

**basis** [4] - 2926:13, 2992:13, 3061:16, 3143:8

**batch** [1] - 2961:4

**bates** [1] - 3014:25

**Beall** [1] - 3059:23

**bear** [1] - 2960:5

**beast** [1] - 2955:8

**became** [2] - 2923:12, 2995:2

**become** [4] - 2923:11,

2953:7, 2953:13, 2960:5
**becoming** [2] - 2999:15, 2999:16
**Bedford** [1] - 2918:9
**BEEN** [2] - 2920:24, 3056:17
began [2] - 2969:14, 2969:18
**begin** [1] - 2960:10
**beginning** [1] - 2955:25
begins [1] - 2928:1
**behalf** [2] - 2966:8, 3121:7
**behavior** [1] - 3147:7
**behind** [2] - 2926:18, 3009:4
**benefit** [2] - 2925:20, 3153:13
benefits [1] - 3002:25
**best** [3] - 2920:10, 2959:17, 3152:5
**between** [12] - 2956:22, 2959:9, 2959:15, 3012:25, 3018:16, 3061:16, 3061:21, 3128:18, 3139:2, 3148:20, 3149:18, 3150:12
**beyond** [2] - 2960:25, 3142:1
**Bible.** [1] - 3056:16
**big** [3] - 2957:16, 2958:23, 2958:24
**bigger** [1] - 2958:6
**Billion** [1] - 3136:17
**billion** [8] - 2928:6, 2956:23, 2957:15, 2958:21, 3002:25, 3003:1, 3008:14, 3015:14
**binder** [24] - 2921:18, 2922:1, 2926:4, 2926:8, 3000:11, 3002:4, 3003:24, 3005:2, 3007:15, 3009:14, 3014:13, 3014:16, 3014:17, 3014:19, 3018:23, 3057:10, 3059:15, 3059:24, 3133:25, 3136:15, 3138:19, 3139:9, 3144:2
**binders** [3] - 2965:9, 2965:12, 3057:4
**biopharmaceutical** [1] - 2923:15
**BIS** [52] - 2965:15, 2965:16, 2966:6,

2972:12, 2975:16, 2975:19, 2975:23, 2986:10, 2986:12, 2986:17, 2991:17, 2991:23, 2992:8, 2993:13, 2993:22, 2994:3, 2994:8, 2994:13, 2994:17, 2994:21, 2995:9, 2999:17, 2999:22, 3001:21, 3011:6, 3016:25, 3017:9, 3060:15, 3060:19, 3061:24, 3062:1, 3062:20, 3122:5, 3122:10, 3125:4, 3125:17, 3125:22, 3126:11, 3126:18, 3128:17, 3130:2, 3130:5, 3132:6, 3132:7, 3137:11, 3137:21, 3137:22, 3138:8, 3138:10, 3138:12, 3143:1
**bit** [6] - 2957:19, 3062:9, 3062:13, 3144:8, 3145:11
**blockbuster** [2] - 2960:6, 3061:7
**blood** [1] - 2924:13
**blown** [2] - 3060:23, 3061:4
**blown-up** [2] - 3060:23, 3061:4
**blows** [1] - 3126:7
**blowup** [1] - 3060:25
**booked** [1] - 3019:21
**bottom** [4] - 2928:5, 3014:25, 3140:22, 3141:4
**box** [1] - 3008:8
**brains** [1] - 2926:18
**brand** [6] - 2996:18, 2999:2, 3128:5, 3128:6, 3128:17, 3129:13
**branded** [22] - 2962:10, 2986:10, 2986:13, 2986:18, 2986:23, 3061:3, 3061:6, 3061:12, 3062:4, 3062:11, 3062:12, 3062:17, 3128:10, 3129:6, 3129:21, 3130:2, 3132:4, 3132:13, 3132:16, 3132:24, 3138:22, 3147:3
**brands** [4] - 2953:21, 2953:22, 2988:25,

2989:1
**break** [6] - 2956:14, 2958:4, 2959:7, 2976:4, 3152:17
**break-through** [3] - 2956:14, 2958:4, 2959:7
**breaking** [2] - 3040:22, 3040:24
**breast** [2] - 2924:14, 2956:7
**Breath** [5] - 2921:23, 2930:24, 2965:19, 3133:18, 3154:3
**BREATH** [2] - 2916:7, 2918:4
**brief** [2] - 3011:9, 3151:7
**briefly** [4] - 2928:15, 3010:12, 3016:15, 3142:23
**briefs** [1] - 3056:2
**bringing** [1] - 2957:7
**brings** [1] - 3005:13
**Broad** [1] - 2918:13
**broadly** [1] - 3009:9
**Brody** [6] - 2918:1, 2930:9, 2976:12, 3144:8, 3151:9, 3151:18
**BRODY** [54] - 2919:3, 2919:7, 2930:10, 2930:24, 2955:18, 2965:5, 2965:9, 2965:11, 2968:1, 2973:19, 2975:25, 2976:13, 2986:4, 2992:4, 2992:6, 2992:21, 3000:3, 3001:23, 3003:16, 3003:22, 3004:21, 3005:1, 3005:20, 3006:1, 3007:23, 3008:3, 3011:9, 3011:15, 3011:15, 3013:21, 3015:23, 3016:5, 3016:9, 3016:13, 3016:17, 3016:18, 3019:19, 3019:23, 3040:15, 3133:16, 3133:23, 3135:6, 3135:15, 3135:19, 3136:6, 3136:20, 3137:10, 3138:13, 3138:15, 3142:15, 3143:11, 3143:13, 3153:20, 3154:3
**bRODY** [1] - 3002:3
**BU** [1] - 3144:17

**budesonide** [9] - 2953:3, 2956:18, 2960:14, 2965:16, 3001:14, 3001:17, 3060:16, 3130:5
**budget** [5] - 2955:13, 2999:8, 3014:9, 3016:25, 3017:9
**buffer** [4] - 2960:25, 2961:13, 2961:15, 2995:16
**buffering** [2] - 2995:13, 2995:15
**BUMB** [1] - 2917:8
**BURLING** [1] - 2917:14
**Burndt** [2] - 3132:18, 3133:6
**BURNDT** [1] - 3132:18
**business** [23] - 2922:16, 2922:17, 2923:2, 2923:14, 2923:16, 2926:16, 2926:24, 2927:2, 2953:14, 2953:25, 2954:10, 2962:25, 2963:1, 2971:5, 2994:5, 2997:11, 2997:23, 3002:13, 3007:21, 3013:19, 3018:2, 3144:17
**businesses** [1] - 2970:12
**BY** [47] - 2919:3, 2919:3, 2919:4, 2919:4, 2919:6, 2919:7, 2919:7, 2919:8, 2921:1, 2922:3, 2953:1, 2955:21, 2963:10, 2965:11, 2968:1, 2973:19, 2986:4, 2992:6, 2992:21, 3000:3, 3002:3, 3003:22, 3005:1, 3006:1, 3008:3, 3011:15, 3013:21, 3016:18, 3019:19, 3040:1, 3056:19, 3057:9, 3059:1, 3133:23, 3135:19, 3136:6, 3137:10, 3138:15, 3142:15, 3143:15, 3145:23, 3147:15, 3148:7, 3149:10, 3150:10, 3151:8, 3152:23

**C**

**calculate** [5] - 2927:20, 2957:23, 2960:8, 2986:25, 2999:25
**calculated** [9] - 2960:2, 2963:1, 2987:1, 2992:22, 2993:2, 2993:5, 3013:23, 3122:8, 3122:12
**calculating** [2] - 3145:6
**calculation** [15] - 2925:18, 2958:2, 2960:3, 2989:5, 2997:12, 2997:13, 3008:17, 3008:20, 3009:21, 3009:24, 3013:4, 3013:12, 3013:14, 3129:3, 3141:6
**calculations** [7] - 3009:17, 3013:8, 3131:8, 3139:16, 3142:20, 3148:17, 3148:18
**calendar** [2] - 2988:24, 3061:15
**California** [1] - 2925:6
**Camden** [1] - 2917:4
**campaigns** [1] - 2988:24
**cancer** [6] - 2953:22, 2956:6, 2956:7, 2959:9
**capabilities** [1] - 3002:21
**capability** [1] - 2955:6
**capacity** [1] - 2961:22
**capital** [1] - 2926:21
**captured** [1] - 3122:17
**cardiometabolic** [1] - 2924:10
**cardiovascular** [1] - 2924:11
**care** [2] - 2923:10, 2962:6
**career** [1] - 2967:16
**careful** [1] - 3149:23
**CARLTON** [1] - 2920:19
**Carlton** [2] - 2917:17, 2920:17
**Carnegie** [1] - 2918:6
**carries** [1] - 2961:13
**carry** [2] - 2961:10, 2961:15

case [22] - 2929:20, 2954:23, 2955:13, 2959:12, 2961:11, 2961:12, 2963:22, 3059:4, 3060:14, 3060:17, 3062:2, 3062:21, 3122:1, 3125:1, 3129:17, 3136:9, 3136:13, 3145:18, 3145:19, 3145:25, 3150:17, 3150:24
cash [4] - 2958:3, 3008:10, 3008:13
Cash [1] - 3008:10
cast [1] - 2920:14
caused [4] - 2994:11, 2994:16, 2996:1, 2999:17
center [1] - 2925:3
Center [2] - 2917:12, 2918:6
central [1] - 3133:7
CEO [2] - 2922:25, 2956:2
certain [9] - 2965:24, 2988:5, 2997:17, 3059:6, 3059:10, 3132:15, 3135:8, 3135:25, 3148:15
Certified [1] - 2918:24
chain [1] - 2961:1
challenge [1] - 3017:14
chance [1] - 3013:13
change [4] - 2961:14, 2961:15, 3126:20, 3127:11
changes [5] - 3004:14, 3013:14, 3058:6, 3126:21, 3126:23
characterize [2] - 3148:12, 3148:14
characters [1] - 2920:15
chart [6] - 3061:1, 3061:11, 3126:1, 3126:13, 3127:5, 3129:14
check [2] - 2927:5, 2959:25
Chicago [2] - 2918:3, 2918:15
choices [1] - 2959:6
choose [2] - 2959:8, 2959:15
Christina [1] - 2918:6
CHRISTOPHER [2] - 2919:6, 3056:17

Christopher [6] - 2917:14, 2917:17, 2920:17, 3056:13, 3056:22, 3058:14
CIGNA [1] - 2962:7
Circuit [1] - 3124:14
circumstances [1] - 3132:16
Civil [1] - 2916:11
claimed [1] - 3005:18
claims [1] - 2999:4
clear [6] - 2956:1, 2960:1, 2961:7, 3130:10, 3131:16, 3140:16
clearly [2] - 2924:7, 2970:12
CLERK [8] - 2920:1, 2921:2, 2976:6, 2976:9, 3041:3, 3041:6, 3056:15, 3056:20
clinical [3] - 2953:10, 2957:12, 2959:14
clinicians [1] - 2960:20
closer [1] - 2958:20
Cohen [1] - 2917:3
collecting [1] - 2926:23
collection [1] - 2926:18
collectively [2] - 2965:19, 3122:5
column [1] - 2928:23
combined [2] - 3004:17, 3018:6
combining [1] - 3004:11
coming [2] - 2959:11, 3146:10
comment [1] - 3007:10
commented [2] - 2975:3, 3137:24
comments [2] - 2967:18, 3006:8
commercial [2] - 3002:20, 3017:19
commercialization [2] - 2923:3, 2923:18
Commission [1] - 3146:25
committee [1] - 2959:5
commonly [1] - 3062:8
companies [1] - 3146:16
Company [1] -

3134:13
company [19] - 2923:15, 2923:22, 2924:2, 2954:12, 2954:20, 2955:10, 2956:11, 2959:22, 2961:8, 2970:17, 2999:5, 2999:12, 3001:1, 3005:11, 3013:10, 3017:4, 3059:11, 3062:12, 3125:4
company's [2] - 2961:15, 3002:19
compared [1] - 2957:15
compares [1] - 2987:11
compensable [1] - 3135:10
compensate [1] - 2961:5
competition [3] - 3001:21, 3006:9
competitive [3] - 3147:7, 3148:21, 3150:14
compiled [1] - 3124:22
complete [2] - 2961:5, 3127:7
complexity [1] - 2957:9
complicated [1] - 2959:18
comprise [1] - 3004:13
computations [1] - 2971:14
compute [2] - 2960:10, 3129:2
computed [1] - 3140:25
concerning [7] - 2966:24, 2967:2, 2967:10, 2970:8, 2994:7, 3012:18, 3133:17
conditions [2] - 2961:14, 3132:14
conduct [2] - 3060:14, 3061:2
conducted [1] - 3006:3
confer [1] - 2963:5
confidential [2] - 2992:5, 3016:6
confidentiality [3] - 2929:15, 2931:11, 3041:11

confirmation [1] - 3062:7
confirmed [1] - 3019:1
confused [1] - 3013:20
confusion [2] - 2994:23, 2995:2
conjunction [1] - 3002:16
Connecticut [1] - 2918:10
connection [2] - 3059:12, 3137:15
CONNELL [1] - 2917:19
consequently [1] - 2962:20
consider [2] - 2986:17, 3012:16, 3060:19, 3061:25, 3062:17, 3062:21
considerable [1] - 3062:25
consideration [1] - 3150:25
considering [1] - 3062:19
considers [1] - 2974:1
consistent [1] - 3040:8
Consolidated [1] - 2916:11
constructed [2] - 3142:21, 3151:1
consult [2] - 3146:7, 3146:12
consulting [2] - 3145:16, 3146:15
contacts [1] - 3125:12
contained [1] - 2957:4
context [4] - 2958:21, 3061:25, 3062:15, 3122:15
continuation [1] - 2920:4
continue [1] - 3058:24
continued [1] - 3061:12
continuing [2] - 2959:20, 3123:8
contracts [4] - 3010:15, 3010:24, 3011:3, 3125:12
contribution [15] - 2953:7, 2953:13, 2953:24, 2954:11, 2957:1, 2970:14, 3006:19, 3006:23, 3006:25, 3012:24, 3013:22, 3013:25,

3014:5, 3014:6, 3018:7
contributions [1] - 3007:5
conversation [1] - 2956:8
conversations [4] - 2959:2, 3122:6, 3145:2, 3152:12
cooperate [1] - 3014:20
COPD [2] - 2924:9, 2924:10
copy [3] - 3131:22, 3144:1, 3152:24
core [4] - 3008:19, 3008:23, 3009:1, 3009:6
corner [1] - 3015:1
coronary [1] - 2924:11
CORP [2] - 2916:12, 2918:11
corporate [8] - 2924:1, 2924:19, 3017:10, 3018:10, 3018:16, 3018:18, 3019:7, 3133:17
correct [389] - 2918:24, 2922:19, 2924:4, 2926:22, 2926:25, 2927:14, 2928:3, 2929:1, 2965:22, 2965:23, 2966:2, 2966:3, 2966:6, 2966:7, 2966:9, 2966:10, 2966:13, 2966:14, 2966:16, 2966:17, 2966:25, 2967:1, 2967:3, 2967:4, 2967:7, 2967:8, 2967:11, 2967:12, 2968:7, 2968:8, 2968:10, 2968:11, 2968:12, 2968:13, 2968:15, 2968:18, 2968:19, 2968:21, 2968:22, 2968:23, 2968:24, 2969:3, 2969:4, 2969:6, 2969:7, 2969:11, 2969:12, 2969:15, 2969:16, 2969:19, 2969:20, 2970:1, 2970:2, 2970:5, 2970:6, 2970:10, 2970:17, 2970:18, 2970:20, 2970:21, 2970:24, 2970:25, 2971:2, 2971:3,

2971:5, 2971:6,
2971:10, 2971:16,
2971:18, 2971:19,
2971:21, 2971:22,
2971:25, 2972:1,
2972:4, 2972:5,
2972:8, 2972:9,
2972:12, 2972:13,
2972:17, 2972:20,
2972:22, 2972:23,
2972:25, 2973:1,
2973:4, 2973:12,
2973:13, 2973:24,
2973:25, 2974:3,
2974:4, 2974:8,
2974:9, 2974:11,
2974:12, 2974:15,
2974:16, 2974:20,
2974:21, 2974:23,
2974:24, 2975:17,
2975:18, 2975:20,
2975:21, 2975:23,
2975:24, 2986:7,
2986:10, 2986:11,
2986:15, 2986:16,
2986:20, 2987:5,
2987:9, 2987:10,
2987:22, 2987:25,
2988:1, 2988:3,
2988:4, 2988:6,
2988:7, 2988:10,
2988:14, 2988:15,
2988:17, 2988:22,
2989:12, 2989:13,
2989:15, 2990:5,
2990:9, 2990:10,
2990:12, 2990:13,
2990:16, 2990:17,
2990:20, 2990:21,
2990:23, 2990:24,
2991:1, 2991:15,
2991:20, 2992:10,
2992:11, 2992:24,
2992:25, 2993:3,
2993:4, 2993:7,
2993:8, 2993:13,
2993:14, 2993:15,
2993:16, 2993:18,
2993:22, 2993:23,
2994:1, 2994:2,
2994:5, 2994:6,
2994:9, 2994:10,
2994:13, 2994:14,
2994:17, 2994:18,
2994:21, 2994:22,
2995:3, 2995:4,
2995:6, 2995:7,
2995:12, 2995:17,
2995:18, 2995:23,
2995:24, 2996:1,
2996:4, 2996:5,

2996:7, 2996:8,
2996:10, 2996:11,
2996:13, 2996:14,
2996:19, 2996:20,
2996:25, 2997:9,
2997:17, 2997:18,
2997:23, 2997:24,
2998:3, 2998:12,
2999:1, 2999:5,
2999:13, 2999:18,
2999:22, 3000:15,
3000:18, 3000:19,
3000:22, 3000:23,
3001:5, 3001:6,
3001:11, 3001:12,
3001:21, 3001:22,
3002:6, 3002:10,
3002:11, 3002:13,
3002:14, 3002:21,
3002:22, 3003:3,
3003:4, 3003:10,
3003:11, 3003:15,
3003:25, 3004:4,
3004:5, 3004:8,
3004:9, 3004:19,
3004:20, 3005:3,
3005:7, 3005:8,
3005:13, 3005:14,
3005:18, 3005:19,
3006:4, 3006:10,
3006:11, 3006:13,
3006:14, 3006:16,
3006:17, 3006:23,
3006:24, 3007:1,
3007:4, 3007:7,
3007:13, 3007:14,
3007:19, 3007:21,
3007:22, 3008:15,
3008:16, 3008:20,
3008:21, 3008:24,
3008:25, 3009:19,
3009:20, 3009:22,
3009:23, 3009:25,
3010:1, 3010:5,
3010:10, 3010:13,
3010:14, 3010:16,
3010:17, 3010:21,
3010:22, 3010:24,
3011:3, 3011:7,
3011:8, 3011:18,
3011:19, 3011:24,
3012:9, 3012:15,
3012:23, 3014:7,
3014:8, 3014:11,
3015:15, 3015:16,
3015:21, 3016:21,
3017:12, 3019:2,
3019:21, 3121:7,
3121:11, 3121:14,
3121:15, 3121:22,
3121:23, 3122:11,

3122:16, 3122:22,
3122:23, 3123:2,
3123:5, 3123:6,
3123:9, 3123:12,
3123:18, 3124:1,
3124:19, 3124:24,
3125:5, 3125:9,
3125:18, 3125:19,
3125:21, 3126:4,
3126:14, 3126:16,
3126:20, 3126:24,
3127:17, 3128:2,
3128:7, 3128:14,
3128:15, 3128:19,
3128:21, 3128:23,
3128:25, 3129:5,
3129:6, 3129:20,
3129:24, 3130:3,
3130:9, 3130:17,
3130:22, 3130:24,
3131:3, 3131:7,
3131:15, 3132:4,
3132:7, 3132:8,
3132:17, 3132:24,
3132:25, 3133:4,
3134:15, 3134:22,
3135:17, 3136:13,
3136:14, 3136:18,
3137:12, 3137:21,
3138:5, 3138:11,
3139:6, 3139:23,
3140:12, 3140:13,
3140:14, 3140:15,
3140:23, 3140:24,
3141:1, 3141:5,
3141:8, 3141:9,
3141:10, 3141:15,
3142:4, 3142:18,
3142:22, 3143:2,
3143:3, 3143:23,
3144:11

**correctly** [4] -
2994:25, 3016:24,
3017:2, 3018:5
**cost** [3] - 2962:23,
2997:10, 3003:1
**costs** [8] - 2999:9,
3129:1, 3129:4,
3129:7, 3129:13,
3129:16, 3129:17
**Counsel** [1] - 2917:17
**counsel** [9] - 2920:15,
2920:16, 2920:17,
2921:14, 2921:16,
2921:23, 2963:5,
2995:14, 3057:4
**count** [7] - 2997:16,
2998:2, 2998:11,
3004:13, 3004:18,
3014:3, 3014:4

**countries** [1] - 3007:8
**couple** [3] - 2963:7,
3061:1, 3138:17
**course** [12] - 2928:13,
2957:9, 2971:5,
2987:7, 2989:9,
2991:22, 3002:13,
3007:21, 3010:7,
3013:18, 3060:13,
3121:17
**court** [39] - 2920:8,
2920:9, 2920:10,
2920:11, 2920:15,
2921:14, 2921:16,
2922:6, 2922:9,
2923:19, 2924:5,
2925:15, 2929:12,
2931:14, 2952:25,
2954:25, 2955:22,
2963:25, 2976:8,
3020:1, 3041:5,
3057:4, 3057:13,
3057:17, 3058:3,
3058:8, 3058:10,
3059:2, 3063:6,
3121:3, 3121:6,
3124:4, 3124:11,
3136:9, 3136:12,
3150:3, 3153:5,
3153:10, 3153:13
**Court** [8] - 2962:4,
2964:19, 2976:16,
2986:3, 3039:25,
3041:12, 3055:24,
3056:8
**COURT** [116] - 2916:1,
2920:2, 2920:12,
2920:20, 2920:23,
2921:5, 2921:7,
2921:11, 2921:22,
2922:2, 2929:14,
2929:22, 2929:24,
2930:3, 2930:8,
2930:11, 2930:13,
2930:17, 2930:19,
2930:21, 2930:25,
2931:2, 2931:5,
2931:10, 2931:13,
2955:19, 2963:6,
2963:9, 2963:23,
2964:23, 2964:25,
2965:3, 2965:7,
2965:10, 2967:24,
2973:17, 2976:3,
2976:6, 2976:9,
2976:10, 2976:14,
2992:13, 2992:16,
2992:18, 2999:23,
3002:1, 3003:18,
3003:20, 3004:24,

3005:22, 3005:24,
3008:1, 3011:12,
3011:14, 3013:7,
3015:25, 3016:2,
3016:8, 3016:10,
3016:16, 3019:18,
3019:25, 3040:14,
3040:17, 3040:19,
3040:22, 3041:1,
3041:3, 3041:6,
3041:7, 3055:25,
3056:10, 3056:14,
3056:24, 3057:1,
3057:5, 3058:19,
3058:23, 3063:2,
3063:4, 3133:22,
3135:2, 3135:5,
3135:13, 3135:18,
3136:2, 3136:23,
3137:9, 3138:14,
3141:16, 3141:20,
3141:24, 3142:3,
3142:5, 3142:8,
3142:14, 3143:12,
3143:14, 3145:21,
3147:13, 3147:20,
3147:24, 3148:6,
3149:1, 3149:5,
3149:9, 3149:22,
3151:4, 3151:6,
3152:22, 3153:19,
3153:22, 3153:24,
3154:6, 3154:8,
3154:10
**court's** [1] - 2922:1
**courteously** [1] -
2921:24
**Courthouse** [1] -
2917:3
**courtroom** [34] -
2920:9, 2929:13,
2929:15, 2929:16,
2929:19, 2929:25,
2930:7, 2931:7,
2931:14, 2952:25,
2963:13, 2963:25,
2976:2, 2976:5,
2976:14, 2976:15,
2976:16, 2986:3,
3016:11, 3019:24,
3019:25, 3020:1,
3039:25, 3041:9,
3041:11, 3041:12,
3055:24, 3059:20,
3062:25, 3063:4,
3063:5, 3063:6,
3121:3, 3149:23
**cover** [1] - 3013:25
**covered** [4] - 2929:15,
2954:4, 2962:8,

**dealing** [2] - 2930:8, 2931:6
**deals** [1] - 2930:22
**December** [5] - 3122:19, 3126:7, 3127:3, 3127:19, 3128:4
**decided** [1] - 2958:25
**decimal** [4] - 3141:21, 3141:23, 3142:1, 3142:20
**decision** [9] - 2957:11, 2969:25, 2970:4, 3007:8, 3017:16, 3017:19, 3018:9, 3124:4, 3124:11
**decisions** [1] - 2927:2
**deck** [1] - 3154:2
**declaration** [7] - 2967:6, 3017:8, 3018:5, 3121:16, 3122:6, 3152:13, 3152:14
**declarations** [12] - 2965:25, 2966:4, 2966:8, 2967:14, 2967:17, 2967:21, 3016:20, 3060:2, 3121:6, 3121:10, 3121:12, 3121:25
**decline** [22] - 2971:24, 2972:19, 2972:22, 2972:24, 3061:1, 3061:19, 3122:3, 3122:4, 3122:5, 3129:23, 3130:1, 3130:9, 3130:14, 3130:21, 3130:24, 3131:2, 3131:6, 3131:17, 3131:22, 3139:1, 3139:2, 3151:11
**declined** [2] - 3006:3, 3061:16
**declines** [4] - 3061:15, 3061:22, 3061:25, 3130:16
**decrease** [1] - 2993:1
**decreased** [1] - 3127:17
**deduct** [1] - 2928:13
**DEFENDANT** [10] - 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3003:21, 3004:25, 3005:25, 3008:2, 3016:3
**Defendant** [3] - 2916:8, 2916:18,

2916:22
**defendant** [4] - 2921:18, 2965:21, 3133:11, 3140:12
**DEFENDANT/ COUNTERCLAIM** - 2918:4, 2918:16
**DEFENDANT/ COUNTERCLAIM- PLAINTIFF** [1] - 2918:16
**DEFENDANT/ COUNTERCLAIM- PLAINTIFFS** [1] - 2918:4
**defendants** [36] - 2930:3, 2931:6, 2954:23, 2955:16, 2956:17, 2958:14, 2959:21, 2961:16, 2962:18, 2966:5, 2973:20, 2974:19, 2991:18, 2991:24, 2992:8, 2992:23, 2993:3, 2997:20, 3016:25, 3060:16, 3062:2, 3062:21, 3122:10, 3123:1, 3123:15, 3123:16, 3123:20, 3125:1, 3126:19, 3130:20, 3131:21, 3135:10, 3136:25, 3139:6, 3151:11, 3154:3
**Defendants** [1] - 2916:13
**defendants'** [3] - 2930:6, 2953:3, 3017:8
**DEFENDANTS/ COUNTERCLAIM' PLAINTIFFS** [1] - 2918:10
**degree** [2] - 2922:11, 3128:15
**Delaware** [2] - 2922:8, 2924:23
**deliver** [3] - 2957:23, 2959:14, 3002:25
**delivery** [2] - 2954:8, 2988:13
**demand** [2] - 2960:19, 2960:22
**demonstrative** [2] - 3057:16, 3060:22
**demonstratives** [1] - 3057:20
**deposed** [2] - 3009:10, 3019:2
**deposition** [4] -

2989:20, 2991:4, 3018:22, 3121:20
**DEPUTY** [8] - 2920:1, 2921:2, 2976:6, 2976:9, 3041:3, 3041:6, 3056:15, 3056:20
**describe** [5] - 2922:9, 2923:19, 2924:5, 2988:18, 2988:19
**described** [4] - 2954:25, 2962:5, 2966:4, 3121:10
**designed** [1] - 3002:18
**detailed** [1] - 3012:7
**determine** [5] - 2927:8, 3008:17, 3060:7, 3140:1, 3140:3
**determined** [1] - 2927:9
**developed** [1] - 3146:19
**development** [11] - 2923:17, 2955:14, 2955:15, 2955:24, 2956:17, 2958:13, 2959:25, 2970:9, 3002:20, 3015:19, 3017:10
**devote** [1] - 3056:2
**diabetes** [3] - 2924:13, 2953:21, 2957:8
**difference** [1] - 3141:11
**differences** [1] - 3142:1
**different** [14] - 2920:14, 2958:10, 2963:13, 2988:23, 2988:24, 3017:5, 3017:22, 3017:23, 3018:15, 3141:13, 3147:14, 3148:8, 3149:12, 3150:6
**differently** [1] - 3150:7
**difficult** [3] - 2959:1, 2959:19, 2962:15
**digit** [2] - 2972:21, 3141:15
**digits** [1] - 3141:13
**diploma** [1] - 2922:12
**direct** [28] - 2921:13, 2926:12, 2927:10, 2973:7, 2973:14, 2975:1, 2975:7, 2975:12, 2993:10, 2994:25, 2995:20,

3010:13, 3012:21, 3016:23, 3057:3, 3122:16, 3127:23, 3128:9, 3129:5, 3131:12, 3131:19, 3132:1, 3133:1, 3137:12, 3138:19, 3139:9, 3144:14, 3153:1
**DIRECT** [4] - 2919:3, 2919:6, 2921:1, 3056:19
**directing** [1] - 2927:15
**directions** [1] - 3141:13
**directly** [3] - 3018:11, 3018:19, 3019:8
**disappear** [1] - 2962:22
**disclosed** [1] - 3005:12
**disclosure** [1] - 3008:14
**discounts** [4] - 2928:13, 2928:15, 2928:19, 2928:20
**discovery** [1] - 3121:4
**discussed** [3] - 3122:16, 3131:25, 3133:1
**discussing** [2] - 2993:9, 3132:3
**discussion** [4] - 2961:22, 3063:1, 3147:18, 3149:20
**discussions** [2] - 3144:23, 3145:1
**disease** [1] - 2924:11
**dispute** [2] - 3135:12, 3137:2
**dissertation** [1] - 3133:6
**distribute** [2] - 2928:22, 3057:6
**distribution** [2] - 2928:21, 2954:9
**district** [2] - 3124:4, 3124:11
**DISTRICT** [3] - 2916:1, 2916:1, 2917:8
**diversified** [1] - 2923:16
**divided** [1] - 3014:2
**DJ** [1] - 3143:17
**doctor** [1] - 3143:23
**document** [15] - 2921:19, 2987:18, 3000:15, 3002:5, 3002:16, 3003:24, 3005:3, 3007:16,

3122:21
**covering** [1] - 3122:18
**COVINGTON** [1] - 2917:14
**crash** [1] - 3009:19
**cross** [2] - 3144:2, 3151:17
**CROSS** [6] - 2919:3, 2919:4, 2919:7, 2919:7, 2965:11, 3143:15
**cross-examination** [2] - 3144:2, 3151:17
**CRR** [1] - 2918:25
**CSR** [1] - 2918:25
**current** [9] - 2923:8, 2961:14, 2971:7, 2974:5, 2987:3, 2987:7, 2994:19, 3040:5, 3131:23
**Current** [1] - 3008:7
**curtail** [1] - 2958:25
**customer** [4] - 2988:17, 2988:21, 2989:3, 2989:8
**cut** [2] - 2954:16, 3017:24
**cuts** [3] - 2996:13, 3005:7, 3005:13
**cutting** [1] - 3005:10
**cycle** [2] - 2953:7, 2956:10

# D

**damages** [6] - 2959:23, 3135:10, 3135:11, 3136:8, 3136:12
**data** [16] - 2926:17, 2926:18, 2953:10, 2959:10, 2987:15, 3060:6, 3125:21, 3126:5, 3126:11, 3127:3, 3132:19, 3139:11, 3139:15, 3140:5, 3140:16, 3140:20
**date** [2] - 2928:18, 2991:3
**dated** [6] - 3000:18, 3002:8, 3004:2, 3005:5, 3007:18, 3134:5
**dating** [1] - 2926:14
**David** [2] - 2918:9, 3144:5
**DC** [1] - 2917:16
**deal** [1] - 2957:16

3007:20, 3134:7, 3135:14, 3136:16, 3143:23, 3144:1, 3144:10

**documentation** [1] - 3135:16

**documented** [2] - 2957:17, 2959:7

**Documents** [1] - 3014:20

**documents** [1] - 3137:7

**dollar** [21] - 2957:5, 2958:5, 2958:7, 2958:21, 2960:6, 2972:6, 2972:15, 2972:19, 2974:22, 2991:19, 2991:25, 2992:22, 2993:7, 3013:15, 3014:4, 3014:5, 3140:3, 3140:23

**dollars** [31] - 2927:12, 2928:2, 2928:6, 2928:10, 2956:13, 2956:23, 2956:25, 2959:13, 2959:17, 2960:8, 2970:23, 2972:4, 3008:19, 3011:18, 3011:22, 3012:1, 3012:2, 3012:9, 3012:13, 3012:25, 3013:3, 3013:22, 3014:1, 3014:2, 3014:3, 3017:1, 3060:8, 3061:16

**done** [9] - 2920:11, 2959:19, 3008:17, 3011:23, 3011:24, 3012:6, 3012:17, 3141:22, 3145:16

**down** [5] - 2954:21, 3012:14, 3015:18, 3127:2, 3127:12

**downsizing** [1] - 3001:2

**Dr** [21] - 2967:9, 3057:10, 3057:12, 3057:23, 3058:10, 3059:2, 3059:16, 3059:24, 3121:4, 3133:24, 3135:20, 3136:7, 3137:4, 3137:11, 3138:16, 3143:13, 3143:18, 3151:9, 3152:24, 3154:4, 3154:9

**DR** [9] - 2919:6,

2919:6, 2919:7, 2919:7, 2919:8, 3056:17, 3056:19, 3143:15, 3151:8

**dramatic** [3] - 2953:25, 3126:22, 3127:7

**dramatically** [1] - 3126:6, 3127:24

**drive** [1] - 3002:10

**drop** [4] - 2975:3, 3013:4, 3013:9

**dropped** [1] - 3013:16

**drug** [6] - 2970:1, 3001:10, 3061:6, 3134:9, 3134:22, 3135:23

**drugs** [2] - 2925:17, 3146:19

**DTX** [12] - 2919:10, 2919:11, 2926:5, 2926:9, 2927:5, 2927:10, 3014:17, 3015:23, 3016:4, 3135:20, 3143:17, 3143:22

**DTX-2044** [6] - 2987:17, 3059:15, 3059:16, 3059:17, 3060:4, 3129:10

**DTX-2179** [4] - 2919:14, 3003:23, 3004:21, 3004:25

**DTX-2195** [4] - 2919:12, 3000:11, 3001:23, 3002:2

**DTX-2197** [4] - 2919:15, 3005:2, 3005:20, 3005:25

**DTX-3603** [4] - 2919:13, 3002:4, 3003:16, 3003:21

**DTX-3702** [1] - 3136:15

**DTX-3704** [4] - 2919:16, 3007:15, 3007:24, 3008:2

**DTX-3706** [2] - 2919:17, 3016:3

**DTX-3707** [1] - 3133:24

**DUANE** [1] - 2918:12

**due** [2] - 3141:11, 3147:17

**DULY** [2] - 2920:24, 3056:17

**duplication** [1] - 2921:25

**during** [17] - 2966:18, 2966:21, 2973:14,

2975:1, 2975:7, 2975:12, 2989:6, 3012:21, 3121:4, 3121:6, 3121:13, 3121:17, 3122:16, 3126:5, 3131:25, 3133:21, 3150:2

**E**

**early** [2] - 2926:3, 2970:5

**earnings** [4] - 2957:22, 3008:19, 3008:24, 3009:1

**easily** [1] - 2955:1

**econometrics** [1] - 3058:17

**economic** [1] - 3059:6

**economics** [3] - 2922:11, 3058:15, 3058:16

**educational** [1] - 2922:9

**effect** [10] - 2953:2, 2953:5, 2953:16, 2954:24, 2955:15, 2956:17, 2963:20, 3062:1, 3062:20, 3062:21

**effectively** [1] - 2957:1

**eight** [3] - 2954:3, 2954:5, 3014:6

**eighties** [1] - 3127:7

**either** [1] - 3131:17

**Eleonore** [1] - 2917:19

**employ** [1] - 2925:7

**employed** [4] - 2966:15, 2968:16, 2968:25, 2969:8

**employee** [6] - 2925:9, 2996:4, 2997:14, 3003:8, 3006:3, 3006:6

**employees** [13] - 2925:8, 2925:11, 2954:1, 2965:24, 2988:8, 2988:16, 2990:4, 2996:16, 2997:8, 2997:20, 3000:5, 3013:23, 3014:6

**employment** [1] - 2997:16

**end** [6] - 2954:13, 2957:11, 3003:1, 3003:8, 3009:13, 3011:11

**ending** [1] - 2971:25

**enforceability** [1] - 3148:5

**enforceable** [7] - 3147:17, 3147:22, 3148:1, 3148:11, 3149:19, 3150:5, 3150:21

**engagement** [2] - 3006:3, 3006:7

**engine** [1] - 2956:13

**ENGLISH** [1] - 2917:11

**entails** [2] - 2988:5, 3004:17

**enter** [2] - 3124:21, 3147:3

**entered** [2] - 2996:23, 3143:1

**entire** [2] - 2963:2, 2970:13

**entities** [2] - 2923:20, 2924:3

**entitled** [6] - 3000:17, 3002:9, 3004:3, 3005:5, 3136:16, 3144:13

**entity** [6] - 2923:19, 2968:6, 2968:9, 3018:10, 3018:18, 3019:8

**entrants** [2] - 3124:19, 3124:21

**entries** [1] - 3013:19

**entry** [19] - 2953:3, 2972:24, 2973:3, 2991:18, 2991:23, 2993:3, 2999:17, 2999:19, 2999:21, 3123:1, 3125:1, 3127:24, 3130:12, 3130:17, 3132:13, 3132:17, 3132:24, 3138:22, 3151:10

**EPS** [2] - 3009:7, 3136:18

**equal** [1] - 3129:16

**equaling** [1] - 3141:5

**equals** [1] - 3015:14

**equate** [1] - 3013:23

**equates** [1] - 3018:6

**equipment** [1] - 2990:15

**equivalent** [1] - 3014:1

**equivalents** [2] - 3008:10, 3008:13

**Ernie** [1] - 3133:6

**erosion** [2] - 2963:22, 2963:24

**Esquire** [12] -

2917:11, 2917:14, 2917:15, 2917:17, 2917:19, 2918:1, 2918:2, 2918:6, 2918:8, 2918:9, 2918:12, 2918:16

**essence** [1] - 2955:11

**essentially** [5] - 2926:23, 3062:11, 3134:11, 3134:16, 3149:16

**establish** [1] - 3135:12

**estimate** [1] - 3126:18

**estimated** [13] - 2974:19, 2992:7, 2993:2, 2993:5, 3002:25, 3003:1, 3004:17, 3122:8, 3122:25, 3123:8, 3128:22, 3128:25, 3139:17

**estimates** [1] - 3124:17

**evaluate** [1] - 3062:15

**evaluated** [1] - 3011:20

**evaluation** [2] - 3011:24, 3012:6

**evening** [1] - 3154:12

**event** [7] - 2997:20, 3010:4, 3010:9, 3012:19, 3061:21, 3062:22, 3153:16

**evidence** [22] - 2921:21, 2921:24, 2926:9, 2927:6, 3000:4, 3001:24, 3002:1, 3003:17, 3003:20, 3004:22, 3004:24, 3005:21, 3005:24, 3007:24, 3008:1, 3015:24, 3016:2, 3016:4, 3059:15, 3136:11, 3136:21, 3143:4

**EVIDENCE** [14] - 2919:10, 2919:11, 2919:12, 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3002:2, 3003:21, 3004:25, 3005:25, 3008:2, 3016:3

**eviscerates** [1] - 3062:11

**ex** [1] - 2990:23

**ex-U.S** [1] - 2990:23

**exact** [1] - 2923:24

**exactly** [3] - 2925:18,

3124:18, 3152:9
**exam** [5] - 2994:25, 3122:16, 3132:1, 3137:12, 3138:19
**EXAMINATION** [14] - 2919:3, 2919:3, 2919:4, 2919:4, 2919:6, 2919:7, 2919:7, 2919:8, 2921:1, 2965:11, 3040:1, 3056:19, 3143:15, 3151:8
**examination** [12] - 2921:13, 2973:14, 2975:7, 2975:12, 3010:13, 3012:21, 3057:3, 3131:12, 3131:19, 3133:2, 3144:2, 3151:17
**example** [13] - 2928:8, 2928:17, 2953:15, 2959:12, 2960:23, 2961:2, 2961:3, 2961:6, 2962:9, 2974:3, 2997:21, 3013:9, 3142:7
**examples** [1] - 2993:24
**exceed** [1] - 2953:12
**except** [2] - 3063:2, 3063:3
**exception** [1] - 3135:1
**excluded** [1] - 3150:1
**excuse** [1] - 2969:15
**excused** [2] - 3040:21, 3153:22
**executed** [1] - 3146:12
**executive** [6] - 2922:15, 2922:23, 2922:24, 2956:2, 2959:3, 3018:9
**EXHIBIT** [14] - 2919:10, 2919:11, 2919:12, 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3002:2, 3003:21, 3004:25, 3005:25, 3008:2, 3016:3
**exhibit** [11] - 2921:17, 2921:18, 2926:4, 2926:5, 2926:8, 3060:1, 3123:11, 3139:16, 3139:21, 3141:4, 3144:4
**Exhibit** [8] - 2921:20, 3016:4, 3139:21, 3139:22, 3139:24, 3140:17, 3142:17, 3142:24

**Exhibits** [1] - 3151:19
**exhibits** [2] - 2921:13, 3151:23
**existence** [1] - 2963:19
**existing** [1] - 2999:8
**exists** [1] - 3013:22
**exit** [1] - 2931:7
**exiting** [1] - 2929:16
**expect** [2] - 2953:5, 2998:23
**expectations** [1] - 3009:9
**expected** [1] - 3002:24
**expects** [1] - 3003:2
**expenditures** [1] - 2987:21
**expense** [1] - 3015:19
**expenses** [5] - 2926:12, 2926:13, 2926:19, 3129:12, 3129:13
**experience** [7] - 2962:16, 2991:20, 2991:25, 3062:4, 3124:10, 3126:10, 3132:21
**experienced** [8] - 2958:9, 2994:3, 2994:12, 2994:16, 2996:4, 2996:6, 2997:22, 3000:10
**experiences** [1] - 3127:8
**experiencing** [4] - 2994:20, 3137:25, 3138:3, 3138:7
**expert** [6] - 2967:9, 3058:15, 3058:24, 3121:4, 3131:2, 3131:6
**expertise** [1] - 2967:16
**expiration** [2] - 2928:18, 3123:8
**explain** [4] - 2928:15, 2955:22, 2962:3, 3062:13
**express** [1] - 3148:4
**expression** [2] - 2923:23, 2995:13
**extent** [3] - 2930:6, 3062:25, 3146:19
**externally** [1] - 2957:17
**extraordinarily** [1] - 2957:20

# F

2953:19
**fine** [1] - 3154:7
**Fine** [1] - 3154:9
**finished** [1] - 3153:5
**first** [22] - 2925:23, 2953:8, 2968:6, 2987:12, 3001:3, 3002:15, 3004:6, 3005:9, 3005:16, 3015:11, 3057:21, 3062:6, 3062:13, 3125:4, 3127:6, 3127:13, 3127:21, 3142:1, 3145:24, 3152:3
**firstly** [2] - 2967:16, 3018:1
**five** [11] - 2954:21, 2996:9, 3125:8, 3125:18, 3126:15, 3126:17, 3137:21, 3137:22, 3142:8, 3146:22
**flip** [1] - 3142:23
**focus** [4] - 2924:16, 2988:24, 2988:25, 3128:22
**focused** [4] - 2923:16, 2924:8, 2924:14, 3003:9
**focusing** [1] - 3127:19
**FOLEY** [1] - 2917:19
**folks** [1] - 3056:1
**follow** [1] - 3144:8
**follow-up** [1] - 3144:8
**followed** [1] - 3001:2
**following** [2] - 3123:1, 3128:8
**FOLLOWS** [2] - 2920:25, 3056:18
**footnote** [2] - 3153:2, 3153:4
**footprint** [1] - 3004:14
**FOR** [5] - 2916:1, 2917:17, 2918:4, 2918:10, 2918:16
**force** [6] - 2963:14, 2989:11, 3016:25, 3017:9, 3040:10, 3150:5
**forecast** [16] - 2960:21, 2971:20, 2971:23, 2972:2, 2972:6, 2973:5, 2973:7, 2973:10, 2973:14, 2973:20, 2974:13, 2974:17, 2975:13, 3010:2, 3010:4, 3010:8
**forecasted** [3] -

**face** [1] - 3123:21
**facility** [8] - 2925:1, 2990:9, 2990:12, 2990:15, 3000:20, 3000:21, 3001:4, 3001:8
**fact** [4] - 3061:5, 3133:20, 3150:15, 3150:17
**factor** [2] - 3062:5, 3151:1
**factual** [1] - 3019:16
**fail** [1] - 2960:7
**failure** [2] - 2961:4, 2961:5
**fair** [3] - 2989:9, 3017:22, 3148:10
**fairly** [3] - 3062:8, 3126:21, 3126:22
**fall** [1] - 3013:2
**familiar** [3] - 3057:23, 3132:20, 3135:24
**family** [1] - 2930:5
**far** [3] - 3009:1, 3009:6, 3148:25
**FDA** [2] - 3144:20, 3145:3
**February** [4] - 3002:8, 3003:13, 3004:16, 3005:5
**Federal** [2] - 3124:14, 3146:25
**feedback** [1] - 3006:2
**few** [4] - 3016:13, 3019:23, 3134:17, 3143:16
**field** [1] - 3058:15
**figure** [4] - 2956:13, 2957:15, 2986:9, 3006:15
**figures** [2] - 3136:21, 3135:6
**file** [1] - 2970:1
**filed** [3] - 3121:6, 3124:16, 3152:4
**fill** [1] - 2999:12
**filled** [1] - 3127:11
**filling** [1] - 2999:8
**finance** [3] - 3018:16, 3019:10, 3019:11
**financial** [11] - 2974:10, 2998:7, 3008:4, 3008:14, 3009:18, 3015:3, 3059:8, 3059:10, 3059:17, 3136:21
**financing** [1] -

2972:15, 3009:2, 3009:8
**forecasting** [1] - 2974:2
**forecasts** [29] - 2970:22, 2971:1, 2971:4, 2971:9, 2971:11, 2971:14, 2971:17, 2972:14, 2973:2, 2973:23, 2974:6, 2974:25, 2975:6, 3129:23, 3130:8, 3130:13, 3130:14, 3130:16, 3130:18, 3131:1, 3131:5, 3131:9, 3131:11, 3131:13, 3131:16, 3131:18, 3131:19, 3131:22
**forget** [2] - 2955:5, 2961:19
**form** [3] - 2925:20, 2928:17, 2965:25
**Form** [1] - 3014:22
**Formaroli** [1] - 2918:25
**forming** [2] - 3121:5, 3121:21
**formulary** [4] - 2962:2, 2962:3, 2962:4, 2962:17
**formulating** [1] - 3056:2
**forth** [3] - 3126:11, 3138:21, 3142:16
**forward** [6] - 3062:15, 3129:24, 3131:9, 3131:17, 3148:18, 3151:12
**foundation** [3] - 2955:18, 2955:19, 3135:3
**four** [6] - 2953:8, 2954:21, 2956:23, 3004:10, 3017:17, 3123:12
**Four** [1] - 2917:12
**Fourth** [1] - 3136:17
**fourth** [1] - 3004:11
**frame** [2] - 3126:8, 3138:4
**frankly** [1] - 2959:18
**front** [5] - 2926:8, 2957:20, 3057:10, 3151:23, 3151:24
**fruit** [1] - 2960:5
**FTC** [3] - 3147:4, 3147:6, 3147:11
**full** [5] - 2921:3, 2928:8, 3002:17,

3056:21, 3141:14
**fully** [1] - 2962:8
**function** [6] - 2926:17, 2955:24
**functions** [1] - 2923:3
**fund** [2] - 2958:10, 2959:5
**fundamentally** [1] - 2924:16
**funding** [1] - 2958:13
**future** [2] - 2970:23, 2972:3

## G

**GAAP** [1] - 3136:18
**Gaithersburg** [1] - 2925:1
**gap** [4] - 3013:22, 3013:25, 3014:5, 3014:6
**Gateway** [1] - 2917:12
**gee** [1] - 3126:6
**general** [4] - 2973:2, 2997:11, 2998:18, 3013:25
**generally** [7] - 2968:2, 3018:2, 3127:19, 3127:21, 3128:18, 3128:20, 3130:12
**generated** [1] - 3144:10
**generic** [85] - 2929:2, 2929:8, 2954:22, 2956:18, 2958:13, 2959:21, 2961:16, 2962:9, 2966:5, 2972:12, 2972:24, 2973:3, 2974:15, 2975:16, 2975:23, 2986:9, 2986:12, 2986:17, 2991:17, 2991:23, 2992:7, 2992:23, 2993:3, 2993:6, 2993:13, 2993:22, 2994:1, 2994:13, 2994:20, 2997:20, 2999:17, 2999:19, 2999:21, 3001:20, 3006:8, 3006:9, 3010:5, 3010:9, 3011:6, 3013:19, 3016:24, 3017:9, 3061:13, 3061:24, 3062:11, 3062:16, 3062:18, 3122:10, 3123:20, 3124:18, 3124:19, 3124:21, 3125:4, 3125:11, 3125:17,

3125:22, 3125:25, 3126:3, 3126:18, 3127:16, 3127:24, 3128:7, 3128:9, 3128:11, 3128:12, 3128:14, 3128:17, 3130:2, 3130:12, 3130:17, 3130:19, 3130:20, 3132:4, 3132:7, 3132:13, 3132:16, 3132:22, 3132:24, 3134:22, 3134:24, 3135:23, 3138:8, 3138:22, 3143:1, 3147:2
**generics** [2] - 2955:17, 2962:18, 2962:23, 2963:22, 2974:8, 2975:11, 2996:23, 3124:8, 3134:9
**Gerry** [1] - 2917:3
**given** [4] - 2925:21, 2962:14, 3128:6, 3149:5
**global** [15] - 2922:25, 2956:2, 2956:3, 2970:13, 2970:16, 2986:19, 2986:23, 2996:3, 2999:20, 3000:8, 3004:17, 3005:6, 3134:13, 3134:14
**goods** [3] - 3129:4, 3129:7, 3129:14
**Gracey** [9] - 2918:16, 2930:11, 2930:17, 3143:14, 3143:18, 3149:1, 3149:3, 3149:22, 3150:7
**GRACEY** [20] - 2919:4, 2919:7, 2930:12, 2930:14, 2930:20, 3040:16, 3058:20, 3143:15, 3145:23, 3147:14, 3147:15, 3148:7, 3149:4, 3149:8, 3149:10, 3149:25, 3150:9, 3150:10, 3151:3, 3153:21
**gradual** [1] - 3126:19
**graduate** [1] - 2922:12
**great** [3] - 2957:24, 2958:22, 3057:12
**greater** [4] - 3017:17, 3142:8, 3142:9
**ground** [1] - 2926:12
**group** [5] - 2924:7, 3015:3, 3018:15,

3019:10, 3019:11
**grouping** [1] - 3144:14
**grow** [1] - 2953:21
**Growth** [1] - 3004:4
**growth** [3] - 2953:9, 2954:11, 3004:8
**guard** [1] - 2960:16
**guess** [2] - 3128:8, 3150:6
**guidance** [1] - 3009:4

## H

**H-U-D-S-O-N** [1] - 2921:4
**hand** [6] - 2921:14, 3014:25, 3056:16, 3126:1, 3141:4
**handed** [4] - 2965:13, 3005:3, 3009:14, 3152:24
**hands** [1] - 3127:13
**handy** [1] - 3133:6
**hard** [2] - 2968:3, 2989:1
**harm** [24] - 2966:24, 2967:3, 2967:10, 2967:15, 2967:22, 2991:16, 2991:19, 2991:22, 2991:24, 3011:20, 3011:25, 3012:7, 3012:18, 3012:22, 3013:4, 3013:12, 3058:12, 3059:4, 3060:14, 3121:5, 3121:17, 3121:22, 3121:24, 3124:7
**harms** [4] - 2966:4, 3011:16, 3059:8, 3121:10
**harsh** [1] - 2959:16
**HAVING** [2] - 2920:24, 3056:17
**HB1C** [1] - 2924:13
**head** [7] - 2924:19, 2998:2, 2998:11, 3004:13, 3004:18, 3014:3, 3014:4
**headed** [1] - 2927:11
**heading** [3] - 3008:5, 3061:7, 3134:8
**headings** [1] - 2927:13
**headquarters** [2] - 2924:18, 2924:21
**healthcare** [1] - 2988:6

**hear** [2] - 3017:2, 3131:4
**heard** [6] - 3016:23, 3121:19, 3146:6, 3149:17, 3150:6, 3151:15
**hearsay** [2] - 3134:25, 3137:7
**heart** [1] - 2924:12
**Heinz** [1] - 2918:2
**held** [2] - 2922:20, 2923:25
**help** [3] - 3057:16, 3152:18, 3152:25
**helpful** [1] - 3137:17
**hi** [1] - 3143:20
**high** [1] - 2955:8
**higher** [2] - 3009:2, 3009:7
**highest** [1] - 3126:9
**highly** [1] - 2999:17
**HILL** [1] - 2918:5
**historical** [3] - 3125:21, 3126:10, 3127:8
**historically** [1] - 3006:12
**history** [2] - 2925:22, 3060:19
**hit** [2] - 3126:3, 3126:12
**hold** [1] - 3015:5
**home** [3] - 3152:25, 3153:24, 3154:10
**Honor** [62] - 2920:7, 2920:13, 2920:21, 2921:12, 2926:9, 2929:10, 2929:18, 2930:2, 2930:10, 2930:12, 2930:14, 2930:15, 2930:16, 2930:24, 2931:1, 2931:4, 2931:9, 2955:18, 2963:4, 2963:8, 2964:22, 2965:5, 2965:9, 2975:25, 2976:13, 2992:4, 3001:23, 3003:16, 3004:21, 3005:20, 3007:23, 3011:9, 3015:23, 3016:5, 3016:13, 3016:17, 3019:23, 3040:15, 3040:20, 3040:25, 3056:6, 3056:7, 3056:12, 3057:3, 3058:14, 3058:22, 3133:16, 3135:6, 3135:17, 3136:19,

3136:20, 3138:13, 3143:11, 3147:12, 3148:23, 3151:5, 3152:21, 3153:20, 3153:21, 3153:23, 3154:3
**HONORABLE** [1] - 2917:8
**hope** [1] - 2957:12
**horizontally** [1] - 2928:5
**hospital** [1] - 3147:1
**hospitals** [1] - 3146:18
**hour** [1] - 3041:2
**housing** [2] - 2995:12, 2995:14
**Hubbard** [1] - 2918:2
**Hudson** [23] - 2920:22, 2921:4, 2921:13, 2922:4, 2953:2, 2963:11, 2964:20, 2965:6, 2965:12, 2965:15, 2968:6, 2971:8, 2974:6, 2975:16, 2976:12, 2986:5, 3003:23, 3016:19, 3040:2, 3040:17, 3059:21, 3121:17, 3121:22
**HUDSON** [9] - 2919:2, 2919:3, 2919:3, 2919:4, 2919:4, 2920:24, 2921:1, 2965:11, 3040:1
**huge** [1] - 2955:13
**hundred** [8] - 2954:3, 2954:5, 2957:5, 2989:17, 2989:24, 3007:8, 3014:6, 3017:17
**hypothetical** [1] - 3150:11
**hypothetically** [1] - 3150:12

## I

**idea** [3] - 3146:10, 3150:22, 3150:23
**identical** [1] - 2921:19
**identified** [3] - 3000:4, 3059:8, 3122:2
**identify** [4] - 2994:15, 2994:19, 3133:3, 3152:4
**identifying** [1] - 3124:7

**ignore** [1] - 3134:17
**Ill** [2] - 2960:5, 2960:7
**IL** [1] - 2918:3
**Illinois** [1] - 2918:15
**immediate** [1] - 3126:24
**immediately** [2] - 3013:14, 3127:1
**immunotherapies** [1] - 2956:7
**impact** [14] - 2953:23, 2954:1, 2973:3, 2974:19, 2974:22, 2998:22, 3006:7, 3006:8, 3008:18, 3008:22, 3013:4, 3061:12, 3150:17, 3150:23
**impacts** [1] - 3059:6
**implementation** [1] - 3003:7
**implemented** [1] - 2996:12
**implications** [2] - 2998:5, 2998:7
**importance** [1] - 2970:13
**important** [3] - 2924:6, 2953:17, 2957:13
**impossible** [1] - 2960:3
**improve** [1] - 3002:19
**IN** [14] - 2919:10, 2919:11, 2919:12, 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3002:2, 3003:21, 3004:25, 3005:25, 3008:2, 3006:3
**Inc** [4] - 3133:10, 3133:19, 3134:3
**INC** [6] - 2916:12, 2916:17, 2916:21, 2918:4, 2918:11, 2918:17
**include** [12] - 2970:22, 2991:19, 2991:25, 3001:1, 3010:19, 3010:20, 3130:2, 3131:1, 3131:5, 3146:18, 3151:22, 3151:25
**included** [9] - 2928:9, 2972:10, 2974:14, 2975:1, 2975:6, 2996:13, 3122:18, 3131:8, 3151:16
**includes** [2] - 2986:9,

3123:4
**including** [9] - 2967:6, 2974:18, 3001:4, 3001:10, 3040:5, 3058:15, 3132:9, 3133:2, 3133:18
**income** [4] - 2959:11, 2997:21, 3018:14, 3019:20
**inconsistency** [1] - 3019:17
**increases** [2] - 3136:17, 3136:18
**incredibly** [1] - 2957:18
**incremental** [4] - 2999:9, 3129:1, 3129:16, 3129:17
**incur** [3] - 2966:5, 3009:18, 3122:9
**incurred** [2] - 2926:19, 3135:11
**indeed** [1] - 2928:14
**indicated** [3] - 3127:2, 3128:8, 3129:1
**individual** [6] - 2927:22, 2957:4, 2988:25, 2989:1, 2996:24, 3007:9
**individuals** [4] - 2996:17, 2999:4, 2999:11, 3017:22
**industry** [4] - 2959:3, 2967:17, 3058:16, 3062:10
**infection** [1] - 2925:3
**inform** [1] - 2920:11
**information** [29] - 2926:15, 2926:16, 2926:24, 2927:1, 2927:5, 2930:5, 2930:7, 2930:23, 2931:6, 2974:17, 2989:25, 2991:3, 2992:5, 3007:9, 3014:22, 3016:6, 3059:10, 3059:11, 3059:18, 3121:25, 3125:24, 3135:16, 3151:21, 3151:22, 3151:25, 3152:10, 3153:7, 3153:11, 3153:16
**infrastructure** [1] - 2955:23
**infringed** [3] - 3123:15, 3123:22, 3124:5
**ingredient** [2] - 3001:13, 3001:16

**inhalation** [3] - 2965:16, 3060:16, 3130:6
**Inhouse** [1] - 2917:17
**initiative** [1] - 3002:9
**initiatives** [1] - 3002:18
**injectable** [1] - 3001:9
**injunction** [7] - 3123:16, 3124:8, 3135:9, 3139:3, 3149:13, 3149:15
**injunctions** [1] - 3059:7
**injunctive** [2] - 2966:2, 2967:7
**injury** [1] - 3013:10
**innovation** [2] - 2954:13, 3002:10
**innovational** [1] - 2956:11
**inside** [2] - 3144:23, 3145:1
**insight** [2] - 2926:16, 2927:2
**instances** [1] - 3132:25
**instead** [2] - 2921:19, 3142:12
**intellectual** [1] - 2923:25
**intends** [2] - 2966:18, 2966:21
**intention** [1] - 3017:6
**internal** [2] - 3006:2, 3131:13
**introduce** [2] - 2925:23, 3123:20
**introducing** [1] - 3123:17
**introduction** [1] - 3062:11
**inure** [1] - 3059:9
**invalid** [2] - 3123:22, 3150:21
**invalidated** [1] - 3147:18
**inventory** [1] - 2995:16
**invest** [5] - 2957:9, 2958:5, 2959:18, 3013:17, 3017:16
**invested** [2] - 2926:13, 2969:21
**investing** [1] - 2953:9
**investment** [15] - 2956:13, 2956:21, 2957:11, 2957:14, 2958:1, 2958:21, 2960:2, 2960:4,

2960:11, 2987:3, 2987:7, 2987:11, 2988:2, 3012:4, 3017:18
**investments** [3] - 2956:4, 2956:6, 2957:24
**invoice** [1] - 2926:19
**involved** [7] - 2969:25, 2988:9, 2989:14, 2990:4, 3145:24, 3146:15, 3147:2
**involvement** [1] - 2970:3
**Ira** [1] - 2929:23
**irrelevant** [1] - 3148:24
**irreparable** [15] - 2991:16, 2991:22, 3011:16, 3011:20, 3011:25, 3012:7, 3012:21, 3013:3, 3013:10, 3013:12, 3058:12, 3059:4, 3060:13, 3121:5, 3121:10
**IS** [1] - 2916:15
**issue** [7] - 2958:6, 2959:25, 3016:15, 3059:3, 3134:16, 3136:10, 3136:14
**issued** [3] - 3059:7, 3123:16, 3124:14
**issues** [18] - 2929:11, 2966:25, 2967:3, 2967:10, 2993:15, 2993:21, 2993:25, 2994:3, 2994:8, 2994:12, 2994:16, 2994:20, 2995:6, 2995:22, 2995:25, 3056:9, 3121:17, 3121:22
**item** [4] - 2987:22, 3008:10, 3015:11, 3015:18
**itself** [4] - 2954:20, 3127:11, 3147:23, 3150:8

**J**

**January** [8] - 2922:21, 2923:13, 2969:6, 2969:9, 2969:15, 2969:18, 3126:7, 3134:5
**Japan** [4] - 2923:13, 2969:5, 2969:8, 2970:12

**JERSEY** [1] - 2916:1
**Jersey** [5] - 2917:4, 2917:13, 2917:20, 2918:7, 2918:13
**job** [9] - 2927:2, 2955:23, 2956:14, 2971:7, 2974:5, 2996:13, 3005:7, 3005:10, 3018:6
**jobs** [2] - 3005:13, 3005:18
**John** [1] - 2917:3
**JOHNSON** [2] - 2918:8, 2918:14
**joined** [3] - 2923:6, 2923:9, 2968:6
**JUDGE** [1] - 2917:8
**judgment** [1] - 3137:1
**July** [1] - 3152:4
**jump** [1] - 3127:1
**jumps** [1] - 3126:6
**June** [2] - 2923:6, 2923:9

**K**

**keep** [3] - 2921:8, 3057:2, 3123:16
**kept** [1] - 3040:23
**key** [1] - 2924:24
**kind** [1] - 2961:15
**King** [1] - 2924:19
**Kingdom** [2] - 2923:23, 2968:10
**KK** [1] - 2969:5
**knowledge** [5] - 2955:6, 2966:16, 2970:8, 2993:20, 2996:16
**known** [2] - 2962:12, 3146:10
**knows** [1] - 2920:15

**L**

**labeled** [1] - 3014:25
**LABORATORIES** [2] - 2916:21, 2918:4
**Laboratories** [2] - 3133:10, 3133:18
**lack** [1] - 3136:25
**lag** [1] - 3126:19
**laid** [3] - 2999:13, 3000:5, 3135:4
**large** [6] - 2923:16, 2925:1, 2925:2, 2957:14, 3128:6, 3128:10

**larger** [1] - 3014:16
**largest** [4] - 3134:9, 3134:22, 3134:23, 3135:23
**LaSalle** [1] - 2918:15
**last** [22] - 2927:15, 2927:17, 2928:8, 2956:20, 2964:23, 2965:3, 2971:17, 2974:13, 2989:20, 2989:25, 2996:9, 3000:10, 3001:1, 3003:6, 3005:11, 3005:15, 3005:16, 3058:7, 3061:5, 3121:20, 3144:14, 3146:22
**late** [4] - 2925:25, 2959:4, 2961:4
**latest** [2] - 2971:23, 2972:14
**Laughter** [1] - 2930:18
**launch** [45] - 2954:23, 2955:17, 2956:18, 2958:13, 2959:21, 2960:18, 2961:16, 2962:18, 2963:21, 2973:24, 2974:7, 2974:14, 2974:19, 2975:1, 2975:6, 2975:11, 2975:13, 2992:8, 2992:23, 2993:6, 2997:20, 3001:20, 3007:2, 3010:5, 3010:9, 3016:24, 3017:9, 3060:15, 3062:16, 3122:10, 3125:4, 3126:18, 3126:25, 3127:1, 3127:10, 3127:16, 3128:17, 3130:20, 3132:7, 3132:22, 3139:5, 3140:12, 3144:19, 3144:24, 3145:5
**launched** [6] - 2966:5, 2975:23, 3126:16, 3126:23, 3128:1, 3128:14
**launches** [4] - 2974:1, 3017:19, 3062:1, 3062:20
**launching** [1] - 2953:8
**lawyer** [1] - 2929:19
**lay** [6] - 2955:19, 2996:22, 2997:9, 2997:19, 2999:4, 2999:6
**layoff** [2] - 2997:16, 3000:25

**Layoff** [1] - 3000:17
**layoffs** [11] - 2954:17, 2954:25, 2996:4, 2996:6, 2996:9, 3000:9, 3001:2, 3001:4, 3001:20, 3003:13, 3005:11
**lead** [1] - 3003:7
**leader** [1] - 2959:2
**Leadership** [1] - 3004:4
**leadership** [1] - 3004:8
**learn** [1] - 2991:3
**least** [2] - 2974:19, 3134:21
**leave** [2] - 2954:1, 2998:16
**leaving** [1] - 3128:20
**led** [1] - 3001:3
**left** [2] - 3056:16, 3141:4
**left-hand** [1] - 3141:4
**legal** [4] - 2954:9, 3018:10, 3018:18, 3019:7
**less** [4] - 3013:17, 3014:6, 3129:15, 3135:25
**letter** [5] - 2956:21, 2987:3, 2987:7, 2987:11, 2987:12
**LEVY** [4] - 2929:18, 2929:23, 2930:16, 2931:1
**Levy** [7] - 2929:23, 2929:24, 2930:16, 2930:22, 2931:7, 3063:2, 3063:3
**license** [17] - 2975:20, 2976:1, 3061:13, 3125:9, 3125:18, 3128:2, 3128:3, 3145:13, 3146:6, 3146:8, 3146:10, 3146:13, 3146:16, 3147:3, 3147:10, 3147:16
**licensed** [3] - 2929:2, 2929:8, 3127:1
**life** [2] - 2953:7, 2956:10
**likely** [5] - 2962:22, 2975:3, 3059:5, 3060:14, 3127:4
**limited** [5] - 2923:22, 2924:1, 2924:2, 3125:23, 3127:10
**LIMITED** [2] - 2916:7,

2918:4
**Linda** [2] - 2966:9, 3121:11
**line** [15] - 2927:15, 2927:17, 2927:22, 2927:25, 2928:5, 2957:18, 2987:22, 2996:18, 2996:19, 3008:10, 3009:9, 3015:11, 3015:14, 3015:18
**lines** [2] - 2928:4, 3019:4
**lipid** [1] - 2924:11
**list** [1] - 2962:22
**literally** [1] - 3141:9
**literature** [8] - 3132:9, 3132:10, 3132:12, 3132:15, 3132:23, 3133:1, 3133:3, 3133:7
**litigation** [19] - 2959:23, 2965:22, 2966:1, 2966:25, 2967:3, 2967:6, 2967:10, 2967:14, 2967:21, 2973:21, 2974:20, 3016:20, 3121:6, 3121:18, 3121:21, 3122:11, 3131:3, 3131:6, 3133:11
**Livingston** [1] - 2917:20
**LLC** [2] - 2918:8, 2918:14
**LLP** [5] - 2917:11, 2917:14, 2918:1, 2918:5, 2918:12
**loans** [1] - 3007:11
**local** [1] - 3018:15
**located** [3] - 2924:18, 2924:22, 2968:9
**London** [3] - 2924:20, 2956:3, 3040:19
**look** [37] - 2928:8, 2928:23, 2960:17, 2973:7, 2974:25, 2987:17, 3002:15, 3005:15, 3008:5, 3009:16, 3013:24, 3014:12, 3014:17, 3014:24, 3015:11, 3015:18, 3018:22, 3018:25, 3019:4, 3057:23, 3122:24, 3125:20, 3125:24, 3127:15, 3131:11, 3131:18, 3137:14, 3138:18, 3139:4,

3139:8, 3140:10, 3140:11, 3140:20, 3141:10, 3143:6, 3152:18, 3153:3
**looked** [4] - 3002:23, 3004:10, 3011:4, 3139:12
**looking** [14] - 2956:4, 3003:6, 3008:12, 3009:25, 3015:7, 3060:13, 3060:23, 3126:10, 3134:7, 3137:24, 3139:24, 3141:3, 3152:11, 3153:5
**lose** [7] - 2953:15, 2955:8, 2958:18, 2958:23, 3124:17, 3124:22, 3124:25
**loss** [36] - 2991:19, 2991:25, 2992:22, 2997:22, 2998:14, 3008:18, 3008:22, 3009:18, 3010:2, 3010:4, 3010:8, 3010:11, 3010:24, 3011:17, 3011:21, 3011:25, 3012:8, 3012:10, 3012:11, 3012:13, 3012:16, 3012:20, 3012:22, 3013:11, 3013:18, 3017:8, 3122:9, 3122:13, 3122:15, 3124:17, 3125:3, 3125:7, 3125:16, 3126:18, 3139:17
**losses** [5] - 2993:3, 3018:6, 3123:8, 3128:22, 3135:8
**lost** [16] - 2958:6, 2958:16, 2958:24, 2959:20, 2960:2, 2960:8, 2960:11, 3000:5, 3017:3, 3122:13, 3122:25, 3128:22, 3128:25, 3129:3
**low** [3] - 2962:23, 2972:21, 2975:9
**lower** [2] - 2987:24, 3127:4
**lowering** [2] - 2924:11, 2924:13
**LP** [7] - 2916:3, 2916:9, 2916:14, 2916:19, 2917:17, 2923:20, 2923:25
**lunch** [1] - 3041:1
**luncheon** [1] - 3041:4

**lung** [4] - 2924:14, 2953:22, 2956:6, 2959:9

## M

**macro** [1] - 3018:2
**magnitude** [1] - 2925:16
**main** [1] - 2922:24
**maintain** [1] - 2962:21
**maintained** [2] - 3128:18, 3130:18
**maintaining** [2] - 2955:23, 3017:18
**majority** [1] - 2988:2
**managed** [1] - 2962:6
**management** [1] - 2923:1
**Manchester** [1] - 2922:11
**manifested** [1] - 3127:11
**manpower** [3] - 2953:16, 2997:11, 3013:25
**manufacture** [6] - 2960:21, 2960:24, 2970:4, 2990:4, 2993:21, 2994:8
**manufactured** [4] - 2990:8, 2991:1, 2991:7, 2991:11
**manufacturer** [3] - 3134:10, 3134:22, 3134:24
**manufacturers** [1] - 3135:23
**manufactures** [3] - 2990:11, 2990:18, 3000:22
**manufacturing** [12] - 2925:5, 2961:22, 2969:22, 2989:15, 2989:23, 2990:23, 2993:25, 2994:12, 2994:16, 2994:19, 2996:16, 2996:18
**March** [4] - 3004:2, 3004:15, 3126:3, 3126:12
**MARIE** [1] - 2917:8
**Marion** [1] - 2966:13
**marked** [2] - 2926:5, 2926:8
**market** [34] - 2953:4, 2954:24, 2957:25, 2960:13, 2961:6, 2961:14, 2961:21,

2969:18, 2970:5, 2975:17, 2975:19, 2993:25, 2999:18, 2999:22, 3001:21, 3006:10, 3007:3, 3010:5, 3010:9, 3018:20, 3019:9, 3124:18, 3124:21, 3124:23, 3124:25, 3126:20, 3126:23, 3127:16, 3127:22, 3127:23, 3128:7, 3137:21, 3143:1
**marketed** [1] - 2987:13
**marketing** [6] - 2922:13, 2923:2, 3125:8, 3125:10, 3125:11, 3125:22
**marketplace** [3] - 3009:25, 3123:17, 3124:9
**markets** [3] - 3134:13, 3134:14, 3134:15
**Maryland** [1] - 2925:2
**Massachusetts** [3] - 2925:4, 2990:8, 2990:15
**material** [1] - 2962:1
**math** [4] - 2986:18, 2999:7, 3141:9, 3142:2
**mathematical** [1] - 3141:22
**mathematician** [1] - 2958:22
**mathematics** [2] - 3142:4, 3142:21
**matter** [9] - 2973:2, 2976:10, 3009:11, 3019:2, 3060:2, 3061:18, 3062:12, 3148:9, 3148:11
**matters** [1] - 3058:12
**MAZZOCHI** [1] - 2918:1
**MCCARTER** [1] - 2917:11
**McCourt** [5] - 2966:13, 2966:21, 2967:2, 2967:14, 2967:21
**mean** [8] - 2957:21, 2959:18, 2993:17, 3018:21, 3062:16, 3125:10, 3130:5, 3141:9
**meaning** [1] - 2923:24
**means** [4] - 2958:4, 2965:16, 3124:2, 3124:20

**meant** [1] - 3145:19
**measured** [1] - 2974:22
**Medicaid** [9] - 2962:25, 2963:1, 3010:12, 3010:15, 3010:18, 3010:21, 3010:24, 3011:3, 3011:6
**medical** [1] - 2923:3
**medication** [2] - 2925:21, 2995:9
**medications** [1] - 2925:12
**medicine** [7] - 2953:9, 2960:15, 2962:9, 2962:10, 2962:14, 2998:21
**medicines** [11] - 2925:14, 2926:20, 2953:6, 2953:20, 2954:11, 2956:6, 2956:10, 2957:7, 2960:18, 2960:19, 2962:22
**meet** [1] - 2920:20
**memory** [4] - 3152:8, 3152:10, 3153:6, 3153:9
**mention** [1] - 3001:19
**mentioned** [11] - 2953:22, 2962:19, 2987:16, 3000:1, 3006:18, 3017:17, 3018:6, 3061:20, 3137:11, 3137:15, 3138:3
**merit** [1] - 3056:3
**merits** [1] - 3055:25
**met** [1] - 3143:18
**Metropolitan** [1] - 2922:12
**mg** [9] - 3125:25, 3137:15, 3137:20, 3143:1, 3143:5, 3144:19, 3144:24, 3145:3, 3145:5
**microphone** [1] - 2921:8
**mid** [4] - 2925:25, 2974:10, 3009:1, 3009:7
**middle** [1] - 3009:6
**might** [4] - 2962:9, 2962:10, 3135:11, 3152:14
**mild** [1] - 2924:9
**milligram** [2] - 3137:11, 3137:23
**million** [50] - 2925:19,

2927:22, 2928:25, 2956:25, 2957:5, 2958:20, 2959:13, 2960:4, 2961:8, 2961:9, 2972:7, 2972:10, 2972:17, 2992:9, 3000:6, 3008:14, 3008:18, 3008:23, 3011:18, 3011:22, 3011:25, 3012:2, 3012:9, 3012:13, 3012:14, 3012:17, 3012:23, 3012:25, 3013:3, 3013:8, 3013:9, 3013:22, 3014:1, 3014:4, 3014:5, 3015:15, 3017:1, 3017:11, 3061:8, 3061:10, 3123:2, 3129:12, 3129:20, 3139:6, 3139:11, 3140:3, 3140:14, 3140:23
**millions** [3] - 2927:12, 2928:2, 2928:10
**mind** [1] - 2929:16
**mine** [1] - 3018:8
**minus** [4] - 3129:16, 3140:25, 3141:5, 3141:7
**minute** [1] - 3142:6
**misstates** [1] - 2992:14
**Mitchell** [1] - 2917:3
**mix** [1] - 3005:12
**model** [5] - 2956:11, 2960:7, 3003:7, 3138:21, 3139:2
**models** [1] - 3139:1
**moderate** [1] - 2924:9
**modest** [1] - 2961:20
**molecule** [1] - 2925:2
**molecules** [1] - 2923:17
**MOLINO** [1] - 2918:1
**moment** [5] - 2929:17, 2963:4, 3016:7, 3057:6, 3138:13
**Monday** [1] - 2989:21, 3146:5
**monetary** [3] - 3122:9, 3122:13, 3135:8
**money** [3] - 2953:14, 2959:23, 2969:21
**monthly** [1] - 2959:4
**months** [6] - 3007:17, 3124:15, 3126:13, 3126:15, 3126:17, 3127:12

**morale** [2] - 3006:3, 3006:7
**morning** [14] - 2920:3, 2920:13, 2920:15, 2920:19, 2921:5, 2921:6, 2922:4, 2922:5, 2965:5, 2965:8, 2976:3, 3121:19, 3146:5
**MORRIS** [1] - 2918:12
**most** [5] - 2924:5, 2925:2, 2959:1, 2962:22, 2975:3
**move** [8] - 3001:23, 3003:16, 3004:21, 3005:20, 3007:23, 3015:23, 3135:6, 3144:15
**MR** [106] - 2919:3, 2919:3, 2919:4, 2919:4, 2919:6, 2919:7, 2919:8, 2920:7, 2920:13, 2920:19, 2920:21, 2921:1, 2921:12, 2921:23, 2922:3, 2929:10, 2929:18, 2929:23, 2930:1, 2930:2, 2930:4, 2930:12, 2930:14, 2930:15, 2930:16, 2930:20, 2931:1, 2931:4, 2931:8, 2953:1, 2955:20, 2955:21, 2963:4, 2963:7, 2963:10, 2963:24, 2964:20, 2964:24, 2965:1, 2965:11, 2967:23, 2992:12, 2992:14, 2992:17, 2992:20, 3001:25, 3003:19, 3004:23, 3005:23, 3007:25, 3016:1, 3019:16, 3040:1, 3040:12, 3040:16, 3040:25, 3056:6, 3056:7, 3056:12, 3056:19, 3057:3, 3057:6, 3057:9, 3058:14, 3058:20, 3058:21, 3058:22, 3058:25, 3059:1, 3062:24, 3063:3, 3134:25, 3135:3, 3136:19, 3137:3, 3143:15, 3145:23, 3147:12, 3147:14, 3147:15, 3147:19, 3147:21, 3148:7,

3148:23, 3149:4, 3149:8, 3149:10, 3149:21, 3149:25, 3150:3, 3150:9, 3150:10, 3151:3, 3151:5, 3151:7, 3151:8, 3152:21, 3152:23, 3153:18, 3153:21, 3154:7
**MS** [55] - 2919:3, 2919:7, 2930:10, 2930:24, 2955:18, 2965:5, 2965:9, 2965:11, 2968:1, 2973:19, 2975:25, 2976:13, 2986:4, 2992:4, 2992:6, 2992:21, 3000:3, 3001:23, 3002:3, 3003:16, 3003:22, 3004:21, 3005:1, 3005:20, 3006:1, 3007:23, 3008:3, 3011:9, 3011:13, 3011:15, 3013:21, 3015:23, 3016:5, 3016:9, 3016:13, 3016:17, 3016:18, 3019:19, 3019:23, 3040:15, 3133:16, 3133:23, 3135:6, 3135:15, 3135:19, 3136:6, 3136:20, 3137:10, 3138:13, 3138:15, 3142:15, 3143:11, 3143:13, 3153:20, 3154:3
**Mulberry** [1] - 2917:12
**multibillion** [1] - 2960:6
**multimillion** [1] - 2960:6
**multiple** [2] - 2954:11, 2992:7

## N

**name** [6] - 2921:9, 2929:22, 3056:21, 3136:5, 3143:18, 3152:16
**nature** [5] - 2955:7, 3059:8, 3062:10, 3124:12, 3132:21
**nearly** [3] - 3123:1, 3125:8, 3125:18
**nebulized** [3] - 2953:3, 2956:18, 2960:14
**need** [11] - 2920:8,

2921:9, 2958:22, 2996:22, 2997:8, 2997:19, 2999:4, 3016:14, 3017:24, 3057:1, 3135:14
**needed** [3] - 3062:15, 3062:16, 3148:16
**needs** [1] - 2920:5
**negative** [2] - 2928:19, 2954:12
**negotiate** [1] - 3146:16
**negotiated** [1] - 3146:11
**Nelson** [2] - 3154:4, 3154:9
**Net** [1] - 3136:16
**net** [15] - 2927:20, 2927:25, 2928:2, 2928:9, 2928:14, 2928:24, 2986:7, 2986:14, 2986:20, 2986:23, 3010:18, 3010:20, 3060:8, 3061:16, 3129:11
**neuroscience** [1] - 3003:9
**never** [3] - 2967:5, 3121:16, 3121:22
**NEW** [1] - 2916:1
**new** [7] - 2970:1, 2975:9, 3002:9, 3002:18, 3002:24, 3003:7, 3005:7
**New** [5] - 2917:4, 2917:13, 2917:20, 2918:7, 2918:13
**Newark** [2] - 2917:13, 2918:13
**next** [10] - 2929:10, 2959:11, 3003:6, 3005:15, 3041:8, 3061:21, 3062:19, 3123:11, 3134:12, 3139:18
**nice** [2] - 2920:3, 3056:24
**Nice** [1] - 2920:20
**nine** [3] - 3007:17, 3133:20, 3151:19
**nineties** [1] - 2925:25
**non** [5] - 2990:25, 2991:6, 2991:10, 3059:8, 3136:18
**non-GAAP** [1] - 3136:18
**non-U.S** [3] - 2990:25, 2991:6, 2991:10
**normal** [3] - 2928:20, 3007:20, 3013:18

**normally** [1] - 2960:19
**North** [4] - 2922:15, 2924:21, 2953:25, 2969:14
**notations** [1] - 3060:24
**notebooks** [1] - 2921:12
**noted** [1] - 3001:20
**notes** [3] - 3141:10, 3142:25
**nothing** [3] - 3040:15, 3153:20, 3153:21
**notice** [1] - 3144:20
**November** [8] - 2917:4, 2989:21, 2991:4, 3007:18, 3009:10, 3019:2, 3126:16, 3127:3
**Number** [1] - 2928:1
**number** [35] - 2921:18, 2925:4, 2925:16, 2928:6, 2928:19, 2954:1, 2954:7, 2954:19, 2957:2, 2957:3, 2958:23, 2958:24, 2960:9, 2975:10, 2987:21, 2987:24, 2988:8, 2989:18, 2998:16, 3001:9, 3015:21, 3040:2, 3061:9, 3123:4, 3126:9, 3133:20, 3139:18, 3140:4, 3140:7, 3140:14, 3140:17, 3140:23, 3141:23, 3142:17, 3144:4
**number's** [1] - 3127:6
**numbered** [1] - 3140:22
**numbering** [1] - 2929:18
**numbers** [15] - 2927:9, 2927:17, 2927:21, 2972:22, 3003:8, 3010:18, 3010:20, 3014:25, 3060:5, 3061:1, 3061:17, 3138:17, 3139:20, 3141:19, 3142:16
**NW** [1] - 2917:15

### O

**objection** [31] - 2929:24, 2930:1,

2930:2, 2930:21, 2931:3, 2931:4, 2955:18, 2967:23, 2992:12, 3001:25, 3003:18, 3003:19, 3004:23, 3005:22, 3005:23, 3007:25, 3015:25, 3016:1, 3019:16, 3058:19, 3058:20, 3058:21, 3058:22, 3134:25, 3136:19, 3137:6, 3137:7, 3147:12, 3147:19, 3148:23, 3149:21
**objections** [1] - 3137:8
**observed** [2] - 3062:7, 3062:8
**obviously** [1] - 3126:6
**occur** [3] - 3125:3, 3125:7, 3125:16
**occurred** [6] - 2993:15, 2995:22, 2996:9, 3061:21, 3132:7, 3138:4
**occurs** [1] - 2972:24
**OF** [15] - 2916:1, 2919:3, 2919:3, 2919:4, 2919:4, 2919:6, 2919:7, 2919:7, 2919:8, 2921:1, 2965:11, 3040:1, 3056:19, 3143:15, 3151:8
**offer** [1] - 3058:14
**office** [1] - 2924:19
**offices** [1] - 2996:6
**official** [1] - 3124:15
**offs** [1] - 2959:8
**Ofosu** [1] - 2917:19
**Ofosu-Antwi** [1] - 2917:19
**old** [2] - 3132:19, 3133:6
**once** [3] - 2953:11, 2961:21, 3153:4
**oncology** [2] - 2924:14, 2957:7
**one** [58] - 2921:17, 2957:3, 2959:1, 2960:12, 2960:17, 2962:7, 2964:22, 2966:8, 2987:14, 2987:16, 2988:18, 2994:15, 3004:6, 3013:4, 3058:3, 3060:1, 3121:12, 3122:3, 3122:5, 3122:10, 3122:18,

3123:23, 3124:6, 3124:13, 3127:2, 3129:3, 3130:10, 3130:23, 3131:24, 3133:7, 3135:22, 3136:10, 3137:1, 3137:11, 3137:15, 3137:20, 3137:23, 3138:13, 3138:25, 3140:12, 3142:11, 3142:25, 3143:1, 3143:5, 3144:19, 3144:24, 3145:3, 3145:5, 3148:16, 3150:3, 3151:2, 3151:11, 3151:14, 3151:25, 3152:15
**One** [1] - 2917:3
**ones** [1] - 2924:16
**ONGE** [1] - 2918:8
**ongoing** [1] - 3000:2
**open** [3] - 2963:13, 2976:8, 3041:5
**operating** [1] - 3040:10
**operation** [1] - 3141:22
**operations** [3] - 2989:19, 3002:20, 3136:3
**opined** [2] - 3121:9, 3137:4
**opinion** [8] - 2991:18, 2991:24, 3124:25, 3125:3, 3125:7, 3125:16, 3148:1, 3148:4
**opinions** [6] - 2967:15, 2967:22, 3121:5, 3121:21, 3150:17, 3150:23
**opportunity** [1] - 2958:19
**opposed** [1] - 3014:5
**opposite** [1] - 3141:12
**order** [18] - 2929:15, 2929:20, 2931:11, 2931:14, 2952:25, 2963:25, 2964:19, 2976:16, 2986:3, 3020:1, 3039:25, 3041:11, 3041:12, 3055:24, 3063:6, 3121:3, 3133:21, 3151:11
**ordered** [1] - 3149:23
**ordinary** [2] - 2971:5, 3002:12
**organization** [11] - 2924:17, 2953:17,

2953:19, 2954:2, 2957:21, 2958:8, 2996:3, 2998:8, 2998:17, 3012:4, 3018:3
**organizations** [2] - 2962:7, 2962:8
**organizing** [1] - 2988:13
**originally** [1] - 3126:16
**otherwise** [1] - 3146:9
**outage** [1] - 2961:1
**outcome** [1] - 2959:14
**outline** [1] - 3004:7
**Outlines** [1] - 3004:3
**output** [2] - 2971:13, 2975:10
**outside** [3] - 2925:24, 2990:19, 2991:11
**outstanding** [1] - 3018:7
**ovarian** [2] - 2924:14, 2956:6, 2959:9
**overall** [3] - 2923:5, 2957:15, 3130:2
**own** [2] - 2967:18, 3146:19
**owned** [2] - 3133:13, 3133:19

### P

**P&L** [3] - 2998:22, 3007:9, 3018:15
**P-A-L-C-Z-U-K** [1] - 2966:11
**p.m.** [2] - 3041:4, 3041:5
**pack** [1] - 2927:16
**packages** [2] - 2927:22, 3061:17
**packaging** [1] - 3001:8
**page** [21] - 2927:10, 2927:16, 3002:15, 3002:24, 3003:5, 3003:6, 3004:6, 3004:10, 3004:11, 3005:9, 3005:16, 3008:4, 3015:3, 3015:5, 3015:7, 3015:10, 3018:25, 3143:4, 3143:25, 3153:1
**pages** [1] - 3056:4
**paid** [3] - 2928:20, 2972:16, 3062:22
**Palczuk** [14] - 2966:9,

2966:12, 2966:15, 2966:18, 2966:24, 2967:13, 2967:20, 3016:21, 3017:7, 3121:11, 3121:13, 3121:25, 3122:6, 3152:13

**Palczuk's** [1] - 3018:5

**paper** [3] - 3132:18, 3132:19, 3132:20

**papers** [2] - 3124:15, 3133:8

**paragraph** [10] - 3001:7, 3002:15, 3002:23, 3003:6, 3004:6, 3004:11, 3005:9, 3005:15, 3134:7, 3134:12

**parameter** [1] - 3152:5

**parameters** [4] - 3122:2, 3131:8, 3139:15, 3151:16

**parent** [1] - 2924:3

**part** [14] - 2920:5, 2928:20, 2928:21, 2957:14, 2962:25, 2971:7, 2975:10, 2992:2, 2998:6, 2999:5, 3000:1, 3000:25, 3003:12, 3060:1

**PARTIALLY** [1] - 2916:15

**participant** [1] - 3135:24

**particular** [2] - 3132:14, 3152:3

**parties** [4] - 2920:5, 3040:9, 3133:17, 3150:5

**partly** [1] - 3013:13

**partnership** [1] - 2924:1

**parts** [1] - 2953:14

**pass** [2] - 2965:1, 3151:3

**past** [6] - 2928:18, 2953:11, 2994:9, 2994:13, 2995:22, 3011:2

**Patel** [2] - 2917:11, 2920:16

**patent** [5] - 3123:8, 3123:15, 3123:21, 3123:25, 3124:5

**patents** [2] - 3146:19, 3147:17

**patient** [1] - 2962:11

**patients** [7] - 2925:16, 2925:19, 2959:17,

2994:23, 2995:3, 2995:8, 3011:6

**PAUL** [3] - 2919:2, 2920:24, 2921:4

**Paul** [3] - 2920:21, 2921:4, 3059:21

**pause** [1] - 3057:8

**pay** [6] - 3007:11, 3135:11, 3136:8, 3136:12, 3136:22, 3137:1

**paying** [2] - 2963:16, 3040:5

**payment** [1] - 3144:13

**payments** [1] - 2993:1

**payroll** [1] - 2953:4

**PDX** [9] - 3122:24, 3124:3, 3125:20, 3126:11, 3127:9, 3127:15, 3128:16, 3137:14, 3138:24

**PDX-28.1** [1] - 3057:19

**PDX-28.10** [1] - 3123:7

**PDX-28.12** [3] - 3139:4, 3140:4, 3140:8

**PDX-28.13** [1] - 3140:11

**PDX-28.3** [1] - 3060:23

**peak** [2] - 3126:3, 3126:12

**peaked** [1] - 3129:20

**pecuniary** [1] - 3122:13

**Pennsylvania** [1] - 2917:15

**people** [22] - 2925:7, 2925:9, 2929:18, 2954:3, 2954:5, 2954:7, 2954:15, 2955:4, 2955:5, 2955:8, 2988:12, 2989:14, 2989:23, 2989:24, 2996:21, 2998:16, 2999:6, 2999:9, 3017:15

**per** [10] - 2957:6, 2998:21, 3008:19, 3008:24, 3009:2, 3122:4, 3130:4, 3130:23, 3151:14

**percent** [25] - 2956:22, 2957:2, 2958:18, 2986:6, 2986:9, 2986:14, 2986:19, 3006:13, 3061:17, 3061:19, 3122:3, 3122:4, 3122:5, 3126:8, 3126:12, 3127:2, 3128:18,

3130:1, 3130:23, 3137:21, 3137:22, 3139:1, 3151:12, 3151:14

**percentage** [7] - 2953:24, 2986:13, 2987:1, 3061:1, 3061:15, 3061:18, 3128:7

**percentages** [3] - 2963:12, 2963:19, 3061:14

**performance** [1] - 2923:1

**performed** [1] - 2997:2

**period** [9] - 2954:19, 3004:19, 3061:23, 3122:18, 3125:23, 3126:5, 3128:20, 3139:5, 3146:11

**periods** [1] - 3122:22

**permanent** [1] - 3123:16

**permitted** [2] - 2955:16, 3058:23, 3124:8

**person** [1] - 2997:2

**perspective** [1] - 2999:7

**pharmaceutical** [9] - 2954:12, 2955:10, 2956:11, 2959:2, 2970:16, 3001:1, 3058:16, 3062:10, 3146:16

**Pharmaceuticals** [1] - 3134:2

**pharmaceuticals** [1] - 2923:4

**pharmacies** [2] - 3125:12, 3127:14

**pharmacy** [2] - 3131:25, 3132:5

**phase** [6] - 2954:11, 2954:14, 2957:4, 2957:6, 2959:13, 2960:18

**Phase** [4] - 2960:5, 2960:7, 3004:15, 3004:17

**Phases** [1] - 3005:17

**phases** [2] - 2996:13, 3007:2

**Philip** [1] - 3154:4

**phone** [1] - 2962:13

**phrase** [1] - 3006:19

**physically** [1] - 2975:12

**physician** [1] -

2962:13

**physicians** [2] - 2960:19, 2960:22

**pick** [3] - 2956:20, 2959:16

**piece** [1] - 2961:7

**pipe** [1] - 2957:18

**pipeline** [4] - 2956:4, 2957:24, 2961:25, 3127:12

**pipeline-wise** [1] - 3127:12

**place** [6] - 2960:15, 2960:20, 2961:23, 2998:23, 3124:7, 3139:1

**PLAINTIFF** [5] - 2918:16, 2919:10, 2919:11, 2919:12, 3002:2

**Plaintiff's** [1] - 2921:20

**PLAINTIFFS** [2] - 2917:17, 2918:4

**Plaintiffs** [4] - 2916:5, 2916:10, 2916:15, 2916:20

**plan** [3] - 2962:9, 2962:13, 2999:25

**plane** [2] - 3146:5, 3146:9

**plans** [4] - 2970:19, 2970:22, 2971:1, 2971:4

**play** [2] - 2923:15, 3017:20

**plays** [1] - 3013:1

**Plaza** [1] - 2917:3

**PLC** [4] - 2923:20, 2924:2, 3018:15, 3019:21

**PLC's** [1] - 3007:17

**plus** [1] - 3130:2

**point** [17] - 2953:13, 2957:13, 2961:22, 2970:11, 3040:24, 3058:1, 3062:13, 3062:14, 3128:13, 3135:16, 3136:5, 3142:1, 3142:8, 3142:9, 3149:22, 3150:3, 3153:12

**pointed** [1] - 2999:14

**points** [3] - 3141:22, 3141:23, 3142:20

**policy** [2] - 3148:21, 3150:13

**populations** [1] - 2962:11

**portfolio** [2] - 2963:2,

2998:6

**portion** [4] - 2929:17, 3060:24, 3060:25, 3128:10

**portions** [2] - 2920:8, 2920:11

**pose** [1] - 3150:11

**position** [8] - 2922:14, 2922:20, 2922:8, 2968:20, 2997:19, 3017:16, 3017:23, 3136:25

**positions** [2] - 2923:7, 3003:3

**positive** [6] - 2953:7, 2953:13, 3006:20, 3006:23, 3006:25, 3007:5

**positives** [1] - 2957:12

**possibility** [2] - 2959:22, 2960:13

**possible** [8] - 2960:16, 2960:24, 2961:11, 2962:24, 2974:14, 2999:11, 3013:15, 3123:23

**possibly** [1] - 2997:1

**post** [2] - 2922:12, 3062:4

**potential** [9] - 2973:3, 2973:24, 2974:7, 2995:2, 3001:21, 3006:9, 3010:2, 3010:4, 3010:8

**practice** [2] - 2960:15, 2995:11

**precise** [2] - 2989:1, 3149:3

**predicted** [2] - 3009:2, 3009:7

**preferred** [1] - 2962:10

**prejudicial** [1] - 3148:24

**premature** [1] - 3017:8

**premise** [1] - 3040:8

**prepare** [1] - 3057:16

**prepared** [7] - 2971:1, 2971:14, 2971:20, 2973:5, 2973:11, 2999:1, 3060:1

**prepares** [4] - 2971:4, 2973:23, 3002:12, 3007:20

**preparing** [3] - 2927:4, 2971:9, 2971:11

**prescription** [1] - 3134:9

**prescriptions** [3] -

3127:11, 3134:22, 3137:22

**presence** [2] - 3002:12, 3130:18

**present** [5] - 2929:24, 3057:17, 3058:10, 3059:20, 3129:22

**presented** [2] - 3000:7, 3058:3

**presenting** [1] - 3154:4

**president** [10] - 2922:15, 2922:16, 2922:17, 2922:18, 2922:24, 2923:1, 2923:10, 2923:11, 2923:12, 3018:1

**press** [9] - 3002:8, 3002:23, 3003:5, 3003:13, 3004:2, 3004:6, 3004:10, 3134:2, 3134:4

**presuming** [1] - 3013:18

**pretrial** [1] - 3133:21

**pretty** [1] - 3062:12

**prevent** [1] - 3147:7

**preview** [1] - 3056:8

**previous** [2] - 2923:7, 3058:4

**previously** [5] - 3004:12, 3017:7, 3057:12, 3058:2, 3058:18

**price** [15] - 2962:20, 2962:21, 2963:22, 2963:24, 2971:24, 3122:5, 3130:9, 3130:14, 3130:16, 3130:21, 3131:17, 3132:13, 3132:16, 3132:24, 3138:22

**prices** [1] - 3151:12

**pricing** [4] - 2974:3, 3009:19, 3132:10, 3133:2

**primary** [2] - 2923:10, 3062:6

**Princeton** [1] - 2918:7

**principally** [1] - 2924:15

**principle** [3] - 2924:8, 2958:7, 3012:20

**principles** [1] - 3058:17

**prioritize** [1] - 2959:6

**problem** [2] - 2930:4, 3056:4

**proceeding** [1] - 2929:17

**proceedings** [5] - 2966:19, 2966:22, 3121:4, 3121:14, 3133:21

**process** [5] - 2926:17, 2928:20, 2955:9, 3000:2, 3123:24

**produce** [1] - 2961:9

**produced** [1] - 2927:19

**product** [58] - 2925:22, 2928:12, 2959:4, 2970:20, 2975:16, 2975:19, 2975:23, 2986:10, 2988:6, 2990:3, 2990:12, 2990:19, 2990:23, 2991:1, 2991:7, 2991:11, 2991:20, 2992:1, 2993:13, 2993:22, 2994:4, 2994:8, 2994:17, 2994:21, 2995:19, 2995:25, 2996:18, 2996:19, 3006:6, 3000:22, 3006:22, 3007:7, 3011:7, 3061:24, 3062:17, 3125:5, 3125:8, 3125:11, 3125:13, 3125:17, 3125:22, 3125:25, 3126:12, 3126:15, 3127:13, 3128:1, 3128:11, 3128:14, 3129:11, 3130:19, 3130:21, 3132:4, 3132:7, 3137:11, 3138:8, 3143:5, 3146:1, 3146:2

**productivity** [2] - 3002:10, 3002:19

**products** [26] - 2954:14, 2954:24, 2961:17, 2962:8, 2966:6, 2968:18, 2969:2, 2969:10, 2969:14, 2970:23, 2972:12, 2988:22, 2989:9, 2990:14, 2994:1, 2994:13, 2994:24, 2995:12, 2995:16, 3001:10, 3006:25, 3007:5, 3123:17, 3123:20, 3138:10, 3138:12

**profit** [9] - 2928:14, 2953:24, 2954:13, 2956:9, 2998:4, 2998:7, 2999:7,

3011:2, 3017:3

**profitable** [2] - 2954:14, 2961:23

**profits** [12] - 2970:8, 2970:13, 3015:12, 3018:11, 3018:19, 3018:21, 3019:8, 3128:25, 3129:3, 3129:15, 3129:17, 3149:14

**program** [2] - 2960:5, 3003:12

**programme** [4] - 3002:24, 3003:2, 3004:15, 3004:17

**programmes** [1] - 3004:13

**programs** [8] - 2953:11, 2954:15, 2957:3, 2957:5, 2957:6, 2957:25, 2959:13, 2959:15

**project** [1] - 2961:9

**projecting** [1] - 2971:8

**projects** [3] - 2958:25, 2959:5, 3017:4

**promise** [1] - 3154:10

**promising** [1] - 2957:18

**promotion** [3] - 2923:4, 2954:10, 2988:9

**promotional** [6] - 2926:19, 2987:4, 2987:8, 2987:12, 2987:20, 2988:2

**promotions** [2] - 2987:21, 2987:22

**pronounced** [1] - 3153:15

**proper** [2] - 3135:13, 3136:24

**properly** [1] - 2956:15

**property** [1] - 2923:25

**proportion** [1] - 3003:14

**proportional** [1] - 3124:18

**proposed** [1] - 3004:14

**protect** [1] - 2998:7

**protective** [1] - 2929:20

**provide** [3] - 3019:5, 3135:15, 3152:16

**provided** [13] - 2973:20, 2989:25, 3000:11, 3002:5, 3003:24, 3007:16, 3014:16, 3058:7,

3062:6, 3062:14, 3121:25, 3131:21, 3133:25

**providers** [1] - 2988:6

**provides** [1] - 3001:8

**providing** [1] - 2988:5

**provisions** [1] - 3147:25

**PTX** [7] - 2921:20, 3138:18, 3138:21, 3140:17, 3140:20, 3142:17, 3142:23

**PTX-1973** [7] - 3059:23, 3059:25, 3060:1, 3060:3, 3060:4, 3060:24, 3060:25

**PTX-1984** [5] - 3139:8, 3139:10, 3139:25, 3140:5, 3140:7

**PTX-927** [2] - 2921:24, 2921:25

**public** [5] - 2923:22, 2924:2, 3063:4, 3148:21, 3150:13

**publication** [1] - 3002:17

**published** [1] - 2959:11

**pull** [1] - 3143:17

**pulled** [3] - 3010:5, 3010:9, 3137:17

**Pulmicort** [82] - 2925:23, 2925:24, 2926:1, 2926:13, 2927:11, 2928:10, 2928:24, 2929:2, 2953:6, 2954:6, 2961:12, 2962:3, 2962:17, 2963:2, 2968:17, 2969:2, 2969:10, 2969:18, 2969:22, 2970:11, 2970:4, 2970:9, 2971:2, 2971:9, 2971:15, 2971:17, 2971:25, 2972:2, 2972:7, 2972:15, 2973:10, 2974:6, 2975:7, 2986:6, 2986:13, 2987:4, 2987:8, 2987:12, 2988:9, 2988:13, 2988:22, 2989:4, 2989:6, 2989:12, 2989:15, 2990:5, 2990:7, 2990:25, 2991:7, 2991:10, 2991:20, 2992:1, 2994:5, 2995:16,

2996:15, 2996:17, 2997:23, 2998:1, 2998:10, 2998:20, 2998:24, 2998:25, 3000:22, 3001:11, 3001:16, 3006:9, 3006:18, 3006:22, 3010:16, 3018:11, 3018:19, 3019:9, 3059:19, 3060:8, 3061:3, 3061:6, 3061:12, 3062:4, 3062:17, 3128:6, 3129:19, 3129:23

**Pulmicort®** [3] - 2975:22, 2986:10, 2986:18

**pure** [2] - 2923:15, 3122:12

**pure-play** [1] - 2923:15

**purely** [1] - 2923:16

**purposes** [2] - 3148:16, 3152:25

**pursuant** [1] - 3058:23

**put** [8] - 2960:9, 3056:8, 3056:16, 3059:14, 3059:23, 3136:20, 3138:17, 3153:9

## Q

**Q1** [3] - 3144:13, 3144:15, 3144:19

**Q2** [1] - 3144:15

**Q3** [1] - 2957:22

**qualifications** [2] - 3057:24, 3058:7

**qualified** [2] - 3058:2, 3058:18

**qualifier** [2] - 3141:10, 3150:19

**quality** [1] - 2955:8

**quantifiably** [1] - 3012:5

**quantified** [3] - 2958:12, 2958:16, 2958:19

**quarter** [2] - 3007:17, 3127:6

**Quarter** [1] - 3136:17

**QUESTION** [1] - 3019:7

**questions** [19] - 2929:11, 2963:7, 2967:19, 3016:13, 3019:5, 3019:14, 3019:23, 3040:2,

3040:12, 3041:8, 3135:13, 3143:11, 3147:16, 3147:25, 3149:17, 3151:5, 3151:9, 3151:13, 3153:18

**quick** [1] - 3126:22
**quite** [4] - 2959:18, 2960:18, 3139:13, 3142:2

# R

**R&D** [24] - 2925:5, 2953:14, 2954:15, 2956:4, 2956:13, 2956:22, 2957:2, 2958:21, 2958:23, 2958:24, 2960:3, 2960:11, 2970:14, 3003:8, 3004:14, 3006:13, 3012:4, 3014:9, 3016:25, 3017:4, 3017:17, 3017:19, 3017:23, 3018:6
**radical** [1] - 2962:14
**Raftery** [1] - 2918:12
**raise** [1] - 3056:16
**RAKOCZY** [2] - 2918:1, 3058:21
**Rakoczy** [3] - 2929:21, 2930:9, 2930:11
**range** [12] - 2997:1, 2997:3, 2997:5, 2997:7, 2999:24, 3008:18, 3008:22, 3011:17, 3011:21, 3012:8, 3012:23, 3012:24
**ranked** [1] - 3134:13
**rates** [1] - 3063:1
**rather** [1] - 3056:5
**Ravin** [1] - 2917:11
**RBU** [3] - 3144:15, 3144:16, 3144:19
**reach** [1] - 2957:19
**react** [1] - 2963:21
**read** [5] - 2967:17, 2968:3, 3016:22, 3121:20, 3143:21
**reality** [2] - 2956:9, 2959:16, 2970:11
**really** [6] - 2961:2, 2962:14, 3124:2, 3136:4, 3148:24
**reason** [3] - 3017:14, 3123:19, 3136:7
**reasons** [1] - 3062:9

**rebating** [1] - 2928:20
**RECEIVED** [14] - 2919:10, 2919:11, 2919:12, 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3002:2, 3003:21, 3004:25, 3005:25, 3008:2, 3016:3
**received** [7] - 2995:3, 2995:5, 3016:4, 3019:20, 3059:11, 3144:20
**receiving** [1] - 2972:11
**recent** [5] - 2954:17, 2971:18, 2974:10, 2974:18, 3146:22
**recently** [3] - 2957:22, 3007:12, 3124:13
**Recess** [2] - 2976:7, 3041:4
**recognize** [4] - 2926:8, 2929:19, 3007:16, 3014:21
**recollection** [5] - 3006:5, 3130:19, 3152:12, 3152:19, 3153:11
**reconcile** [1] - 3018:15
**record** [8] - 2921:3, 2965:3, 3015:4, 3056:21, 3133:16, 3147:23, 3150:4, 3150:7
**recording** [1] - 2926:23
**recruit** [2] - 2955:9, 2955:12
**red** [1] - 3061:14
**redirect** [3] - 2992:19, 3151:6, 3151:7
**REDIRECT** [4] - 2919:4, 2919:8, 3040:1, 3151:8
**reduce** [4] - 2961:24, 2962:1, 2962:20, 3013:25
**reduced** [4] - 2992:8, 2992:15, 3015:21, 3123:4
**reduction** [11] - 2957:16, 2958:9, 2958:12, 2962:19, 2993:5, 2998:2, 2998:11, 3003:8, 3004:13, 3004:18, 3012:4
**reductions** [2] -

3016:25, 3017:9
**reemploy** [1] - 2999:6
**reemployed** [1] - 2999:10
**REENS** [1] - 2918:8
**refer** [6] - 2927:1, 2965:15, 2965:18, 2965:19, 2988:16, 3014:24
**reference** [1] - 3058:1
**referring** [6] - 2987:18, 3127:8, 3127:18, 3131:18, 3132:18, 3133:4
**reflect** [2] - 2965:3, 3130:16
**reflected** [3] - 2967:18, 2987:22, 3015:8
**reformatting** [1] - 3060:5
**refresh** [2] - 3152:10, 3152:19
**refreshed** [1] - 3153:10
**refreshes** [1] - 3153:6
**refreshment** [2] - 3152:8, 3152:25
**regard** [2] - 2960:13, 3061:2
**region** [5] - 2954:3, 2972:7, 2988:11, 2989:16, 2989:24
**regulatory** [1] - 2954:8
**reinvest** [4] - 2953:14, 2954:13, 2954:14, 3017:4
**reinvesting** [1] - 2970:13
**reinvestment** [2] - 2970:8, 3013:15
**relate** [1] - 2955:23
**related** [1] - 3004:14
**relates** [4] - 2970:9, 3059:3, 3127:20, 3132:3
**relating** [3] - 2997:25, 2998:9, 3059:19
**relation** [2] - 2923:20, 3061:22
**relative** [2] - 3011:25, 3148:17
**relatively** [1] - 3129:2
**relaunch** [1] - 3127:20
**relaunched** [2] - 3128:3, 3128:11
**release** [9] - 3002:8, 3002:24, 3003:5, 3003:13, 3004:2, 3004:6, 3004:10,

3134:2, 3134:4
**releases** [1] - 3002:12
**relevance** [4] - 3135:5, 3135:7, 3136:19, 3137:6
**relevant** [9] - 2966:25, 2967:3, 2967:10, 2971:2, 2971:9, 2971:15, 2993:12, 3121:21, 3135:9
**relied** [2] - 3121:5, 3121:16
**relief** [2] - 2966:2, 2967:7
**rely** [1] - 2927:1
**relying** [5] - 2967:13, 2967:16, 2967:20, 2968:4, 3121:24
**remand** [1] - 3133:21
**remember** [12] - 2923:24, 2953:17, 2975:8, 2975:9, 2987:14, 2987:15, 3040:3, 3127:3, 3137:16, 3143:10, 3145:7, 3145:9
**remembering** [1] - 3018:4
**remind** [1] - 3144:15
**remove** [1] - 2956:25
**removed** [1] - 3149:23
**rendered** [1] - 3148:1
**RENÉE** [1] - 2917:8
**repeat** [4] - 2987:6, 2991:9, 2991:21, 3010:6
**report** [15] - 2956:2, 2956:20, 3014:21, 3131:2, 3131:6, 3131:10, 3133:5, 3133:6, 3143:6, 3151:16, 3152:4, 3152:5, 3152:11, 3152:18, 3152:24
**reported** [2] - 3142:19, 3146:24
**reporter's** [1] - 3153:13
**reporters** [1] - 3152:17
**reporting** [2] - 2922:25, 2926:12
**reports** [3] - 3014:14, 3152:1, 3152:3
**represent** [3] - 3061:14, 3061:22, 3143:19
**request** [3] - 2920:9, 2966:1, 2967:7
**requests** [1] - 3015:3

**require** [2] - 3019:24, 3129:3
**required** [3] - 2918:24, 2998:14, 3018:3
**research** [13] - 2923:17, 2925:1, 2925:3, 2955:14, 2955:15, 2955:24, 2956:17, 2958:12, 2959:24, 2970:8, 3002:20, 3015:18, 3017:10
**resolve** [1] - 3123:25
**respect** [14] - 2969:13, 2970:20, 2974:3, 2991:16, 2991:22, 2992:23, 2993:1, 2994:20, 2996:21, 3127:10, 3130:11, 3138:10, 3138:12, 3147:1
**respiratory** [2] - 2957:8, 3001:10
**respiratory disease** [1] - 2924:8
**response** [1] - 2931:12
**responsibilities** [6] - 2922:22, 2922:23, 2955:23, 2956:1, 2971:7, 2974:5
**responsibility** [7] - 2922:25, 2956:12, 2968:17, 2969:1, 2969:9, 2969:17, 2975:22
**responsible** [7] - 2923:2, 2988:12, 2988:16, 2988:21, 2989:3, 2994:4, 2996:17
**respules** [5] - 2927:23, 2953:19, 2953:24, 2954:8, 2998:15
**Respules** [48] - 2925:23, 2925:24, 2926:1, 2926:13, 2927:11, 2928:11, 2928:25, 2929:2, 2953:6, 2954:6, 2989:12, 2989:15, 2990:5, 2990:7, 2990:25, 2991:7, 2991:11, 2991:20, 2992:1, 2994:5, 2995:16, 2996:15, 2996:17, 2997:23, 2998:1, 2998:10, 2998:20, 2998:24,

2998:25, 3000:22, 3001:11, 3001:17, 3006:10, 3006:18, 3006:22, 3010:16, 3018:12, 3018:20, 3019:9, 3059:19, 3060:8, 3061:3, 3061:6, 3061:12, 3062:17, 3128:6, 3129:20, 3129:24

**Respules®** [33] - 2961:12, 2962:3, 2963:3, 2968:17, 2969:2, 2969:10, 2969:18, 2969:22, 2970:1, 2970:4, 2970:9, 2970:14, 2971:2, 2971:9, 2971:15, 2971:18, 2971:25, 2972:2, 2972:7, 2972:16, 2973:11, 2974:6, 2975:7, 2986:6, 2986:13, 2987:4, 2987:8, 2987:12, 2988:10, 2988:13, 2988:22, 2989:4, 2989:6

**Respules®'s** [1] - 2962:17

**restructuring** [16] - 2996:12, 2999:14, 2999:16, 2999:20, 3000:1, 3000:9, 3000:25, 3001:3, 3002:9, 3002:18, 3003:2, 3003:12, 3004:12, 3004:15, 3005:6, 3005:17

**result** [9] - 2958:13, 2991:17, 2991:23, 2992:8, 2999:21, 3001:20, 3006:8, 3009:18, 3059:9

**results** [2] - 3002:17, 3007:17

**retain** [1] - 2962:24

**retrieved** [1] - 2926:15

**Return** [1] - 3004:3

**return** [1] - 3004:8

**returned** [2] - 2928:17, 2928:18

**returning** [1] - 2956:12

**returns** [2] - 2928:13, 2928:15

**Revenue** [1] - 3136:16

**revenue** [19] - 2953:12, 2954:15, 2957:23, 2958:6,

2958:16, 2959:20, 2960:2, 2960:3, 2960:8, 2975:4, 2998:14, 2998:15, 3010:11, 3012:12, 3015:12, 3015:14, 3017:8, 3017:20, 3123:1

**revenues** [19] - 2953:20, 2956:23, 2970:14, 2992:8, 2992:23, 2993:6, 2999:25, 3006:13, 3011:17, 3014:10, 3015:12, 3015:21, 3018:14, 3122:14, 3123:5, 3128:23, 3129:15, 3129:16, 3129:18

**reversed** [1] - 2955:1

**review** [3] - 2961:19, 3059:10, 3144:13

**reviewed** [7] - 2971:17, 2971:23, 2972:2, 2973:6, 2973:10, 2974:13, 3016:19

**reviewing** [4] - 2971:13, 2972:14, 3006:6, 3143:23

**revised** [1] - 3133:20

**revision** [1] - 3138:25

**Rhinocort** [2] - 3001:10, 3001:13

**Richard** [1] - 2918:8

**right-hand** [1] - 3014:25

**rise** [5] - 2920:1, 2976:6, 2976:9, 3041:3, 3041:6

**risk** [9] - 2957:10, 2973:24, 2974:1, 2974:7, 2974:14, 2974:19, 2975:1, 2975:6, 2975:13

**road** [1] - 3127:12

**role** [6] - 2923:13, 2969:13, 2971:8, 2971:13, 2997:2, 3016:10

**roles** [2] - 3004:16, 3136:4

**room** [1] - 3016:10

**Roseland** [1] - 2917:20

**roughly** [1] - 3018:7

**round** [2] - 3001:3, 3142:12

**rounded** [2] - 3141:12, 3141:13

**rounding** [5] - 3141:2, 3141:11, 3141:12, 3141:17, 3142:2

**routinely** [8] - 2925:18, 2998:4, 2998:13, 2998:21, 3009:21, 3009:24, 3013:24

**row** [8] - 3008:12, 3140:22, 3140:25, 3141:1, 3141:4, 3141:7

**royalties** [10] - 2929:11, 2972:10, 2972:16, 2993:6, 3011:10, 3011:17, 3019:20, 3040:6, 3062:22, 3122:13

**royalty** [13] - 2963:20, 2976:1, 2993:1, 3013:13, 3013:14, 3016:15, 3040:3, 3063:1, 3123:4, 3129:18, 3144:13, 3144:17, 3150:15

**Rule** [1] - 3058:23

**run** [2] - 2928:4, 2954:12

**running** [3] - 2954:10, 2955:10, 2970:12

## S

**safe** [1] - 3040:19

**sale** [6] - 2969:13, 2972:11, 2990:19, 3010:15, 3061:12, 3061:24

**sales** [73] - 2923:2, 2926:19, 2927:16, 2927:18, 2927:20, 2927:25, 2928:2, 2928:10, 2928:12, 2928:14, 2928:24, 2958:17, 2958:19, 2960:10, 2970:20, 2970:23, 2971:2, 2971:9, 2972:3, 2972:15, 2974:20, 2974:23, 2975:10, 2986:6, 2986:7, 2986:9, 2986:10, 2986:12, 2986:13, 2986:14, 2986:17, 2986:18, 2986:19, 2986:20, 2986:23, 2989:11, 2991:19, 2991:25, 2993:7, 3000:6, 3010:18, 3010:19, 3010:20,

3012:24, 3013:2, 3018:11, 3018:19, 3019:8, 3059:10, 3059:18, 3060:8, 3060:20, 3061:2, 3061:9, 3061:16, 3061:17, 3062:11, 3123:4, 3125:23, 3129:5, 3129:6, 3129:11, 3129:19, 3129:23, 3131:1, 3131:9, 3131:17, 3149:14

**Salmen** [1] - 2918:2

**samples** [4] - 2954:9, 2988:6, 2988:13, 2988:17

**sampling** [2] - 2988:3, 2988:5

**SANDOZ** [2] - 2916:17, 2918:17

**Sandoz** [3] - 3058:20, 3143:1, 3143:19

**SAP** [3] - 2926:17, 2926:21

**satisfy** [1] - 2960:22

**save** [2] - 2992:18, 3011:11

**Saveriano** [1] - 2918:6

**saw** [2] - 2974:10, 3059:15

**scale** [1] - 2955:12

**scenario** [15] - 2970:19, 2970:22, 2971:1, 2971:4, 2974:14, 2975:1, 2975:6, 2998:21, 2998:22, 2998:25, 3123:7, 3123:14, 3123:23, 3123:24, 3124:3

**scenarios** [15] - 2974:2, 2974:7, 2974:10, 2998:4, 2998:13, 2998:19, 2998:23, 3059:7, 3122:16, 3122:18, 3122:21, 3124:22, 3130:11, 3147:2

**science** [6] - 2956:14, 2957:24, 2957:25, 2958:4, 2959:7, 2959:14

**Scientific** [1] - 3004:4

**scientific** [1] - 3004:8

**scope** [1] - 3147:12

**screen** [5] - 2926:7, 3015:8, 3057:19, 3061:4, 3137:18

**seal** [8] - 2920:9,

2929:13, 2929:17, 2976:2, 3016:11, 3016:12, 3062:24, 3063:5

**SEALED** [1] - 2916:15

**sealed** [18] - 2920:5, 2930:7, 2931:14, 2963:25, 2964:23, 2965:4, 2976:5, 2976:14, 2976:15, 2976:16, 3016:14, 3019:25, 3020:1, 3041:10, 3041:11, 3041:12, 3063:4, 3063:6

**sealing** [1] - 3019:24

**seat** [1] - 2921:7

**seated** [3] - 2920:2, 2976:11, 3041:7

**second** [10] - 2927:10, 2928:5, 3000:24, 3002:23, 3003:5, 3008:8, 3062:14, 3134:7, 3139:17, 3143:25

**secondly** [1] - 3018:4

**section** [2] - 3011:10, 3056:3

**Section** [1] - 2918:24

**see** [24] - 2920:3, 2927:12, 2956:21, 2958:2, 2973:14, 2975:5, 2975:13, 3005:16, 3006:7, 3008:5, 3008:7, 3008:10, 3015:3, 3015:12, 3041:1, 3056:24, 3127:2, 3127:5, 3134:4, 3134:8, 3137:19, 3139:17, 3144:21, 3153:25

**seeing** [1] - 3006:6

**seeking** [1] - 2969:22

**seem** [1] - 3133:15

**selling** [3] - 2926:1, 2929:7, 3125:17

**sells** [4] - 2925:13, 2929:5, 3007:1, 3007:5

**senior** [1] - 2920:17

**sentence** [2] - 3000:24, 3005:16

**September** [12] - 2971:18, 2971:20, 2971:23, 2972:3, 2972:15, 2973:6, 2973:11, 2974:13, 2974:18, 3001:5, 3008:12, 3060:9

**series** [1] - 2929:11
**serve** [1] - 2925:19
**service** [4] - 2988:17, 2988:21, 2989:3, 2989:8
**set** [6] - 3057:16, 3125:24, 3126:10, 3138:21, 3142:16, 3151:10
**seven** [2] - 2996:10, 3142:9
**sever** [1] - 2924:9
**several** [4] - 2922:23, 2960:25, 3000:10, 3145:20
**SG&A** [1] - 3004:12
**share** [20] - 2958:17, 3008:19, 3008:24, 3009:2, 3124:18, 3124:23, 3124:25, 3125:3, 3125:7, 3125:16, 3126:3, 3126:6, 3126:20, 3126:23, 3127:16, 3127:22, 3127:23, 3128:7, 3128:17
**sheer** [1] - 3141:11
**sheet** [3] - 3141:6, 3141:18, 3141:19
**sheets** [1] - 3142:21
**Sheila** [1] - 2918:12
**shift** [2] - 3128:10, 3128:13
**shifts** [1] - 3127:24
**shipment** [1] - 2961:4
**Short** [1] - 3057:8
**short** [2] - 2961:1
**short-term** [2] - 2961:1
**shortage** [1] - 3128:20
**shortages** [1] - 2960:13, 2960:16, 2993:9, 2993:12, 3137:25, 3138:3, 3138:4, 3138:8
**show** [10] - 2957:12, 2972:22, 3061:11, 3123:7, 3129:23, 3130:8, 3130:14, 3131:16, 3131:22, 3132:15
**showed** [4] - 2971:24, 2972:3, 2975:9, 3006:7
**showing** [2] - 3131:2, 3131:5
**shown** [2] - 3126:5, 3126:13
**shows** [5] - 2998:1, 2998:10, 3125:21,

3132:13, 3132:23
**side** [2] - 3126:1, 3141:4
**significant** [8] - 2925:4, 2953:16, 2953:23, 2958:1, 3003:8, 3003:14, 3058:6, 3135:24
**significantly** [1] - 2962:1
**similar** [1] - 3058:3
**simplest** [1] - 2928:17
**simply** [2] - 2988:5, 3153:5
**single** [2] - 2972:21, 3142:19
**Sipes** [3] - 2917:14, 2920:16, 2929:20
**SIPES** [3] - 2930:2, 2931:4, 3056:6
**sit** [5] - 2922:24, 3127:3, 3133:9, 3145:7, 3145:10
**sites** [2] - 2924:24, 2925:4, 3003:9
**sitting** [10] - 2959:3, 2986:22, 2989:2, 2993:20, 3012:6, 3012:17, 3136:7, 3136:11, 3143:9, 3152:8
**situation** [4] - 2960:23, 3011:1, 3128:5, 3147:7
**SIWIK** [1] - 2918:1
**six** [3] - 2961:19, 3143:25, 3146:22
**skilled** [2] - 2955:4, 2955:5
**slide** [12] - 3122:24, 3125:20, 3125:21, 3137:14, 3137:16, 3137:25, 3138:24, 3139:12, 3139:19, 3140:4, 3140:8, 3140:11
**Slide** [4] - 3057:22, 3060:23, 3127:15, 3128:16
**slides** [3] - 3057:16, 3057:21, 3138:17
**slight** [1] - 3138:25
**slightly** [4] - 2920:14, 2960:21, 3017:5, 3018:2
**small** [6] - 2923:16, 2954:7, 2960:24, 3129:2, 3130:10, 3145:9
**smaller** [3] - 2999:15,

2999:16, 3012:5
**software** [1] - 2971:13
**sold** [5] - 2968:18, 2969:2, 2969:10, 3129:4, 3129:7
**sometime** [1] - 3146:4
**sometimes** [2] - 3129:17, 3141:25
**somewhere** [4] - 2956:22, 2988:11, 3012:25, 3018:16
**sooner** [1] - 3153:1
**sorry** [19] - 2926:22, 2973:9, 2987:6, 3013:20, 3122:3, 3122:4, 3127:18, 3129:12, 3129:13, 3131:4, 3134:23, 3139:21, 3139:24, 3140:2, 3143:22, 3144:3, 3144:4, 3146:2, 3150:19
**sort** [2] - 2926:18, 2955:6
**sought** [1] - 3011:6
**source** [9] - 3060:3, 3151:21, 3151:22, 3151:25, 3152:9, 3152:19, 3153:6, 3153:11, 3153:16
**sources** [1] - 3141:3
**Spain** [4] - 2923:11, 2968:21, 2968:25, 2970:12
**speaking** [1] - 3127:21
**speaks** [1] - 3147:23
**specialized** [1] - 2962:14
**specialty** [1] - 2962:6
**specific** [9] - 2962:11, 2963:18, 2970:7, 2970:11, 2970:14, 2971:11, 2998:19, 2998:25, 3006:8
**specifically** [16] - 2953:18, 2967:25, 2970:9, 2975:5, 2975:8, 2989:7, 2996:2, 2998:1, 2998:10, 2998:24, 2999:17, 2999:21, 3058:16, 3121:9, 3133:3, 3143:7
**specifics** [1] - 3133:9
**spell** [2] - 2921:2, 3056:20
**spelled** [1] - 3153:14
**spelling** [1] - 3152:16
**spend** [3] - 2953:9,

2953:12, 2957:2
**spent** [2] - 2988:3, 3006:12
**spoken** [5] - 2966:24, 2967:2, 2994:7, 2995:8, 3121:22
**spot** [1] - 3040:22
**spots** [1] - 3134:17
**spread** [4] - 3141:6, 3141:18, 3141:19, 3142:21
**square** [1] - 3142:2
**ST** [1] - 2918:8
**stage** [4] - 2953:6, 2953:13, 2953:21, 2959:4
**Stamford** [1] - 2918:10
**standard** [1] - 2974:2
**stands** [1] - 3144:16
**start** [5] - 2953:11, 2958:10, 2975:25, 3154:6, 3154:11
**started** [4] - 2926:1, 2929:7, 2990:22, 3056:1
**starting** [1] - 2960:20
**starts** [1] - 2953:12
**state** [5] - 2921:2, 3001:7, 3007:2, 3056:20, 3148:15
**statement** [2] - 3008:4, 3017:13
**statements** [3] - 2967:13, 2967:20, 3148:12
**STATES** [2] - 2916:1, 2917:8
**states** [12] - 3000:24, 3002:16, 3002:24, 3003:6, 3004:7, 3004:11, 3005:10, 3005:17, 3134:8, 3134:12, 3151:1, 3151:2
**States** [25] - 2917:3, 2923:4, 2924:25, 2925:5, 2925:10, 2925:13, 2925:24, 2926:2, 2968:18, 2969:3, 2969:11, 2969:14, 2969:23, 2971:10, 2975:23, 2989:12, 2990:19, 2991:8, 2991:12, 3018:12, 3060:20, 3061:7, 3061:13, 3061:24, 3135:25
**statistical** [1] - 3058:17

**statistics** [1] - 3059:19
**status** [5] - 2962:2, 2962:3, 2962:17, 3061:7, 3133:17
**stays** [1] - 3138:22
**Stephen** [2] - 2917:15, 2920:13
**stepping** [1] - 2992:5
**steps** [2] - 2927:5, 3005:6
**STEPTOE** [1] - 2918:14
**sterile** [3] - 2990:19, 2990:23, 3001:9
**STEWARD** [1] - 2918:8
**still** [6] - 2963:14, 2963:16, 2966:15, 3012:3, 3040:10, 3123:25
**stipulated** [2] - 3133:17, 3133:20
**stock** [6] - 2928:17, 2960:25, 2961:2, 2961:11, 2961:13, 2961:25
**stop** [1] - 2957:14
**store** [2] - 2995:12, 2995:14
**store-housing** [2] - 2995:12, 2995:14
**storehousing** [1] - 2960:15
**straight** [1] - 2968:5
**strategic** [1] - 3007:11
**strategies** [3] - 2987:4, 2987:8, 3018:16
**strategy** [2] - 2996:12, 3004:7
**Strategy** [1] - 3004:3
**Street** [6] - 2917:12, 2918:2, 2918:9, 2918:13, 2918:15, 2924:19
**strength** [3] - 3125:25, 3126:12, 3137:20
**strengthen** [1] - 3002:19
**strictly** [1] - 3142:19
**strike** [4] - 3006:18, 3010:2, 3010:19, 3015:17
**structure** [2] - 2963:20, 3062:10
**studied** [3] - 3136:4, 3136:10, 3136:14
**study** [2] - 2953:10, 2960:7
**stuff** [1] - 3143:21

**subheading** [1] - 3008:7
**subject** [3] - 2931:10, 3041:10, 3141:2
**subjects** [1] - 3058:10
**submission** [2] - 2967:5, 3121:17
**submissions** [1] - 2965:25
**submitted** [11] - 2965:25, 2966:8, 2967:5, 2967:14, 2967:21, 3016:20, 3122:1, 3131:2, 3131:6, 3133:21, 3147:4
**subsequent** [1] - 3061:11
**subsidiary** [2] - 3133:14, 3133:19
**substantial** [2] - 3124:13, 3128:15
**substantially** [1] - 2987:24
**substitution** [5] - 2921:17, 3131:25, 3132:3, 3132:4, 3132:6
**subtract** [3] - 3129:4, 3141:14, 3142:12
**subtracting** [1] - 3141:14
**suddenly** [1] - 2961:8
**suffer** [6] - 2991:17, 2991:23, 3011:21, 3012:8, 3012:19, 3121:9
**sufficient** [1] - 2959:24
**sugar** [1] - 2924:13
**suggestion** [1] - 3135:7
**suit** [1] - 2998:23
**Suite** [3] - 2918:3, 2918:13, 2918:15
**summarize** [1] - 3059:2
**summary** [2] - 3057:23, 3058:3
**summer** [2] - 3146:4, 3152:4
**supplemental** [1] - 3133:20
**supply** [18] - 2961:3, 2961:6, 2993:9, 2993:12, 2993:15, 2993:21, 2994:3, 2994:8, 2994:11, 2994:16, 2994:20, 2995:6, 2995:22,

2995:25, 3001:8, 3011:6, 3125:12, 3138:8
**supplying** [1] - 2993:25
**support** [9] - 2954:9, 2966:1, 2967:6, 2967:15, 2967:22, 3002:10, 3135:16, 3140:17
**supported** [2] - 2975:13, 3140:4
**supporting** [3] - 2953:19, 2954:8, 3136:22
**supports** [1] - 3139:11
**supposed** [2] - 3140:4, 3140:16
**survey** [1] - 3006:2
**surveys** [1] - 3006:6
**suspension** [6] - 2953:3, 2956:19, 2960:14, 2965:16, 3060:16, 3130:6
**sustained** [3] - 3019:18, 3137:9, 3147:13
**Sweden** [2] - 2991:2, 3018:17
**Swedish** [1] - 2923:23
**switched** [1] - 2995:9
**switching** [1] - 2994:24
**SWORN** [2] - 2920:24, 3056:17
**syndrome** [1] - 2924:12
**system** [2] - 2926:23, 2927:2

# T

**table** [3] - 2920:15, 2920:17, 3059:17
**tactical** [1] - 2988:23
**talks** [1] - 3011:10
**Taras** [3] - 2918:16, 2930:13, 3143:18
**task** [1] - 2953:18
**team** [5] - 2922:24, 2956:2, 2956:4, 2959:3, 2989:19
**team's** [1] - 3018:9
**technical** [2] - 2989:15, 2990:4
**technically** [1] - 3147:9
**ten** [2] - 3128:18, 3151:19

**term** [5] - 2924:1, 2961:1, 3150:5
**terminate** [1] - 2958:25
**terms** [14] - 2958:17, 2959:17, 2960:9, 2963:22, 2963:23, 2970:23, 2972:3, 2974:22, 2987:3, 2987:7, 2993:6, 2994:24, 3062:9, 3122:13
**testified** [24] - 2960:12, 2963:11, 2973:5, 2973:10, 2996:22, 2997:8, 2998:2, 2998:11, 2999:12, 2999:20, 3000:9, 3000:20, 3009:19, 3010:23, 3011:16, 3012:22, 3016:19, 3016:24, 3057:13, 3061:5, 3061:8, 3121:13, 3127:23, 3132:9
**TESTIFIED** [2] - 2920:24, 3056:18
**testify** [6] - 2966:18, 2966:21, 3058:11, 3058:12, 3121:19, 3151:15
**testifying** [3] - 2927:4, 2928:23, 3151:17
**testimony** [24] - 2964:19, 2973:7, 2975:2, 2975:14, 2992:15, 2993:10, 2995:20, 3016:23, 3056:8, 3057:17, 3058:4, 3058:7, 3058:24, 3059:20, 3121:24, 3128:9, 3148:19, 3149:2, 3149:5, 3149:6, 3149:9, 3150:1, 3150:2, 3150:6
**Teva** [60] - 2929:6, 2929:7, 2961:3, 2963:11, 2963:16, 2972:11, 2972:16, 2975:16, 2975:19, 2975:23, 2986:12, 2986:17, 2993:2, 2994:3, 2994:7, 2994:12, 2994:16, 2994:20, 2995:6, 3011:5, 3019:20, 3040:3, 3040:5, 3041:9, 3061:13, 3061:20, 3061:23,

3062:22, 3124:17, 3124:22, 3124:25, 3125:4, 3125:8, 3125:10, 3125:16, 3125:17, 3126:23, 3128:1, 3128:11, 3128:14, 3128:16, 3129:18, 3130:17, 3130:19, 3132:7, 3137:25, 3138:3, 3138:7, 3144:13, 3144:19, 3144:24, 3145:5, 3145:12, 3145:13, 3146:7, 3146:13, 3147:10, 3148:20, 3149:18, 3150:12
**Teva's** [10] - 2929:19, 2930:22, 2986:9, 2993:12, 3062:18, 3125:21, 3125:25, 3126:11, 3127:16, 3145:3
**text** [1] - 3153:3
**Thanksgiving** [1] - 3146:6
**THE** [143] - 2916:1, 2917:8, 2920:1, 2920:2, 2920:12, 2920:20, 2920:23, 2921:2, 2921:4, 2921:5, 2921:6, 2921:7, 2921:10, 2921:11, 2921:22, 2922:2, 2929:14, 2929:22, 2929:24, 2930:3, 2930:8, 2930:11, 2930:13, 2930:17, 2930:19, 2930:21, 2930:25, 2931:2, 2931:5, 2931:10, 2931:13, 2955:19, 2963:6, 2963:9, 2963:23, 2964:23, 2964:25, 2965:3, 2965:7, 2965:8, 2965:10, 2967:24, 2967:25, 2973:17, 2973:18, 2976:3, 2976:6, 2976:9, 2976:10, 2976:14, 2992:13, 2992:16, 2992:18, 2999:23, 2999:24, 3002:1, 3003:18, 3003:20, 3004:24, 3005:22, 3005:24, 3008:1, 3011:12, 3011:14, 3013:7, 3013:12, 3015:25, 3016:2, 3016:8,

3016:10, 3016:16, 3019:18, 3019:25, 3040:14, 3040:17, 3040:18, 3040:19, 3040:20, 3040:22, 3041:1, 3041:3, 3041:6, 3041:7, 3055:25, 3056:10, 3056:14, 3056:15, 3056:20, 3056:22, 3056:24, 3056:25, 3057:1, 3057:5, 3058:19, 3058:23, 3063:2, 3063:4, 3133:22, 3135:2, 3135:5, 3135:13, 3135:18, 3136:2, 3136:3, 3136:23, 3137:9, 3138:14, 3141:16, 3141:18, 3141:20, 3141:21, 3141:24, 3141:25, 3142:3, 3142:4, 3142:5, 3142:6, 3142:8, 3142:10, 3142:14, 3143:12, 3143:14, 3145:21, 3145:22, 3147:13, 3147:20, 3147:24, 3148:4, 3148:6, 3149:1, 3149:5, 3149:9, 3149:22, 3151:4, 3151:6, 3152:22, 3153:19, 3153:22, 3153:23, 3153:24, 3154:6, 3154:8, 3154:10
**themselves** [2] - 2963:3, 3131:9
**Theodore** [1] - 2918:25
**therapeutic** [3] - 2924:6, 2924:8, 2924:15
**therefore** [5] - 2997:11, 2998:22, 2999:10, 3150:15, 3150:19
**thinking** [1] - 2961:3
**thinks** [1] - 3147:22
**third** [5] - 3001:7, 3007:17, 3134:9, 3134:21, 3134:23
**THIS** [1] - 2916:15
**thousand** [2] - 3014:2, 3014:3
**thousands** [2] - 2926:3, 2927:16
**three** [26] - 2923:12, 2930:21, 2953:8,

2954:21, 2954:23, 2955:16, 2956:17, 2957:4, 2957:5, 2958:14, 2959:12, 2959:21, 2961:16, 2962:18, 2963:21, 2989:16, 2989:24, 3012:25, 3060:16, 3062:2, 3062:20, 3123:19, 3139:6, 3140:25, 3141:5, 3141:7

**throughout** [1] - 2989:9

**tie** [1] - 2997:7

**tied** [1] - 2996:24

**tier** [11] - 2962:5, 2962:6, 2962:8, 2962:9, 2962:10, 2962:14, 2962:21, 2962:23

**tightly** [1] - 2957:20

**timeline** [1] - 2968:5

**timing** [1] - 2959:10

**title** [1] - 3134:4

**Title** [1] - 2918:24

**titled** [1] - 3134:2

**today** [31] - 2965:16, 2965:18, 2967:19, 2967:22, 2973:7, 2973:15, 2973:17, 2975:2, 2975:7, 2986:22, 2989:2, 2993:20, 2999:3, 3002:17, 3004:7, 3005:12, 3012:6, 3012:17, 3057:17, 3058:11, 3059:16, 3059:20, 3121:24, 3131:12, 3131:19, 3133:2, 3136:7, 3136:11, 3143:5, 3143:9, 3147:11

**toll** [1] - 3005:10

**tomorrow** [5] - 2956:3, 3154:1, 3154:2, 3154:5, 3154:10

**took** [2] - 2923:13, 3124:14

**top** [6] - 2927:13, 2970:16, 3008:5, 3134:13, 3134:14

**topic** [2] - 2959:20, 2960:12

**topical** [1] - 3001:9

**topics** [1] - 3058:18

**Toprol** [4] - 2961:6, 2995:19, 2995:22, 2995:25

**total** [18] - 2953:24, 2956:23, 2958:20, 2986:7, 2986:14, 2986:19, 2986:23, 3001:2, 3003:1, 3004:17, 3005:13, 3006:13, 3014:10, 3060:7, 3060:11, 3126:3, 3129:12, 3137:21

**totally** [1] - 2954:18

**towards** [2] - 3061:7, 3140:22

**Trade** [1] - 3146:25

**trade** [1] - 2959:8

**trade-offs** [1] - 2959:8

**transactions** [1] - 3007:12

**TRANSCRIPT** [1] - 2916:15

**transcript** [3] - 3009:13, 3018:22, 3058:2

**transferred** [1] - 2996:18

**transformation** [2] - 2954:19, 3000:2

**treading** [1] - 3149:24

**treated** [1] - 2925:16

**treatment** [1] - 3001:11

**Trial** [1] - 2921:20

**TRIAL** [1] - 2916:14

**trial** [9] - 2920:4, 2927:4, 2966:19, 2966:22, 3057:13, 3058:2, 3058:4, 3121:13, 3148:24

**trials** [1] - 2957:12

**tried** [3] - 2958:20, 2960:1, 2961:7

**tries** [1] - 3062:12

**trip** [1] - 3040:19

**true** [9] - 2918:24, 3122:8, 3126:25, 3127:18, 3131:10, 3131:20, 3133:5, 3145:17, 3147:8

**truncated** [1] - 3126:25

**try** [9] - 2925:18, 2955:9, 2956:13, 2960:23, 3011:10, 3018:13, 3147:14, 3148:8, 3150:9

**trying** [8] - 2957:23, 2958:2, 2959:16, 2987:14, 3128:13, 3139:19, 3140:1, 3140:3

**turn** [21] - 2925:22, 2926:4, 2953:2, 2958:8, 3000:10, 3002:4, 3003:5, 3003:23, 3005:2, 3007:15, 3008:4, 3014:13, 3057:22, 3059:14, 3059:24, 3060:22, 3061:20, 3133:24, 3135:20, 3136:15, 3143:25

**turned** [2] - 3013:7, 3013:8

**turning** [1] - 2956:16

**two** [25] - 2923:20, 2924:3, 2926:3, 2957:1, 2957:3, 2957:5, 2960:17, 2965:12, 2969:15, 2989:16, 2989:24, 3003:9, 3004:12, 3017:25, 3062:6, 3122:2, 3122:21, 3124:14, 3137:8, 3143:25, 3149:12, 3151:1, 3151:25, 3152:3, 3152:15

**TX** [31] - 3144:5

**TX-784** [1] - 2921:19

**Type** [1] - 2924:12

**type** [3] - 2957:15, 2962:21, 3012:19

**typically** [1] - 2962:5

## U

**U.K** [4] - 2968:9, 2968:12, 2968:16, 2968:20

**U.S** [17] - 2969:18, 2970:4, 2986:7, 2986:14, 2990:23, 2990:25, 2991:6, 2991:10, 2996:6, 3018:1, 3018:20, 3019:9, 3059:18, 3123:17, 3129:19, 3144:15, 3152:25

**U.S.C** [1] - 2918:24

**UK** [3] - 2924:2, 3000:25, 3018:17

**UK-based** [1] - 3000:25

**ultimately** [2] - 3018:8, 3019:22

**unable** [2] - 2961:3, 3017:3

**unauthorized** [2] - 2963:22, 3062:16

**under** [23] - 2929:20, 2961:13, 2975:19, 3015:12, 3040:6, 3059:7, 3061:9, 3061:13, 3061:23, 3062:15, 3125:9, 3125:18, 3128:1, 3128:3, 3132:14, 3132:15, 3134:7, 3134:12, 3136:3, 3136:5, 3141:3, 3141:10, 3142:25

**underlying** [2] - 3141:20, 3142:20

**understood** [2] - 2930:15, 2970:12

**undertook** [2] - 3007:12, 3059:5

**unit** [9] - 2961:8, 2974:23, 2993:7, 3122:3, 3122:4, 3130:1, 3144:17

**UNITED** [2] - 2916:1, 2917:8

**United** [27] - 2917:3, 2923:4, 2923:23, 2924:24, 2925:5, 2925:10, 2925:13, 2925:24, 2926:2, 2968:10, 2968:18, 2969:2, 2969:11, 2969:14, 2969:23, 2971:10, 2975:22, 2989:12, 2990:19, 2991:7, 2991:11, 3018:12, 3060:20, 3061:7, 3061:13, 3061:24, 3135:25

**units** [9] - 2927:16, 2927:18, 2927:19, 2961:9, 2970:24, 2972:4, 3061:17, 3129:24, 3130:2

**University** [1] - 2922:12

**unless** [1] - 2999:7

**unlicensed** [8] - 2955:17, 2956:18, 2959:21, 2961:16, 2962:18, 3060:15, 3062:1, 3062:20

**unlikely** [2] - 2999:10, 2999:15

**unprofitable** [1] - 2962:25

**unrelated** [1] - 2954:18

**unsealed** [5] - 2952:25, 2964:19, 2986:3, 3039:25,
3055:24

**unsealed** [1] - 3121:3

**up** [35] - 2921:8, 2925:3, 2926:7, 2927:21, 2927:22, 2928:4, 2928:6, 2954:13, 2965:13, 2976:10, 2986:6, 2986:14, 2986:19, 2986:23, 2997:22, 2999:7, 3005:6, 3017:1, 3017:10, 3057:2, 3059:23, 3060:23, 3061:4, 3126:7, 3127:6, 3128:6, 3132:13, 3132:16, 3132:24, 3135:21, 3137:17, 3137:20, 3142:2, 3143:17, 3144:8

**upcoming** [3] - 3130:9, 3130:14, 3131:23

**Updated** [1] - 3005:6

**updated** [1] - 3132:20

**upped** [1] - 3005:10

## V

**V-E-L-L-T-U-R-O** [1] - 3056:23

**vacancies** [1] - 2999:12

**vacancy** [1] - 2999:8

**valid** [4] - 3123:15, 3123:22, 3123:25, 3124:5

**validation** [1] - 2961:4

**value** [4] - 2928:14, 2961:21, 2961:25, 2972:6

**values** [2] - 2972:19, 3017:5, 3141:14

**variety** [1] - 3121:10

**various** [3] - 2996:13, 3059:17, 3147:25

**VELLTURO** [9] - 2919:6, 2919:6, 2919:7, 2919:7, 2919:8, 3056:17, 3056:19, 3143:15, 3151:8

**Vellturo** [22] - 2967:10, 3056:13, 3056:22, 3057:10, 3057:12, 3057:23, 3058:10, 3058:15, 3059:2, 3059:16, 3059:24, 3121:4,

3133:24, 3135:20, 3136:7, 3137:4, 3137:11, 3138:16, 3143:13, 3143:18, 3151:9, 3152:24
**verdict** [2] - 3123:25, 3124:15
**version** [1] - 2929:2
**vice** [3] - 2922:15, 2922:23, 2923:9
**view** [4] - 2967:18, 2968:3, 2968:4, 3018:2
**views** [1] - 3017:14
**violate** [2] - 3148:20, 3150:13
**voice** [2] - 2921:8, 3057:2
**volume** [6] - 2927:19, 2971:24, 2991:6, 2991:10, 2991:14, 3128:10
**vs** [4] - 2916:6, 2916:11, 2916:16, 2916:20

## W

**W-O-J-C-I-E-C-H-O-W-S-K-I** [1] - 3153:14
**wait** [1] - 3141:16
**waiting** [1] - 3040:23
**WALLACK** [1] - 2918:5
**Waltham** [1] - 2925:3
**WAS** [14] - 2919:10, 2919:11, 2919:12, 2919:13, 2919:14, 2919:15, 2919:16, 2919:17, 3002:2, 3003:21, 3004:25, 3005:25, 3008:2, 3016:3
**Washington** [1] - 2917:16
**water** [2] - 2921:8, 3057:1
**WATSON** [2] - 2916:21, 2918:4
**Watson** [20] - 2921:23, 2930:24, 2965:18, 2965:19, 2965:21, 2993:20, 2993:24, 2996:1, 3133:10, 3133:13, 3133:18, 3134:2, 3135:24, 3136:4, 3136:8, 3136:11, 3143:1, 3143:4, 3154:3

**Watson/Breath** [1] - 3040:15
**ways** [2] - 2960:17, 3062:6
**week** [3] - 2957:22, 2990:1, 3121:20
**weeks** [2] - 2960:25, 2961:19
**welcome** [1] - 2920:20
**West** [1] - 2918:2
**Westboro** [7] - 2990:8, 2990:12, 2990:15, 3000:18, 3000:20, 3001:4, 3001:8
**whole** [1] - 3141:23
**wholesalers** [1] - 3127:14
**wholly** [2] - 3133:13, 3133:19
**wholly-owned** [2] - 3133:13, 3133:19
**wider** [1] - 2997:5
**Wiggins** [1] - 2918:12
**willingness** [1] - 2961:15
**Wilmington** [2] - 2922:7, 2924:23
**wiping** [1] - 2957:2
**wise** [1] - 3127:12
**wish** [1] - 3016:12
**withdraw** [1] - 3150:2
**WITNESS** [24] - 2920:24, 2921:4, 2921:6, 2921:10, 2965:8, 2967:25, 2973:18, 2999:24, 3013:12, 3040:18, 3040:20, 3056:18, 3056:22, 3056:25, 3136:3, 3141:18, 3141:21, 3141:25, 3142:4, 3142:6, 3142:10, 3145:22, 3148:4, 3153:23
**witness** [21] - 2921:14, 2921:17, 2931:9, 2965:1, 2965:4, 3040:13, 3040:21, 3041:8, 3056:11, 3057:4, 3059:14, 3136:24, 3147:22, 3149:2, 3149:6, 3149:18, 3150:1, 3151:3, 3152:21, 3154:5, 3154:8
**witness'** [1] - 2922:1
**witness's** [1] - 2992:14

**Wojciechowski** [3] - 3152:14, 3153:12, 3153:15
**word** [2] - 2923:24, 2995:14
**words** [1] - 2924:12
**workforce** [1] - 3005:13
**workout** [1] - 2925:18
**works** [2] - 2998:18, 3141:12
**world** [4] - 3148:16, 3149:13, 3151:1, 3151:2
**world's** [3] - 3134:9, 3134:21, 3135:22
**worlds** [1] - 3149:12
**worldwide** [6] - 2924:18, 2925:7, 3000:25, 3007:1, 3007:6, 3135:25
**worry** [1] - 2958:4
**wound** [1] - 2957:20
**wrestling** [1] - 3014:19
**write** [1] - 2960:7
**written** [3] - 2965:25, 2967:5, 3121:16

## Y

**year** [29] - 2925:17, 2925:21, 2928:1, 2928:8, 2956:24, 2957:6, 2959:12, 2961:8, 2961:9, 2972:19, 2974:11, 2987:5, 2987:9, 2988:24, 2988:25, 2989:6, 2989:9, 3001:1, 3002:17, 3005:11, 3009:1, 3009:6, 3040:5, 3061:15, 3129:8, 3130:4, 3130:23, 3151:14
**year's** [1] - 2956:21
**yearly** [1] - 2926:13
**years** [28] - 2923:12, 2927:13, 2953:8, 2954:18, 2954:20, 2954:21, 2969:15, 2971:25, 2993:15, 2993:17, 2994:4, 2994:17, 2995:22, 2996:10, 3000:10, 3011:2, 3123:12, 3124:14, 3125:9, 3125:18, 3130:9,

3130:14, 3131:23, 3145:17, 3145:20, 3145:21, 3145:22, 3146:22
**yup** [1] - 3000:14

## Z

**zero** [1] - 3129:17